# CHAPTER 4.00 - CURRICULUM AND INSTRUCTION

4.502

## MIDDLE SCHOOL STUDENT CLUBS AND ORGANIZATIONS

(1) This policy applies to all school clubs and organizations at all District Middle Schools.

(2) Middle School clubs and organizations are an extension of the school curriculum. Middle School clubs must be sponsored by the school and are limited to organizations that strengthen and promote critical thinking, business skills, athletic skills, and performing/visual arts. Schools may also establish organizations relating to academic honor societies and student government and clubs that are directly related to the curriculum.

(3) All student clubs and organizations must be approved by the Superintendent before they can operate at a school.

(4) All prospective clubs must submit a District approved application. The application shall include a club charter which shall set forth the purposes, qualifications for members, and the rules of conduct and shall be maintained on file for reference by all students and school employees.

(5) All student clubs and organizations shall obtain a Consent Form from the parents of each participating student, on a form provided by the District.

(6) A student club or organization shall not conduct any activity or act which violates Florida Statutes, School Board rules, or the regulations of the school.

(7) Any club or organization which engages in an initiation ceremony for its members shall prepare and submit the program of initiation exercises to the school principal for review and approval.

(8) There shall be no type of hazing in any club or organization within any school. Hazing is defined as any action or situation for the purpose of initiation or admission into or affiliation with any club or organization operating at a school pursuant to this policy, which recklessly or intentionally endangers a student's mental or physical health or safety.

(9) The decision of the members of an organization shall not be one of the factors in selecting additional members.

Exhibit 2

(10) Secret societies, fraternities and sororities are prohibited per Section 1006.14, Florida Statutes.

(11) Clubs/ organizations will be assigned an employee/sponsor by the principal. The employee/ sponsor shall be present at all meetings.

(12) All social events shall be adequately chaperoned.

(13) At the discretion of the School Board and consistent with School Board policy, the employee/ sponsor may be compensated by the school.

(14) All monies accruing to a club or organization shall be accounted for through the school's internal accounting system.

(15) All meetings shall be held on School Board property. This may be waived for special meetings and events upon the faculty sponsor's request and principal's approval.

(16) Any dues charged shall be reasonable and not prohibitive. Admission fees will not be charged.

**STATUTORY AUTHORITY:** 1001.41; 1001.42, F.S.

**LAWS IMPLEMENTED:** 1001.43; 1006.07; 1006.09; 1006.63, F.S.

**HISTORY:** **ADOPTED: 8/12/13**
**REVISION DATE(S):**
**BOARD REVIEW: 5/13/13**