

*CARVER*

**RECEIVED 9/20/13**

Please submit a copy of CMS JNHS Charter

Superintendent
Susan Moxley, Ed.D.

Lake County School Board
Bill Mathias, District 1
Rosanne Brandeburg, District 2
Tod Howard, District 3
Debbie Stivender, District 4
Kyleen Fischer, District 5

Leading our Students to Success

# Middle School
# CLUB/Organization Application

(ALL STUDENT CLUBS/ORGANIZATIONS MUST BE APPROVED
BY THE SUPERINTENDENT BEFORE THEY CAN OPERATE AT A SCHOOL.)

---

Middle School clubs and organizations are an extension of the school curriculum. Middle School clubs must be sponsored by the school and are limited to organizations that strengthen and promote critical thinking, business skills, athletic skills, and performing/visual arts. Schools may also establish organizations relating to academic honor societies and student government and clubs that are directly related to curriculum.

**Applicant:** Linda Wright

**(Circle one)** Teacher    Administrator

**Official Club Name:** Jr. National Honor Society of Carver Middle School

**Club Purpose & Goals:** Attach a Charter that sets forth the purposes, goals, qualifications for members and the rules of conduct.

**Anticipated Activities for the Year:**

| Red Ribbon Week | Can Good Drive | Academic Competitions |
| Community Service | School Service | |

**Club Meeting Day, Time and Place:** (Meetings must be held at the school unless otherwise approved.)
First and Third Wednesdays

**Anticipated membership number:** 80
(Parent consent forms for each member must be submitted to principal.)

**Club By-Laws:**

Each club/organization must establish written by-laws within the first 90 days after receiving approval, and provide a copy as a supplement to the application.

The Club/Organization agrees to comply with the Code of Student Conduct and Policy Guide and all School Board policies at all club meetings and events. **(Policy 4.502 is attached)**

Linda Wright / Teacher Signature / 9/8/13
Print Name / Signature / Date

*Principal Approval: Millie Cunningham / 9/19/13

Superintendent/Designee Approval: Aurelia M. Cole / 9/24/13

*Principal will determine the staff member assigned to supervise and/or sponsor the club/organization.

LAKE COUNTY SCHOOLS
201 W. Burleigh Blvd., Tavares, Fla., 32778-2496 • Phone 352-253-6500 • Fax 352-343-0198

# Constitution of the National Junior Honor Society

**Introduction**: The following version of the NJHS Constitution was approved for all chapters on **May 2, 2008** by the NASSP Board of Directors. This is the most recent edition for use by chapters. Changes have also been approved for the NHS Constitution.

Chapter advisers are asked review this newly-revised document. An explanation of the procedural change called for in Article IX (Selection or Members) is provided in the September 2008 edition of *Leadership for Student Activities* magazine and in the Adviser Zone. While other changes contained herein will have minimal impact on the policies and procedures of local chapters, advisers are asked to print out this latest edition and replace the copy found in their *NJHS Handbook* or in other local chapter records. Compliance deadline: June 30, 2009. All chapters should be using the current edition of the national handbook, most recently published with copyright of 2005.

| | |
|---|---|
| ARTICLE I: | NAME AND PURPOSE |
| ARTICLE II: | THE NATIONAL COUNCIL |
| ARTICLE III: | STATE ORGANIZATIONS |
| ARTICLE IV: | LOCAL CHAPTERS |
| ARTICLE V: | THE PRINCIPAL |
| ARTICLE VI: | THE CHAPTER ADVISER |
| ARTICLE VII: | FACULTY COUNCIL |
| ARTICLE VIII: | MEMBERSHIP |
| ARTICLE IX: | SELECTION OF MEMBERS |
| ARTICLE X: | DISCIPLINE AND DISMISSAL |
| ARTICLE XI: | CHAPTER OFFICERS |
| ARTICLE XII: | EXECUTIVE COMMITTEE |
| ARTICLE XIII: | MEETINGS |
| ARTICLE XIV: | ACTIVITIES |
| ARTICLE XV: | OFFICIAL INSIGNIA |
| ARTICLE XVI: | CHAPTER BYLAWS |
| ARTICLE XVII: | AMENDMENTS |

ARTICLE I: NAME AND PURPOSE
Section 1. The name of this organization shall be the National Junior Honor Society of Secondary Schools (NJHS).
Section 2. The purpose of this organization shall be to create enthusiasm for scholarship, to stimulate a desire to render service, to promote leadership, to develop character, and to encourage good citizenship in the students of secondary schools.
Section 3. NJHS is a program of the National Association of Secondary School Principals (NASSP), 1904 Association Drive, Reston, VA 20191-1537, a 501(c)(3) not-for-profit association.

