


Cousineau
ERMS

Superintendent
Susan Moxley, Ed.D.

Lake County School Board
Bill Mathias, *District 1*
Rosanne Brandeburg, *District 2*
Tod Howard, *District 3*
Debbie Stivender, *District 4*
Kyleen Fischer, *District 5*

**Leading our Students to Success**

RECEIVED 8/28/13

# Middle School
# CLUB/Organization Application

(ALL STUDENT CLUBS/ORGANIZATIONS MUST BE APPROVED
BY THE SUPERINTENDENT BEFORE THEY CAN OPERATE AT A SCHOOL.)

Middle School clubs and organizations are an extension of the school curriculum. Middle School clubs must be sponsored by the school and are limited to organizations that strengthen and promote critical thinking, business skills, athletic skills, and performing/visual arts. Schools may also establish organizations relating to academic honor societies and student government and clubs that are directly related to curriculum.

Applicant: __Janice Spencer__
(Circle one)   (Teacher)   Administrator
Official Club Name: __AVID Club__

Club Purpose & Goals: Attach a Charter that sets forth the purposes, goals, qualifications for members and the rules of conduct.

Anticipated Activities for the Year: __service activities towards the community & staff__

Club Meeting Day, Time and Place: (Meetings must be held at the school unless otherwise approved.)
__The 1st & 3rd Thursday Tuesday of each month / 8:00 am / room 2-213__

Anticipated membership number: __50__
(Parent consent forms for each member must be submitted to principal.)

Club By-Laws:

Each club/organization must establish written by-laws within the first 90 days after receiving approval, and provide a copy as a supplement to the application.

The Club/Organization agrees to comply with the Code of Student Conduct and Policy Guide and all School Board policies at all club meetings and events. (Policy 4.502 is attached)

__Janice Spencer__        __Janice M Spencer__        __8.23.13__
Print Name                  Teacher Signature           Date

*Principal Approval: __[signature]__        __8/28/13__
                     Signature              Date

Superintendent/Designee Approval: __Julia M. Cope__        __9/9/13__
                                    Signature             Date

*Principal will determine the staff member assigned to supervise and/or sponsor the club/organization.

LAKE COUNTY SCHOOLS
201 W. Burleigh Blvd., Tavares, Fla., 32778-2496 • Phone 352-253-6500 • Fax 352-343-0198

# AVID CLUB

### What is the purpose of AVID Club?

We will be bonding with each other and working towards making our school, community, and world a better place. ☺

### How do I qualify to be an AVID Club member?

You MUST be a current active AVID student.

### When does AVID Club meet?

We will be meet the 1st and 3rd Tuesday of the month (unless there is no school) at 8:00 am at the front of the school (meetings will be held in the cafeteria, outside, or in Mrs. Spencer's classroom).

### What are the AVID Club rules?

- You must be on time for the meetings. If you are going to be late, please do not attend the meeting. We love your presence, but because of our limited time, we do not have time to go over things that you missed.
- Be respectful of yourself, others, and their property.
- Bring the needs of the community, the school, and AVID to the meeting. We do things to help others based on your ideas!
- Have a positive attitude.
- Be a team player.
- Try your best at all times.

Thank you for being part of AVID Club and I look forward to a fun and productive year!

~Mrs. Spencer