

Superintendent
Susan Moxley, Ed.D.
Lake County School Board
Bill Mathias, *District 1*
Rosanne Brandeburg, *District 2*
Tod Howard, *District 3*
Debbie Stivender, *District 4*
Kyleen Fischer, *District 5*

UMS

RECEIVED 10/10/13

**Leading our Students to Success**

# Middle School
# CLUB/Organization Application

(ALL STUDENT CLUBS/ORGANIZATIONS MUST BE APPROVED
BY THE SUPERINTENDENT BEFORE THEY CAN OPERATE AT A SCHOOL.)

Middle School clubs and organizations are an extension of the school curriculum. Middle School clubs must be sponsored by the school and are limited to organizations that strengthen and promote critical thinking, business skills, athletic skills, and performing/visual arts. Schools may also establish organizations relating to academic honor societies and student government and clubs that are directly related to curriculum.

Applicant: Bryan Totten
(Circle one)   **Teacher**   Administrator
Official Club Name: AVID Club

Club Purpose & Goals: Attach a Charter that sets forth the purposes, goals, qualifications for members and the rules of conduct.

Anticipated Activities for the Year:

Club Meeting Day, Time and Place: (Meetings must be held at the school unless otherwise approved.)

Anticipated membership number: 38
(Parent consent forms for each member must be submitted to principal.)

Club By-Laws:

Each club/organization must establish written by-laws within the first 90 days after receiving approval, and provide a copy as a supplement to the application.

The Club/Organization agrees to comply with the Code of Student Conduct and Policy Guide and all School Board policies at all club meetings and events. **(Policy 4.502 is attached)**

Bryan Totten
Print Name / Teacher Signature / Date 10-8-13

*Principal Approval: _____ / Signature / Date 10-9-13

Superintendent/Designee Approval: Iwalia M. Cole / Signature / Date 10/10/13

*Principal will determine the staff member assigned to supervise and/or sponsor the club/organization.

LAKE COUNTY SCHOOLS
201 W. Burleigh Blvd., Tavares, Fla., 32778-2496 • Phone 352-253-6500 • Fax 352-343-0198