

ERMS TO Acole 8/22/13
Crett

# LAKE COUNTY SCHOOLS
*Leading our Students to Success*

RECEIVED 9/9/13

Superintendent
Susan Moxley, Ed.D.

Lake County School Board
Bill Mathias, *District 1*
Rosanne Brandeburg, *District 2*
Tod Howard, *District 3*
Debbie Stivender, *District 4*
Kyleen Fischer, *District 5*

## Middle School
## CLUB/Organization Application
(ALL STUDENT CLUBS/ORGANIZATIONS MUST BE APPROVED BY THE SUPERINTENDENT BEFORE THEY CAN OPERATE AT A SCHOOL.)

Middle School clubs and organizations are an extension of the school curriculum. Middle School clubs must be sponsored by the school and are limited to organizations that strengthen and promote critical thinking, business skills, athletic skills, and performing/visual arts. Schools may also establish organizations relating to academic honor societies and student government and clubs that are directly related to curriculum.

Applicant: Stavia Craft
(Circle one) **Teacher** Administrator
Official Club Name: Robotics

Club Purpose & Goals: Attach a Charter that sets forth the purposes, goals, qualifications for members and the rules of conduct.

Anticipated Activities for the Year:
Robotics Competitions

Club Meeting Day, Time and Place: (Meetings must be held at the school unless otherwise approved.)
Wednesdays 3:45 - 5:15 Room 2-228 ERMS

Anticipated membership number: 15
(Parent consent forms for each member must be submitted to principal.)

### Club By-Laws:

Each club/organization must establish written by-laws within the first 90 days after receiving approval, and provide a copy as a supplement to the application.

The Club/Organization agrees to comply with the Code of Student Conduct and Policy Guide and all School Board policies at all club meetings and events. (Policy 4.502 is attached)

Stavia Craft
Print Name

Teacher Signature: [signature]
Date: 8/20/13

*Principal Approval: [signature]
Date: 8/22/13

Superintendent/Designee Approval: Aurelia M. Cole
Signature
Date: 9/11/13

*Principal will determine the staff member assigned to supervise and/or sponsor the club/organization.

Club Constitution

## Article I

### Section 1     Name
The name of this club shall be East Ridge Middle Robotics.

### Section 2     Purpose
The purpose of this club shall be to strengthen and promote critical thinking skills, to develop loyal pupil citizenship, and to promote the STEM initiative at East Ridge Middle School.



## Article II

### Section 1     Membership
This club is subsidiary to the Student Body of East Ridge Middle School and such has only powers as granted to them by charters specific resolutions approved by the Lake County School board.

### Section 2     Eligibility
To be eligible to membership in this club, a student must be an active member of the student body of East Ridge Middle School.

### Section 3     Requirements
Membership eligibility in this club shall be parental consent, maintain at least a C average for the last academic quarter, and obtain 2 letters of reference from East Ridge Middle teachers, a maximum of one detention, no Wednesday school or suspensions.

## Article III

### Section 1     Officers
The officers of this club shall consist of a president and other officers as necessary.

### Section 2     Election of Officers
Officers shall be elected at a regular meeting of the club by a simple majority vote of the members.

### Section 3     Officer Names and Duties

| Officer | Student Name | Duties |
| --- | --- | --- |
| **President** | TBA | Preside at meetings. |
| **V.P.** | TBA | Preside at meetings if (P) absent. |
| **Secretary** | TBA | Records minutes. |

Club Constitution

## Article IV

Section 1  **Meetings**
All meetings shall be open meetings and shall be held under the supervision of the Robotics Coach, this person is known as a faculty member.

Section 2  **Schedule**
There shall be a regular meeting of this club during the school year. Meetings will be held on Wednesdays from 3:15pm – 5:00pm weekly in room 2-228 at East Ridge Middle.

Club Sponsor:

*Stevie Croft*

Technology Teacher and VEX Robotics Coach
East Ridge Middle School