

Oak Park

9/26/13

Superintendent
Susan Moxley, Ed.D.
Lake County School Board
Bill Mathias, District 1
Rosanne Brandeburg, District 2
Tod Howard, District 3
Debbie Stivender, District 4
Kyleen Fischer, District 5

Leading our Students to Success

# Middle School
# CLUB/Organization Application

(ALL STUDENT CLUBS/ORGANIZATIONS MUST BE APPROVED
BY THE SUPERINTENDENT BEFORE THEY CAN OPERATE AT A SCHOOL.)

Middle School clubs and organizations are an extension of the school curriculum. Middle School clubs must be sponsored by the school and are limited to organizations that strengthen and promote critical thinking, business skills, athletic skills, and performing/visual arts. Schools may also establish organizations relating to academic honor societies and student government and clubs that are directly related to curriculum.

Applicant: Olson
(Circle one)  **Teacher**  Administrator
Official Club Name: Robotics

Club Purpose & Goals: Attach a Charter that sets forth the purposes, goals, qualifications for members and the rules of conduct.

Anticipated Activities for the Year: programming of robot building (with legos) competitions.

Club Meeting Day, Time and Place: (Meetings must be held at the school unless otherwise approved.) 4:15 S5

Anticipated membership number: 10
(Parent consent forms for each member must be submitted to principal.)

Club By-Laws:

Each club/organization must establish written by-laws within the first 90 days after receiving approval, and provide a copy as a supplement to the application.

The Club/Organization agrees to comply with the Code of Student Conduct and Policy Guide and all School Board policies at all club meetings and events. (Policy 4.502 is attached)

Print Name: Olson, Kimberly    Teacher Signature: [signature]    Date: 9-6-13

*Principal Approval: [signature]    Date: 9-24-2013

Superintendent/Designee Approval: [signature]    Date: 10/2/13

*Principal will determine the staff member assigned to supervise and/or sponsor the club/organization.

Robotics Club

The purpose is to bring robotics to the attention of girls as it is funded by Girl Scouts. The downside is that a competition is required and Girl Scouts does not provided money for transportation or for snacks for participants. The goal is to learn how to program the robot to do assigned tasks and be able to compete with other teams in the First Lego league. Qualifications are that you must be a female student at Oak Park. Rules of conduct adhere strictly to the code of conduct as set forth by the school district.