

Sent 8/29/13/BKKP
Gray
RECEIVED 8/28/13

Superintendent
Susan Moxley, Ed.D.
Lake County School Board
Bill Mathias, *District 1*
Rosanne Brandeburg, *District 2*
Tod Howard, *District 3*
Debbie Stivender, *District 4*
Kyleen Fischer, *District 5*

**LAKE COUNTY SCHOOLS**
*Leading our Students to Success*

# Middle School
# CLUB/Organization Application

(ALL STUDENT CLUBS/ORGANIZATIONS MUST BE APPROVED
BY THE SUPERINTENDENT BEFORE THEY CAN OPERATE AT A SCHOOL.)

---

Middle School clubs and organizations are an extension of the school curriculum. Middle School clubs must be sponsored by the school and are limited to organizations that strengthen and promote critical thinking, business skills, athletic skills, and performing/visual arts. Schools may also establish organizations relating to academic honor societies and student government and clubs that are directly related to curriculum.

Applicant: Katherine Black / Amy Napoles
(Circle one)  (**Teacher**)  Administrator

Official Club Name: GMS News Production Team

**Club Purpose & Goals:** Attach a Charter that sets forth the purposes, goals, qualifications for members and the rules of conduct.

**Anticipated Activities for the Year:**
Taped and broadcast news of activities, information, and lunch menus throughout the school year.

**Club Meeting Day, Time and Place:** (Meetings must be held at the school unless otherwise approved.)
Mondays and Thursdays from 4:15 - 5:00 pm - Media Cntr. TV production room

**Anticipated membership number:** 15-20
(Parent consent forms for each member must be submitted to principal.)

**Club By-Laws:**

Each club/organization must establish written by-laws within the first 90 days after receiving approval, and provide a copy as a supplement to the application.

The Club/Organization agrees to comply with the Code of Student Conduct and Policy Guide and all School Board policies at all club meetings and events. **(Policy 4.502 is attached)**

| Print Name: Katherine R. Black, Amy Napoles | Teacher Signature: Katherine R. Black, Amy Napoles | Date: 8-26-13 |
|---|---|---|
| *Principal Approval: Dean Haack (Signature) | | Date: 8-26-13 |
| Superintendent/Designee Approval: Aurelia M. Cope (Signature) | | Date: 8/26/13 |

Principal will determine the staff member assigned to supervise and/or sponsor the club/organization.

# GMS News Production Team Charter

## Purpose:

Each student involved will have hands on experience in broadcasting news for school. They will have training in operating the equipment: Television cameras, switchboard, Teleprompters, computers, etc. Students are responsible for the taping of broadcasts to be aired on the closed circuit TV for Gray Middle School.

## Qualifications:

Students should apply for a position on the team and have recommendations from two teachers. They must have written permission from parents to participate. No students are turned away.

## Goals:

The goals of the GMS News Production Team are

- to build self esteem for the students
- students will learn the proper use of the television broadcast equipment

## Rules of Conduct:

Students are expected to be respectful at all times and maintain appropriate behavior when operating the equipment. Horseplay of any kind is not tolerated.

Students are expected to be present on their assigned day and have transportation at the appropriate time.

Students who do not adhere to these rules will receive 2 verbal/written warnings. After that, they may be dismissed from the team.