

Superintendent
Susan Moxley, Ed.D.

Lake County School Board
Bill Mathias, *District 1*
Rosanne Brandeburg, *District 2*
Tod Howard, *District 3*
Debbie Stivender, *District 4*
Kyleen Fischer, *District 5*

*Leading our Students to Success*

MDMS

RECEIVED 9/11/13

# Middle School
# CLUB/Organization Application

(ALL STUDENT CLUBS/ORGANIZATIONS MUST BE APPROVED
BY THE SUPERINTENDENT BEFORE THEY CAN OPERATE AT A SCHOOL.)

Middle School clubs and organizations are an extension of the school curriculum. Middle School clubs must be sponsored by the school and are limited to organizations that strengthen and promote critical thinking, business skills, athletic skills, and performing/visual arts. Schools may also establish organizations relating to academic honor societies and student government and clubs that are directly related to curriculum.

Applicant: _Caroline Van Horn_
(Circle one)  **Teacher**  Administrator

Official Club Name: _Mount Dora Middle School News Crew_

Club Purpose & Goals: Attach a Charter that sets forth the purposes, goals, qualifications for members and the rules of conduct.

Anticipated Activities for the Year:
_morning news; field trip to Channel 6; showcasing school and student events._

Club Meeting Day, Time and Place: (Meetings must be held at the school unless otherwise approved.)
_Monday - Friday  8:50 - 9:25_

Anticipated membership number: _10-12_
(Parent consent forms for each member must be submitted to principal.)

Club By-Laws:

Each club/organization must establish written by-laws within the first 90 days after receiving approval, and provide a copy as a supplement to the application.

The Club/Organization agrees to comply with the Code of Student Conduct and Policy Guide and all School Board policies at all club meetings and events. **(Policy 4.502 is attached)**

_Caroline Van Horn_
Print Name

_Caroline Van Horn_
Teacher Signature

8-30-13
Date

*Principal Approval: _____
Signature

9-6-13
Date

Superintendent/Designee Approval: _Aurelia M. Cole_
Signature

9/11/13
Date

*Principal will determine the staff member assigned to supervise and/or sponsor the club/organization.

LAKE COUNTY SCHOOLS
201 W. Burleigh Blvd., Tavares, Fla., 32778-2496 • Phone 352-253-6500 • Fax 352-343-0198

# Mount Dora Middle School Television Crew Charter

## Purpose:

To present school's morning news in an informative and professional manner to ensure optimum communication within our school community.

## Goals:

1. Each student will learn how to operate all equipment and function within each assigned position.
2. Students will learn to work as a team, interact successfully with the school community, and use analytical, reading and writing skills to produce an effective TV News Show.

## Qualifications:

News crew members must be 7th or 8th grade students with average or better grades; recommendation from one of their teachers; and parent permission. There must be no referrals or behavioral issues.

## Rules of Conduct:

Students will comply with all School Board policies and the Student Code of Conduct and policy guide rules at school, at all club meetings, field trips and events.