MDMS



Superintendent
Susan Moxley, Ed.D.

Lake County School Board
Bill Mathias, *District 1*
Rosanne Brandeburg, *District 2*
Tod Howard, *District 3*
Debbie Stivender, *District 4*
Kyleen Fischer, *District 5*

**Leading our Students to Success**

RECEIVED 9/11/13

# Middle School
# CLUB/Organization Application

(ALL STUDENT CLUBS/ORGANIZATIONS MUST BE APPROVED BY THE SUPERINTENDENT BEFORE THEY CAN OPERATE AT A SCHOOL.)

Middle School clubs and organizations are an extension of the school curriculum. Middle School clubs must be sponsored by the school and are limited to organizations that strengthen and promote critical thinking, business skills, athletic skills, and performing/visual arts. Schools may also establish organizations relating to academic honor societies and student government and clubs that are directly related to curriculum.

Applicant: LOGAN STEUBEN

(Circle one) **(Teacher)** Administrator

Official Club Name: Chess Club

Club Purpose & Goals: Attach a Charter that sets forth the purposes, goals, qualifications for members and the rules of conduct.

Anticipated Activities for the Year: Learn how to play chess, play chess, host a chess tournament

Club Meeting Day, Time and Place: (Meetings must be held at the school unless otherwise approved.)
Wednesday, 3pm - 4:30pm, Room 9-223

Anticipated membership number: 10
(Parent consent forms for each member must be submitted to principal.)

Club By-Laws:

Each club/organization must establish written by-laws within the first 90 days after receiving approval, and provide a copy as a supplement to the application.

The Club/Organization agrees to comply with the Code of Student Conduct and Policy Guide and all School Board policies at all club meetings and events. (Policy 4.502 is attached)

LOGAN STEUBEN / Teacher Signature / 9/9/13
Print Name / Date

*Principal Approval: Signature / 9-6-13 / Date

Superintendent/Designee Approval: Signature / 10/2/13 / Date

*Principal will determine the staff member assigned to supervise and/or sponsor the club/organization.

**LAKE COUNTY SCHOOLS**

201 W. Burleigh Blvd., Tavares, Fla., 32778-2496 • Phone 352-253-6500 • Fax 352-343-0198

# Chess Club Charter
## Mount Dora Middle School 2013-2014

**Mission Statement**: As parents struggle to find pleasurable and worthwhile activities for their children, programs that challenge children to learn are becoming scarce. Chess Club promotes the game of chess as a learning device realizing that learning is a lifelong process. Children will participate in a program that inspires learning and teaches skills that will provide benefits for the rest of their lives.

**Goals**: Students will learn the game of chess and be able to compete against each other in a fun and respectful environment.

**Qualifications**: 1. Able to show up 2. Able to adhere to school rules and procedures

**Rules of Conduct:** Students will follow the Code of Conduct set forth by Lake County Schools, FL. Students will also maintain a high level of sportsmanship during competition.

**Why play chess?** Chess is fun! Chess turns problem-solving into a game. Chess teaches many skills including the following:

- Focusing – the benefit of carefully observing and concentrating

- Visualizing – imagining a sequence of actions before it happens

- Thinking Ahead – ability to foretell and anticipate consequences of any action

- Weighing Options – realizing that there are several solutions to a problem

- Analyzing Concretely – evaluating the results of actions and sequences

- <u>Thinking Abstractly – stepping back from the details to consider</u> the big picture

- Planning – always needing to consider one long-range objective…checkmate