

CARVER

# LAKE COUNTY SCHOOLS
*Leading our Students to Success*

*Club is not an extension of the school curriculum, per policy.*

*Not approved* [signature]

Superintendent
Susan Moxley, Ed.D.

Lake County School Board
Bill Mathias, *District 1*
Rosanne Brandeburg, *District 2*
Tod Howard, *District 3*
Debbie Stivender, *District 4*
Kyleen Fischer, *District 5*

## Middle School
## CLUB/Organization Application
(ALL STUDENT CLUBS/ORGANIZATIONS MUST BE APPROVED BY THE SUPERINTENDENT BEFORE THEY CAN OPERATE AT A SCHOOL.)

Middle School clubs and organizations are an extension of the school curriculum. Middle School clubs must be sponsored by the school and are limited to organizations that strengthen and promote critical thinking, business skills, athletic skills, and performing/visual arts. Schools may also establish organizations relating to academic honor societies and student government and clubs that are directly related to curriculum.

Applicant: Heather Jablonski

(Circle one)  **Teacher**  Administrator

Official Club Name: Carver Middle School Gay-Straight Alliance

Club Purpose & Goals: Attach a Charter that sets forth the purposes, goals, qualifications for members and the rules of conduct.

Anticipated Activities for the Year:
Please see attached club charter.

Club Meeting Day, Time and Place: (Meetings must be held at the school unless otherwise approved.)
Tuesdays at 8:00 a.m.; Building 2, Room 120

Anticipated membership number: 25
(Parent consent forms for each member must be submitted to principal.)

Club By-Laws:

Each club/organization must establish written by-laws within the first 90 days after receiving approval, and provide a copy as a supplement to the application.

The Club/Organization agrees to comply with the Code of Student Conduct and Policy Guide and all School Board policies at all club meetings and events. (Policy 4.502 is attached).

Heather Jablonski | *Heather Jablonski* [signature] |
--- | --- | ---
Print Name | Teacher Signature | Date

*Principal Approval: _____
 | Signature | Date

Superintendent/Designee Approval: _____
 | Signature | Date

*Principal will determine the staff member assigned to supervise and/or sponsor the club/organization.

LAKE COUNTY SCHOOLS
201 W. Burleigh Blvd., Tavares, Fla., 32778-2496 • Phone 352-253-6500 • Fax 352-343-0198

# Club Charter

Carver Middle School Gay-Straight Alliance

Club Purposes and Goals:

(1) to create a safe, supportive environment at school for students to discuss experiences, challenges, and successes of LGBT students and their allies
(2) to create and execute strategies to confront and work to end bullying, discrimination, and harassment against all students, including LGBT students
(3) to promote critical thinking by discussing how to address bullying and other issues confronting students at Carver Middle School

Qualifications for Members:

Membership is open to all students, so long as the individual shows respect for all other members and does not interfere with the club purposes described above. There are no dues.

Rules of Conduct:

The GSA shall operate consistent with and comply with all school policies, rules, regulations, and state law, which include the requirements that members must comply with school policy, rules, regulation, and state law during meetings.

Anticipated Activities for the Year:

- hold regular meetings
- design and market student-awareness campaigns
    - create educational pamphlets, fliers, posters, and/or artistic displays related to bullying and other issues facing students—including LGBT students—at Carver Middle School
    - educate students about civil rights
- engage in after-school or weekend volunteer work in the local community

Dear Principal Cunningham and Superintendent Moxley,

My name is ▮▮▮▮▮▮▮▮ and I am in seventh grade at Carver Middle School. I really want to make sure that the Gay-Straight Alliance started last school year keeps going this year. Bullying can make school tough for some kids, and I think helping people understand more about bullying and how to stop it will help make a lot of people more comfortable in school. Plus, we think it would be good for us to get more involved in the community by doing volunteer work. Please let us continue the GSA this year — I think it will make Carver an even better school.

Sincerely,

