# Daniel Tilley

| | |
|---|---|
| **From:** | Steve Johnson <SteveJ@mclinburnsed.com> |
| **Sent:** | Thursday, December 05, 2013 2:53 PM |
| **To:** | Daniel Tilley |
| **Cc:** | Moxley, Susan; Cole, Aurelia |
| **Subject:** | [SPAM] GSA |
| **Attachments:** | GSA App.pdf |

Daniel -

The Superintendent and I have had a chance to review not only the application of Ms. Heather Jablonski for a Gay-Straight Alliance club at Carver Middle School but also the applications for other Middle School clubs and organizations around the county. As I think is evident from Ms. Jablonski's application, the club charter does not meet the requirements for middle school clubs/organizations as outlined in the portion of the policy that is printed on the application. The Superintendent, or one of her staff, will be notifying Ms. Jablonski of this fact and offering her an opportunity to resubmit an application with a charter that would qualify under current Board policy. I have attached a copy of the application submitted by Ms.Jablonski.

Thank you again for your courtesy.

**McLin Burnsed**

Stephen W. Johnson
1000 West Main Street|P.O. Box 491357
Leesburg, Florida 34749-1357
Phone 352-787-1241
Fax 352-326-2608
www.mclinburnsed.com

NOTE: This e-mail is from a law firm, McLin Burnsed ("McLin"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of McLin, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to McLin in reply that you expect it to hold in confidence. If you properly received this email as a client, co-counsel or retained expert of McLin, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

To ensure compliance with Treasury Regulations (31 CFR Part 10, Sec. 10.35), we inform you that any tax advice contained in this correspondence was not intended or written by us to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code.