| | |
|---|---|
| From: | Mathias, Bill |
| To: | Katy Bourne |
| Subject: | Re: Gay-Straight Alliance at Carver Middle School |
| Date: | Friday, April 26, 2013 11:44:35 AM |

From Bill Mathias, sent from my iPad

On Apr 24, 2013, at 8:23 PM, "Katy Bourne" <katy@katy-bourne.com> wrote:

> OK, I'll continue in green.....
> On Apr 24, 2013, at 1:50 PM, Mathias, Bill wrote:
>
>> From Bill Mathias, sent from my iPad
>>
>> On Apr 24, 2013, at 11:30 AM, "Katy Bourne" <katy@katy-bourne.com> wrote:
>>
>>> To use your position of "authority" to manipulate the law is unethical and abhorrent.
>>
>> The reality is I sent emails to my state representatives and asked that they correct the statue that would force our school district to allow ANY club on our middle school campuses. I am grateful they listen and the law was changed. I make no apology, my right as a citizen.
>
> And *when* did you write your state representatives requesting that they modify this statute? Was it before or after Ms. Silberstein tried to form the Gay-Straight Alliance? Seems to me that if this was not specifically in response to the issue of the Gay-Straight Alliance, you would have requested this change long before. (And this is an entirely different argument but what is the logic in opposing "any" club at a middle school? )

The day after the initial vote. Logic is focus on academics, period! I am not opposed to curricular clubs.

>>> It is especially so given that your goal is to create difficulty for young people. This is the very face of bullying. What kind of man are you anyway?
>>
>> I ran because my dad served in the 70's on the Duval County

School Board. He taught me to give back, so after 30 years in Leesburg, that is what I am trying to do.

<span style="color:green">This explains your history but does not answer my question. What kind of man uses his position to violate the rights of young people? Seems to me you're not giving anything back but taking away.</span>

This is only one issue, so far I have quietly saved the taxpayers over $800,000.00. I also believe I am right on this issue. The term I am serving is only two years, if I don't feel I am a positive force on the board I will not run again. This is one issue I hope you will ultimately look at the totality of my service.

What kind of man preys on the most vulnerable?

The ACLU, it is a shame how they have exploited that little girl.

<span style="color:green">The ACLU is protecting Bayli Silberstein, who at 14-years-old is a young woman. They recognize your blatant abuse of power and the violation of Ms. Silberstein's rights. They are responding accordingly and appropriately.</span>

OK we differ, I believe the ACLU look for opportunities to collect legal fees. In this case they have exploited this young girl. She states she is bi sexual. How does a 13 year old (now 14) know that? I understand gay, lesbian or transgendered , but bi, sorry can not rationalize how she knows.

And what exactly do you find so threatening about young people forming a Gay-Straight Alliance ?

Nothing, that is what is so frustrating. I have no problem for the GSA to form in high school. I do not think it is age appropriate for middle school.

<span style="color:green">In an earlier comment, you said you requested the modification of the statute relative to "any" club on a middle school campus. But here you say a GAS is not age-appropriate for middle schoolers. So which is it? Are you opposed to any club on a middle school campus or more specifically, any club that includes sexual minorities? And why should you be the judge as to what is age appropriate for middle schoolers? As a parent, I believe those decisions are mine alone and are solely between me and my child. If you don't want your child to attend such a group, then that's your prerogative. But you don't have the right to dictate what other families can and can't do.</span>

I have made the statement on more than one occasion, middle school clubs should be curriculum based. I supported closed club for middle and open for high school.

> Does the idea of increased awareness and understanding between LGBT and straight people intimidate you?

No

> Then why are you denying the formation of the Gay-Straight Alliance at Carver Middle School?

NOT age appropriate (my opinion)  However it should be noted based on the legislature the "club" decision is up to the principal.  Carver Middle School has had two different principals review the GSA club, both did not support the GSA club.  I support them.

> As the tide of tolerance grows in this country, it makes it more difficult for homophobic bigots like yourself to abuse power and trample on the rights of others

It is name calling and stereotype that close the conversation, both ways

> There is no euphemism for people who do what you're doing. A bully is a bully. A bigot is a bigot. If the shoe fits, wear it. If you're going to use your authority to violate the right of young people who are less powerful than you and if you're going to use your position to legislate your biases, then at least be man enough to own what you are.

I think I understand the tactic you and others have used.  Apparently, you were bullied and called names.  That learned behavior you and others, now use to lash out at me.  Top five  names: homophobic, bully, turd, devious, bigot.

> You are absolutely wrong about GSA groups in middle schools across the country.

