DANIEL TILLEY     E-EDITION   HOME DELIVERY   DIGITAL MEMBERSHIPS   PLACE AN AD   JOBS   CARS   REAL ESTATE   PUBLIC NOTICES

9:56 AM EST
Friday, Dec. 13, 2013     59° F

HOME   LOCAL   WEATHER   SPORTS   BUSINESS   ENTERTAINMENT   LIFE   HEALTH   TRAVEL   OPINION   VIDEOS   CLASSIFIED

SCHOOLS   LOTTERY   FOOD/RECIPES   HOME/GARDEN   RELIGION   MOMS AT WORK   SHOPPING   POOL GUIDE   PETS   CELEBRATIONS

WEEKLY ADS      TRENDING: | Beyonce | 'Affluenza' | Best Downtown

Search ⦿ All content ◯ Business listings [Search]

Home → Collections → High School Students

# Lake school leaders may stop 'gay-straight' club from forming

**Proposed rules comes after student application to form Gay-Straight Alliance was denied**

Recommend 22

10 Tweet    4 g+1

February 5, 2013 | Erica Rodriguez, Orlando Sentinel

The Lake County School  Board could create new rules that would keep a local Gay-Straight Alliance student group from forming at a middle school.

The School Board discussed the rules for student clubs at a workshop Monday -- with most members saying they want to limit extra-curricular student groups in secondary schools.



## Symptoms Of ADHD In Kids
www.adhdtreatmentforkids.com
Prepare For Your Kid's Doctor Appt With This ADHD Discussion Guide.

The discussion comes after the American Civil Liberties Union supported 14-year-old Bayli Silberstein, who wanted to form a Gay-Straight Alliance student club at Carver Middle School in Leesburg. Bayli was denied last school year but re-applied to form the group in October.

The student has yet to hear a final decision from Principal Mollie Cunningham. The club aims to give students a place to be themselves and to combat bullying, according to Bayli's application, which detailed instances of children being shoved or called names because of their sexuality.

### Related Articles

Bayli Silberstein prepares to form Gay-Straight Alliance...
*May 6, 2013*

Future of Lake gay-straight club still murky despite new...
*May 13, 2013*

Lake school district agrees to allow Gay-Straight Alliance...
*May 2, 2013*

Federal judge rules for Lake teen who wants to form...
*May 30, 2013*

Leesburg middle school student says bullying will continue...
*February 9, 2013*

The ACLU, citing the federal Equal Access Act, says school districts cannot pick and choose which clubs to allow based on what they think students should or should not discuss. If a school allows any student group to meet that doesn't have a mission directly related to school academics, then it cannot deny other students groups the same access, the ACLU says. In Florida, the law applies to middle and high school students.

School Board members Bill Mathias, Debbie Stivender and Chairwoman Kyleen Fischer spoke in favor of a rule that would ban extra-curricular clubs in secondary schools while fellow board members Tod Howard and Rosanne Brandeburg favored banning extra-curricular clubs only in middle schools.

Fischer said the district should focus on education and that "social engineering" is not the job of the School Board. "It is not our job to socially mentor students, but to educate them," she said.

Howard said he was worried about the clubs that would be lost under stricter rules. "I am very concerned that one club would push out the remainder of the clubs that are doing good things," he said.

ericarodriguez@tribune.com or 352-742-5928

## Find More Stories About

High School Students

Lake School

School Leaders

Equal Access Act

# Symptoms Of ADHD In Kids

www.adhdtreatmentforkids.com

Prepare For Your Kid's Doctor Appt With This ADHD Discussion Guide.

## Featured Articles



Daytona Pier reopens with Joe's Crab Shack



Mom, dad planned child sex abuse before kids were born



Summit megachurch founder Isaac Hunter found dead in apparent suicide

MORE:

| | |
|---|---|
| Puerto Rico birth certificates: How to get a new one | Lottery results for Powerball, Florida Lotto |
| Lottery results for Powerball, Florida Lotto | Lottery results for Powerball, Florida Lotto |
| Lottery results for Powerball, Florida Lotto | Do your homework before painting or sealing cool deck |



Index by Keyword  |  Index by Date  |  Privacy Policy  |  Terms of Service

Please note the green-lined linked article text has been applied commercially without any involvement from our newsroom editors, reporters or any other editorial staff.