UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ocala Division

CARVER MIDDLE SCHOOL GAY-
STRAIGHT ALLIANCE, an
unincorporated association; and H.F., a
minor by and through parent Janine
Faughnan,

    Plaintiffs,

v.

    No. 5:13-cv-00623-WTH-PRL

SCHOOL BOARD OF LAKE
COUNTY, FLORIDA,

    Defendant.

## DECLARATION OF DANIEL B. TILLEY

I, Daniel B. Tilley, state as follows:

1. I am over the age of 18 and fully competent to testify regarding the contents of this Declaration, which I make based upon my personal knowledge.

2. I am the attorney for the ACLU Foundation of Florida representing Plaintiffs in this matter.

3. Attached as Exhibit 4-1 to Plaintiffs' Motion for Preliminary Injunction (DE 4) is a true and accurate copy of the Lake County School Board's School Board Policy 4.502 ("Middle School Student Clubs and Organizations"). I obtained this document from the School Board's website, http://lake.k12.fl.us/.

4. Attached as Exhibits 4-3 to 4-11 of Plaintiffs' Motion for Preliminary Injunction (DE 4) are true and accurate copies of the club applications for, respectively, the Jr. National Honor Society of Carver Middle School, East Ridge Middle School AVID Club, Umatilla Middle School AVID Club, East Ridge Middle School Robotics Club, Oak Park Middle School Robotics Club, Gray Middle School News Production Team, Mount Dora Middle School News Crew, Mount Dora Middle School Chess Club, and Carver Middle School Gay-Straight Alliance. I received these applications in response to my request for public records.

5. Attached as Exhibit 4-12 to Plaintiffs' Motion for Preliminary Injunction (DE 4) is a true and accurate copy of the e-mail sent from Steve Johnson, the School Board's attorney, to Daniel B. Tilley on December 5, 2013, regarding the denial of the club application of the Carver Middle School Gay-Straight Alliance.

6. Attached as Exhibit 4-13 is a true and accurate copy of the Lake County school district's summary budget for fiscal year 2013-2014, which I obtained from the district's website, http://lake.k12.fl.us/.

7. Attached as Exhibit 4-14 to Plaintiffs' Motion for Preliminary Injunction (DE 4) is a true and accurate copy of the April 2013 e-mail exchange between Bill Mathias and Katy Bourne, which I obtained from the district through a request for public records.

8. Attached as Exhibit 4-15 is a true and accurate copy of an Orlando Sentinel article dated 02/05/13, which I downloaded from the newspaper's website. As of this writing, the article is available at http://articles.orlandosentinel.com/2013-02-05/features/os-gay-straight-aclu-lake-20130205_1_gay-straight-club-gay-straight-alliance-equal-access-act.

I declare under penalty of perjury that the foregoing is true and correct. Executed January 15, 2014.

_____
Daniel B. Tilley