Exhibits List

| | |
|---|---|
| Exhibit 4-1 | School Board Policy 4.502 ("Middle School Student Clubs and Organizations") |
| Exhibit 4-2 | Declaration of H.F. |
| Exhibit 4-3 | Club Application, Jr. National Honor Society of Carver Middle School |
| Exhibit 4-4 | Club Application, East Ridge Middle School AVID Club |
| Exhibit 4-5 | Club Application, Umatilla Middle School AVID Club |
| Exhibit 4-6 | Club Application, East Ridge Middle School Robotics Club |
| Exhibit 4-7 | Club Application, Oak Park Middle School Robotics Club |
| Exhibit 4-8 | Club Application, Gray Middle School News Production Team |
| Exhibit 4-9 | Club Application, Mount Dora Middle School News Crew |
| Exhibit 4-10 | Club Application, Mount Dora Middle School Chess Club |
| Exhibit 4-11 | Club Application, Carver Middle School Gay-Straight Alliance |
| Exhibit 4-12 | 12/05/13 e-mail from Steve Johnson to Daniel Tilley |
| Exhibit 4-13 | District School Board of Lake County, District Summary Budget, Fiscal Year 2013-2014 |
| Exhibit 4-14 | April 2013 e-mail exchange between Bill Mathias and Katy Bourne |
| Exhibit 4-15 | 02/05/13 Orlando Sentinel article with quotations from Kyleen Fischer and Tod Howard |
| Exhibit 4-16 | Declaration of Daniel Tilley |