UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARVER MIDDLE SCHOOL
GAY-STRAIGHT ALLIANCE, an
unincorporated association; and H.F.,
a minor by and through parent Janine
Faughnan,

    Plaintiffs,

v.                                        CASE NO. 5:13-cv-623-oc-10 PRL

SCHOOL BOARD OF LAKE
COUNTY, FLORIDA,

    Defendant.

## AFFIDAVIT OF SUSAN MOXLEY

STATE OF FLORIDA
COUNTY OF LAKE

    ON THIS DAY personally appeared before me, the undersigned officer, duly authorized to administer oaths and take acknowledgments, SUSAN MOXLEY, who after being by me first duly cautioned and sworn, upon his oath says:

    1.    I am over the age of eighteen (18) years and have personal knowledge of the matters contained in this Affidavit.

    2.    I was awarded a Master of Arts Degree in Educational Leadership in 1988 and a Doctorate in Education Leadership in 2003, both from the University of Central Florida.

    3.    After eight years as a teacher and occupational specialist, I have served as an Assistant Principal, an Elementary and High School Principal, the director of Lake Technical Center, and an Assistant Superintendent for School Administration and Human Resource Services for Lake County Schools.

    4.    I was the Senior Director for Professional Development Services and the Associate Superintendent for Career, Technical Education for Orange County Schools.

EXHIBIT 1

5. Since November, 2008, I have been employed as the appointed Superintendent of Schools for Lake County.

6. Critical thinking in the field of education is generally defined as the use of multi-dimensional strategies that include problem solving, analyzing, synthesizing, researching, planning, and evaluating information with application to new knowledge.

7. I delegated to Mrs. Cole the review of the club and organization applications for the 2013/2014 school year. I retained authority as the final decision maker.

8. On or about the time the School Board approved policy 4.502 for Middle Schools, it approved Board policy 4.501 for High Schools, a copy of which is attached to this Affidavit as Exhibit "X". Board policy 4.501 creates a limited open forum under the Equal Access Act. At least one GSA club has been approved under this policy.

FURTHER AFFIANT SAYETH NAUGHT

_____
Susan Moxley

Sworn to and subscribed before me
this 3rd day of February, 2014.

_____
NOTARY PUBLIC - STATE OF FLORIDA
PATRICIA JO PAINTER
(Print Name of Notary Public)
EE 179666
(Serial/Commission Number)

PATRICIA JO PAINTER
MY COMMISSION # EE 179666
EXPIRES: June 4, 2016
Bonded Thru Notary Public Underwriters

Personally Known ✓   or   Produced Identification _____

Type of Identification Produced: _____

g:\user\sam\lcsb\carver m s gsa v lcsb\affidavit of susan moxley.docx

CHAPTER 4.00 - CURRICULUM AND INSTRUCTION

4.501

## HIGH SCHOOL STUDENT CLUBS AND ORGANIZATIONS

### I. - ALL HIGH SCHOOL CLUBS AND ORGANIZATIONS

(1) This policy applies to all high school clubs and organizations

(2) All high school student clubs and organizations must be approved by the Superintendent before they can operate at a school.

(3) All prospective clubs must submit a District approved application. The application shall include a club charter which shall set forth the purposes, qualifications for members, and the rules of conduct and shall be maintained on file for reference by all students and school employees. Applications for non-curricular clubs must be submitted by a student(s) in attendance at the particular school.

(4) A student club or organization shall not conduct any activity or act which violates Florida Statutes, School Board rules, or the regulations of the school.

(5) Any club or organization which engages in an initiation ceremony for its members shall prepare and submit the program of initiation exercises to the school principal for review and approval.

(6) There shall be no type of hazing in any club or organization within any school. Hazing is defined as any action or situation for the purpose of initiation or admission into or affiliation with any club or organization operating at a school pursuant to this policy, which recklessly or intentionally endangers a student's mental or physical health or safety.

(7) The decision of the members of an organization shall not be one of the factors in selecting additional members.

(8) Any dues charged shall be reasonable and not prohibitive. Admission fees will not be charged.

