UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA - OCALA DIVISION

CARVER MIDDLE SCHOOL
GAY-STRAIGHT ALLIANCE, an
unincorporated association; and H.F.,
a minor by and through parent Janine
Faughnan,

    Plaintiffs,

v.                                CASE NO. 5:13-cv-623-oc-10 PRL

SCHOOL BOARD OF LAKE
COUNTY, FLORIDA,

    Defendant.

## AFFIDAVIT OF AURELIA COLE

STATE OF FLORIDA
COUNTY OF LAKE

    ON THIS DAY personally appeared before me, the undersigned officer, duly authorized to administer oaths and take acknowledgments, AURELIA COLE, who after being by me first duly cautioned and sworn, upon his oath says:

    1.    I am over the age of eighteen (18) years and have personal knowledge of the matters contained in this Affidavit.

    2.    I am employed as the Chief of Administration for Lake County Schools.

    3.    On December 6, 2013, I directed the principal of Carver Middle School to contact Ms. Jablonski, the teacher who submitted the application for the Gay Straight Alliance at Carver Middle School, and notify her that the application she submitted did not meet the requirements of Board Policy 4.502 and to offer her an opportunity to revise and resubmit the application. I received an email on that same date confirming that the message had been shared with Ms. Jablonski. To date, no revised application has been submitted.

    4.    The Junior National Honor Society at Carver Middle School is specifically permitted as an "academic honor society" under Board Policy 4.502.

EXHIBIT 2

5. Cheerleading squads at Middle Schools in Lake County have historically not been approved as a club or organization. They have been and are treated as an athletic team with a sponsor who reports to the school's Athletic Director. Cheerleading is recognized as a competitive sport by the Florida High School Athletic Association.

6. AVID is a course offered in Lake County's middle schools. The AVID clubs, which are approved at Windy Hill Middle School, as well as East Ridge and Umatilla Middle Schools, are part of the AVID class curriculum and were approved under Board Policy 4.502 as clubs that are directly related to the curriculum.

7. The Robotics Club at East Ridge Middle School was approved as a club directly related to the curriculum. It is established as part of the S.T.E.M. (Science, technology, Engineering and Math) initiative and the clubs promote and support that curriculum based initiative. The club also strengthens and promotes critical thinking. The Oak Park Robotics Club was disapproved, after the public record request from the ACLU, due to its' attempt to limit participation only to female students.

8. The News Production Team at Gray Middle School and the School News Crew at Mount Dora Middle School are not being operated as clubs. They are school activities providing the news at the schools over their closed circuit network during school hours. The students met briefly before or after school to prepare for the broadcasts.

9. The Chess Club at Mount Dora Middle School was approved as a club that strengthens and promotes critical thinking. The skills taught by the club, as listed on its application, include: Focusing, Visualizing, Thinking Ahead, Weighing Options, Analyzing Concretely, Thinking Abstractly, and Planning.

FURTHER AFFIANT SAYETH NAUGHT

_____
Aurelia Cole

Sworn to and subscribed before me
this 3rd day of February, 2014.

_Patricia Jo Painter_
NOTARY PUBLIC - STATE OF FLORIDA

PATRICIA JO PAINTER
(Print Name of Notary Public)

EE 179666
(Serial/Commission Number)

PATRICIA JO PAINTER
MY COMMISSION # EE 179666
EXPIRES: June 4, 2016
Bonded Thru Notary Public Underwriters

Personally Known ✓ or Produced Identification ___

Type of Identification Produced:

g:\user\sam\lcsb\carver m.s. gsa v lcsb\affidavit of aurelia cole.docx