UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARVER MIDDLE SCHOOL
GAY-STRAIGHT ALLIANCE, an
unincorporated association; and H.F.,
a minor by and through parent Janine
Faughnan,

    Plaintiffs,

v.

CASE NO. 5:13-cv-623-oc-10 PRL

SCHOOL BOARD OF LAKE
COUNTY, FLORIDA,

    Defendant.

## AFFIDAVIT OF JANICE TOBIAS

STATE OF FLORIDA
COUNTY OF LAKE

    ON THIS DAY personally appeared before me, the undersigned officer, duly authorized to administer oaths and take acknowledgments, JANICE TOBIAS, who after being by me first duly cautioned and sworn, upon his oath says:

    1.    I am over the age of eighteen (18) years and have personal knowledge of the matters contained in this Affidavit.

    2.    I am employed as the Director of Student Services for Lake County Schools.

    3.    Florida Statute Section 1007.271(2), which deals with dual enrollment, states that an eligible secondary school student "is a student who is enrolled in a Florida public secondary school or in a Florida private secondary school..." This has been interpreted by the Florida Department of Education and the school districts as permitting dual enrollment only for students in grades 9 through 12 (high school).

    4.    Middle Schools currently established in Lake County serve children in grades 6, 7 and 8. The primary age groups in these grades are ages 11-14.

EXHIBIT 3

FURTHER AFFIANT SAYETH NAUGHT

*Janice Tobias*
Janice Tobias

Sworn to and subscribed before me
this 3rd day of February, 2014.

*Evelyn Diaz*
NOTARY PUBLIC - STATE OF FLORIDA

Evelyn Diaz
(Print Name of Notary Public)

FF 007294
(Serial/Commission Number)

Personally Known ✓   or   Produced Identification ____

Type of Identification Produced:

g:\user\sam\lcsb\carver m.s. gsa v lcsb\affidavit of jan tobias.docx

Page 2 of 2