ARTICLE II: THE NATIONAL COUNCIL

Section 1. The control of this organization shall be vested in the NASSP Board of Directors

Section 2. There shall be a National Council to advise the NASSP Board of Directors regarding NJHS and its policies and procedures.

Section 3. The National Council shall consist of eleven members appointed by the Board of Directors of the National Association of Secondary School Principals, one representative chosen from each of the NASSP administrative regions, two at-large principals or assistant principals (from any region), and the NJHS Representative, a chapter adviser from a middle level school. Regional representatives shall alternate terms between principals and advisers according to the schedule developed by the national office. The executive director of NASSP shall be an ex-officio member of the National Council. The NASSP director of student activities shall be an ex-officio member and shall serve as secretary of the National Council.

Section 4. Members shall be appointed for a term of no more than three years.

Section 5. A simple majority of members shall constitute a quorum of the National Council.

ARTICLE III: STATE ORGANIZATIONS
Section 1. Local chapters may choose to organize state associations.
Section 2. Any state association of National Junior Honor Society chapters shall conform to this Constitution and shall work with NASSP in furthering the purposes of this organization.
Section 3. All state associations shall be affiliated with the National Junior Honor Society.
Section 4. The state affiliate shall not serve as an appeal board for local chapter non-selection or dismissal cases.
Section 5. Bylaws of the state associations must be approved by NASSP and must be consistent with the NJHS Constitution.

ARTICLE IV: LOCAL CHAPTERS
Section 1. Any secondary public school is eligible to apply for a charter for a local chapter. Nonpublic secondary schools accredited or approved by state departments of education or by accrediting agencies approved by NASSP are eligible to apply for a charter for a local chapter. Each school shall have its own chapter except in cases where a school's size precludes the formation of a full Faculty Council. In such cases, a chapter can be shared as long as all other constitutional requirements can be met. A middle level unit in the same building with a high school unit (e.g. in a K-12 school) will be appropriate cause for two separate chapters (one for the National Junior Honor Society and one for the National Honor Society). [*See page 26 of the 2005* NJHS Handbook *for clarification of this last provision of Section 1.*]
Section 2. Each chapter shall pay a chartering fee determined by the NASSP Board of Directors.
Section 3. Each school with a chapter shall pay an annual affiliation fee approved by the NASSP Board of Directors.
Section 4. The annual individual member dues paid to a chapter or state affiliate, if any, shall not exceed twenty dollars inclusively. The exact amount shall be determined by the executive committee of the chapter and shall be subject to the approval of the chapter membership.
Section 5. Duly chartered local chapters shall conform to this Constitution as set forth by the NASSP Board of Directors. Failure to do so may result in the loss of the charter.

ARTICLE V: THE PRINCIPAL
Section 1. The principal shall reserve the right to approve all activities and decisions of the chapter.
Section 2. The principal shall annually appoint a member of the faculty as chapter adviser, who may serve consecutive terms.
Section 3. The principal shall annually appoint a Faculty Council composed of five members of the school's faculty who may serve consecutive terms.
Section 4. The principal shall receive appeals in cases of non-selection of candidates, and the disciplining or dismissal of members.

ARTICLE VI: THE CHAPTER ADVISER

Section 1. The chapter adviser shall be responsible for the direct, day-to-day supervision of the chapter and act as liaison between faculty, administration, students, and community.

Section 2. The chapter adviser shall maintain files on membership, chapter history, activities, and financial transactions. The chapter adviser shall send the annual report to the national office.

Section 3. The chapter adviser shall regularly review each member for compliance with Society standards and obligations.

Section 4. The chapter adviser shall help the chapter officers understand and carry out their duties.

Section 5. The chapter adviser shall be an ex-officio, non-voting, sixth member of the Faculty Council.

Section 6. The chapter adviser shall be a member of the faculty, appointed annually by the principal, and may serve consecutive terms.

ARTICLE VII: FACULTY COUNCIL

Section 1. The Faculty Council shall consist of five voting faculty members appointed annually by the principal. The chapter adviser shall be a non-voting, sixth member of the Faculty Council. No principal or assistant principal may be included on the Faculty Council. (*See commentary on pages 13-15 of the 2005* NJHS Handbook *regarding the functions of the Faculty Council.*)

Section 2. The term of the Faculty Council shall be one year. Members may be appointed to consecutive terms.