> If you have exact count I would like to know, GSA site stated new to middle schools.  if you have reference to how many I would like to know

> I don't have those numbers but will get back to you on that. I do know that most Seattle middle schools have GSA groups. But what does it matter anyway? What is Carver Middle School were the first with a GSA group? So what?

It matters because of my position that this is an age appropriate club (high school).  Why are you and others try to push this on 11 -13 year old children?  As you found there is limited middle school participation.

> But as we've already established, you're out of touch with the world around you and decidedly on the wrong side of history.

Possibly

> This is far from over. Responsible adults will not allow you to continue to bully our LGBT youth. I wonder how you sleep at night.

I have never bullied anyone. The fact that I am looking at a bigger picture than your narrow "gay initiative" will allow is sad. If you will take a minute and try to understand what problem(s) an open policy could cause our 11-13 yer old children you might decide that I am practicing good governance. This policy discussion is more than GSA.

> Hmm, exactly what is this "gay initiative" that you're referring to? Are you talking about the belief that LBGT people are entitled to the same rights and privileges as heterosexual people? And explain to me how a Gay-Straight alliance could cause problems for 11-13 year olds. It seems to me that denying these 11-13 year olds their right to assembly and free speech is far more problematic than any discussions or activities that they may engage in at a GSA meeting. You are not practicing "good governance." You are taking a crap on civil liberties. And by using your position of power to block the efforts of a middle schooler, you are most certainly a bully.

Please at what point are you concerned about education ? It is the students SAT or ACT score that will get them into college, not club participation. At the orientation last month for my son at University of Florida, they said we don't care what clubs you belong to, unless you were in leadership. More important was volunteer service to the community.

On my right side and very well. It is also easy to look in the mirror the next day, because I am true to my convictions.

> It is immoral and cowardly to deny other people their fundamental rights. You may very well be able to stomach what you see in the mirror today. But I suspect that down the line, you will ultimately hang your head in shame, as you should be doing now.

See Above comment

> I do appreciate this dialogue. I suspect that you are receiving a high volume of email and have to give you credit for your willingness to

> engage. I will give you that much.

Actually five emails for the GSA and over 100 emails thanking me. You and one other multiple emails. I actually did receive a lot of cut in paste emails prior to the vote from across this great country. Very few from Lake County. Every parent I have spoken to supports my position, obviously not Ms Silberstein.

> Katy Bourne
>
> On Apr 24, 2013, at 8:18 AM, Mathias, Bill wrote:
>
>> Sorry, your perception is your reality. I will not try to change your opinion, I only hope you will seek the truth. To date there are very few GSA clubs in middle schools.
>>
>> I am not ashamed, and I am certain I am on the right side on this club policy issue.
>>
>> From Bill Mathias, sent from my iPad
>>
>> On Apr 24, 2013, at 12:56 AM, "Katy Bourne" <katy@katy-bourne.com> wrote:
>>
>>> Mr. Howard & Mr. Mathias,
>>>
>>> Today I read an article in the Seattle Times about your efforts to block students at Carver Middle School from forming a Gay-Straight Alliance at the school. According to the article, you urged lawmakers in your state to tweak the definition of "secondary schools" from grades 6-12 to 9-12, so that Florida middle schools would not fall under federal protection granted by the Equal Access Act. As such, the Lake County School

Board is free to bypass federal law and to continue its campaign to block the formation of this club. I might add that there are Gay-Straight Alliances at middle and high schools all across the country. Your objections to having a chapter at the Carver Middle School are curious and disappointing.

You should be ashamed of yourselves.

Bayli Silberstein is seeking to form the alliance as a means to address the issue of gay students being bullied at the school. It's ironic that her efforts have been thwarted by *adult* bullies who abuse their power to legislate their own bigotry. Your actions are odious, reprehensible and unethical. It is troubling that you are in a position to make decisions that will impact the lives of countless innocent young people. Ms. Silberstein was simply trying to make her school a better place. She became involved and engaged. She was proactive and responsible. She saw a way to make a positive change and she stepped up to the plate. But her attempts have been obstructed by adults who are afraid of her and what she represents –tolerance, acceptance and self-respect. Ms. Silberstein demonstrates qualities that anyone would love to see in their child and the Lake County School Board is penalizing her for it.

Again, the two of you should be ashamed of

yourselves. It is unacceptable for adults to use political power and clout to pick on LGBT kids. The eyes of the United States are watching you. When the rights of any gay child are trampled on, it is incumbent on all of us to respond. I hope that you will do some deep soul-searching and stop this outrageous campaign. If you fail to do so, you will one day realize that you were on the wrong side of history. You have the choice now to do the right thing.

Katy Bourne

Under Florida's "Public Records" law, absent a specific exclusion, written communications to or from Lake School District employees are considered public records. E-mail communication with this correspondent may be subject to public and media disclosure upon request.