EXHIBIT X

(9) Secret societies, fraternities and sororities are prohibited per Section 1006.14, Florida Statutes.

## II. - CURRICULAR CLUBS AND ORGANIZATIONS

(1) This section applies to all high school curricular clubs and organizations

(2) Curricular clubs and organizations may be initiated by a student, student group, teacher or principal. They must relate directly to the curriculum of the school. This occurs when:
    (a) The subject matter of the group is actually taught, or soon will be taught, in a regularly offered course;
    (b) If the subject matter of the group concerns the body of courses as a whole;
    (c) If participation in the group is required for a particular course; or
    (d) If participation in the group results in academic credit.

(3) Curricular clubs will be assigned an employee/sponsor by the principal. The employee/ sponsor shall be present at all meetings.

(4) All social events shall be adequately chaperoned.

(5) At the discretion of the School Board and consistent with School Board policy, the employee/ sponsor may be compensated by the school.

(6) All monies accruing to a curricular club or organization shall be accounted for through the school's internal accounting system.

(7) All meetings shall be held on School Board property. This may be waived for special meetings and events upon the faculty sponsor's request and principal's approval.

(8) Any dues charged shall be reasonable and not prohibitive.

## III. – CO-CURRICULAR CLUBS AND INTERSCHOLASTIC EXTRA-CURRICULAR ACTIVITIES

(1) The policy of the Board is to maintain a co-curricular club and interscholastic extracurricular activities program sufficiently varied to meet the wide range of vocational, recreational, social and cultural needs and interests of the students.

(2) Schools may establish co-curricular student clubs associated with national organizations, such as the National Honor Society, student government, debate teams, intramural activities, Vocational Industrial Club of America, Future Business Leaders of America, robotics teams, etc. To be sponsored these clubs must use student's knowledge or curriculum to develop and expand their critical thinking, politic ability, leadership ability, post-secondary educational, and employability skills.

(3) The schools may also establish interscholastic extracurricular activities. These activities must fall under the guidance and direction of the Florida High School Athletic Association and are subject to the provisions of School Board policy 4.40.

(4) The District defines school sponsored curricular clubs, co-curricular clubs, and interscholastic extracurricular activities as activities that are conducted on or off school premises and under the supervision and guidance of a staff advisor.

## IV. - NON-CURRICULAR CLUBS AND ORGANIZATIONS

(1) This section applies to all high school non-curricular clubs and organizations.

(2) Non-curricular clubs and organizations do not directly relate to the body of courses offered by the school. In accordance with the Equal Access Act, the Board authorizes high school premises to be made available to non-curricular clubs who wish to conduct meetings during non-instructional time.
Non- instructional time is defined as the time set aside by the high school in the morning before actual classroom instruction begins or in the afternoon after actual classroom instruction ends, exclusive of the optional periods offered by the Board.

(3) The use of high school premises for these meetings, may be approved by the Superintendent with the following conditions:
    (a) The meeting is voluntary and student-initiated;
    (b) The meeting does not materially and substantially interfere with the orderly conduct of educational activities within the school;
    (c) The meeting may not be directed, conducted, controlled, or regularly attended by non-school persons;
    (d) The meeting does not require additional tax funds; and
    (e) The meeting is not otherwise unlawful.

(4) There shall be no sponsorship of the meeting by the school, the School Board, or its agents or employees. Sponsorship includes the act of promoting, leading or participating in a meeting. The assignment of an employee to a meeting for custodial purposes does not constitute sponsorship of the meeting. Employees or agents of the School Board or school may be present at meetings only in a non-participatory capacity.

(5) Non-curricular clubs and organizations will be allowed access to privileges (for example - use of school newspaper, bulletin boards, public address, yearbook) to the same extent as afforded to all other non-curricular groups.

**STATUTORY AUTHORITY:** 1001.41; 1001.42, F.S.

**LAWS IMPLEMENTED:** 1001.43; 1006.07; 1006.09; 1006.63, F.S.

**HISTORY:** ADOPTED: 8/12/13
REVISION DATES(S):
BOARD REVIEW: 5/13/13