Section 3. The Faculty Council shall meet at least once a year to review the procedures of the chapter, select members, and to consider non-selection, dismissal, other disciplinary actions, and warning cases.

Section 4. The Faculty Council will develop and revise, when necessary, all chapter procedures for selection, discipline, and dismissal of members, all of which must remain in compliance with this Constitution and NJHS policies.

ARTICLE VIII: MEMBERSHIP

Section 1. Membership in local chapters is an honor bestowed upon a student. Selection for membership is by a Faculty Council and is based on outstanding scholarship, leadership, service, character, and citizenship. Once selected, members have the responsibility to continue to demonstrate these qualities.

Section 2. The Faculty Council shall reserve the right to award honorary membership to school officials, principals, teachers, NJHS advisers, adults, students with disabilities, or foreign exchange students in recognition of achievement and/or outstanding service rendered to the school in keeping with the purposes of the National Junior Honor Society. Honorary members shall have no voice or vote in chapter affairs.

Section 3. Candidates become members when inducted at a special ceremony.

Section 4. An NJHS member who transfers to another school and brings a letter from the principal or chapter adviser to the new school adviser shall be accepted automatically as a member in the new school's chapter. Transfer members must meet the new chapter's standards within one semester in order to retain membership.

Section 5. Members who resign or are dismissed are never again eligible for NJHS membership or its benefits. [1]

ARTICLE IX: SELECTION OF MEMBERS
Section 1. To be eligible for membership the candidate must be a member of those classes (second semester sixth grade, seventh grade, eighth grade, or ninth grade) designated as eligible in the chapter bylaws. (Ninth graders in a 9-12 school may not be inducted into either NJHS or NHS, nor can that school operate a chapter of NJHS as per these guidelines and those of the National Honor Society.) Candidates must have been in attendance at the school the equivalent of one semester. [2]
Section 2. The national minimum standard for scholarship shall be a cumulative scholastic average of at least 85 percent, B, or 3.0 (on a 4.0 scale) or the equivalent standard of excellence. Candidates shall then be evaluated on the basis of service, leadership, character, and citizenship. [3]
Section 3. The selection of each member to the chapter shall be by a majority vote of the Faculty Council. Prior to notification of any candidates, the chapter adviser shall review with the principal the results of the Faculty Council's deliberations.
Section 4. A description of the selection procedure shall be published in an official school publication that is widely available in a timely fashion to all students and parents of the school. The selection procedure shall be determined by the Faculty Council and shall be consistent with the rules and regulations of NJHS.
Section 5. NASSP shall not review the judgment of the Faculty Council regarding selection of individual members to local chapters.

## ARTICLE X: DISCIPLINE AND DISMISSAL

Section 1. The Faculty Council in compliance with the rules and regulations of the National Junior Honor Society shall determine the procedure for dismissal. A written description of the dismissal procedure shall be available to interested parties. [4]

Section 2. Members who fall below the standards that were the basis for their selection shall be promptly warned in writing by the chapter adviser and given a reasonable amount of time to correct the deficiency, except that in the case of flagrant violation of school rules or the law, a member does not have to be warned.

Section 3. The Faculty Council shall determine when an individual has exceeded a reasonable number of warnings.

Section 4. In all cases of pending dismissal, a member shall have a right to a hearing before the Faculty Council. *(Note: This hearing is required and is considered "due process" for all members.)*

Section 5. For purposes of dismissal, a majority vote of the Faculty Council is required.

Section 6. A member who has been dismissed may appeal the decision of the Faculty Council to the principal and thereafter under the same rules for disciplinary appeals in the school district.

Section 7. NASSP shall hear no appeals in dismissal cases.

*(Note: Refer to Article VIII, Section 5 regarding the permanent consequences for members when dismissed.)*

## ARTICLE XI: CHAPTER OFFICERS

Section 1. The officers of the chapter, their duties, and the method of their election shall be determined by the members of the chapter, approved by the Faculty Council and the principal, and described in the chapter bylaws.

Section 2. New officers shall be installed at a special ceremony.

## ARTICLE XII: EXECUTIVE COMMITTEE

Section 1. The executive committee shall consist of the officers of the chapter and the chapter adviser.

Section 2. The executive committee shall have general supervision of the affairs of the chapter between its business meetings, make recommendations to the chapter, and determine and perform such other duties as are specified in the chapter bylaws. All actions and recommendations of the executive committee shall be subject to the review of the chapter membership.

Section 3. The executive committee shall have the responsibility for ensuring that chapter activities and procedures follow school policy and regulations. [5]

## ARTICLE XIII: MEETINGS

Section 1. Each chapter shall have regular meetings during the school year on days designated by the executive committee and in accordance with school policy and regulations.

Section 2. The regularity of the meetings (i.e., weekly, monthly, or bimonthly) shall be designated in the chapter bylaws.

Section 3. The chapter president or other designated student leader may call special meetings approved by the executive committee.

Section 4. Chapters shall conduct meetings according to Robert's *Rules of Order, Newly Revised* in all points not expressly provided for in this Constitution or the chapter bylaws.

## ARTICLE XIV: ACTIVITIES

Section 1. Each chapter shall determine one or more service projects for each year.

Section 2. All members shall regularly participate in these projects.

Section 3. These projects shall have the following characteristics: Fulfill a need within the school or community; have the support of the administration and the faculty; be appropriate and educationally defensible; be well planned, organized, and executed.

Section 4. Each member shall have the responsibility for choosing and participating in an individual service project that reflects his or her particular talents and interests. This is in addition to the chapter projects to which all members contribute.

Section 5. Each chapter shall publicize its projects in a positive manner.

## ARTICLE XV: OFFICIAL INSIGNIA

Section 1. This organization shall have an official emblem. The emblem shall be uniform and its distribution and rules for its use shall be determined by the NASSP Board of Directors.

Section 2. Each active or honorary member in good standing with the chapter shall be entitled to wear this emblem.

Section 3. Any member who resigns or is dismissed shall return the emblem to the chapter adviser.

Section 4. All insignia must be procured from the national office of the National Junior Honor Society, 1904 Association Drive, Reston, VA, 20191. All insignia are registered with the United States Patent and Trademark Office and may not be copied by anyone without written permission of the NJHS national office. (See also, Logo Usage Guidelines as found at www.nhs.us/logo.)

Section 5. The motto of the National Junior Honor Society shall be *Light Is the Symbol of Truth*.

Section 6. The official colors of the National Junior Honor Society shall be blue and white.

Section 7. The official flower of the National Junior Honor Society shall be the white rose.

ARTICLE XVI: CHAPTER BYLAWS
Section 1. Each chapter shall write bylaws to amplify sections of this Constitution and to clarify operating procedures of the chapter. Bylaws do not need the approval of NASSP but must be consistent with this Constitution.
Section 2. The chapter bylaws shall contain information concerning the election and duties of officers, the schedule of meetings, member obligations, dues, and the like. *(Note: See the* NJHS Handbook *and the "Adviser Zone" at* www.njhs.us/bylaws *for additional information regarding the appropriate content of chapter bylaws.)*

ARTICLE XVII: AMENDMENTS
This Constitution may be amended by the NASSP Board of Directors based on input from the NASSP staff and the NHS & NJHS National Council.

*Notes:*
1. Article VIII, Section 5: Resignation or dismissal from NJHS has no bearing on future consideration for membership in NHS in high school.
2. Article IX, Section 1. Some candidates may be ineligible for induction because of the semester ruling. Many students, including students of military parents, are required to move with parents or guardians that have transferred in their work. The present school principal should seek a recommendation from the previous school principal pursuant to the candidate's selection. On the basis of the recommendation of the previous principal, the Faculty Council may waive the semester regulation.
3. Article IX, Section 2. Local chapters may raise the cumulative GPA standard above the national minimum, or increase standards for the remaining selection criteria, apply them fairly and consistently, and include these standards in their locally published selection procedures.
4. Article X, Section 1. To maintain compliance, all local procedures must conform to the full provisions of this article. Faculty Councils can consider disciplinary actions that are less severe than dismissal if circumstances warrant.
5. Article XII, Section 3. This section is generally viewed to include chapter activities except those with regards to the selection, discipline, and dismissal of members which are the sole domain of the chapter's Faculty Council per the provisions of Article VII, Section 4.

Chapter advisers and school principals can find additional explanations of the provisions of this constitution in the text of the *NJHS Handbook* © 2005, available online at www.njhs.us/handbook and for purchase from www.njhs.us/store or by contacting the NASSP sales office at 866-647-7253.

NJHS National Constitution
Revised and approved by the NASSP Board of Directors, May 2008.
© 2008 NASSP