UNITED STATES DISTRICT COURT
MIDDLE DISTRICT O FLORIDA
OCALA DIVISION
CASE NO.:  5:13-cv-00623-WTH-PRL


CARVER MIDDLE SCHOOL GAY-STRAIGHT
ALLIANCE et al,
           Plaintiffs,
vs.
SCHOOL BOARD OF LAKE COUNTY,
FLORIDA,

           Defendant.



DEPOSITION OF:      HF
                    Taken on behalf of Defendant
DATE:               WEDNESDAY, OCTOBER 1, 2014
TIME:               8:05 A.M. - 9:06 A.M.
LOCATION:           1000 WEST MAIN STREET
                    LEESBURG, FLORIDA

REPORTER:           Courtney L. Wear, RMR, CRR, FPR
                    Court Reporter
                    Reported by Stenographic Means



CAB REPORTING, INC.
Post Office Box 1684
Ocala, Florida  34478
(352) 401-0080

A P P E A R A N C E S

STEPHANIE McCULLOCH, Esquire
McLIN BURNSED
100 West Main Street
Leesburg, Florida  34749
        E-mail: stephm@mclinburnsed.com
        On behalf of Defendants


DANIEL B. TILLEY, Esquire
ACLU FOUNDATION OF FLORIDA
4500 Biscayne Boulevard, Suite 340
Miami, Florida 33137
        E-mail:  dtilley@aclufl.org
        On behalf of the Plaintiffs



BENJAMIN JAMES STEVENSON, Esquire
ACLU FOUNDATION OF FLORIDA
P.O. Box 12723
Pensacola, Florida 32591
        E-mail:  bstevenson@aclufl.org
        On behalf of the Plaintiffs



ALSO PRESENT:
        Helen J. Faughnan, Plaintiff


            *    *    *    *    *    *

I N D E X

TESTIMONY OF HF                                    PAGE


Direct Examination by Ms. McCulloch..............4

Cross-Examination by Mr. Tilley..................59

Redirect Examination by Ms. McCulloch............60


Certificate of Oath ...........................61

Reporter's Certificate ........................62

                    *    *    *    *    *    *


                    (NO EXHIBITS MARKED)

```
 1                   P R O C E E D I N G S
 2            THE REPORTER:  Raise your right hand.
 3            Do you swear the testimony you're about to
 4       give will be the truth, the whole truth, and
 5       nothing but the truth?
 6            THE WITNESS:  I do.
 7  Whereupon,
 8                        HF,
 9    a witness herein having been first duly sworn, was
10            examined and testified as follows:
11                   DIRECT EXAMINATION
12  BY MS. McCULLOCH:
13       Q.   Could you state your name, please.
14       A.   HF.
15       Q.   HF, as I explained, I'm Stephanie McCulloch,
16  I represent the Lake County School Board in a lawsuit
17  that's been filed on behalf of you by your mom and the
18  GSA.
19            You just took an oath to tell the truth.  Do
20  you know the difference between a truth and a lie?
21       A.   Yes.
22       Q.   Okay.  And you're going to tell me the truth
23  here today in the questions that I ask you?
24       A.   Yes.
25       Q.   Okay.  What's your date of birth?
```

1      A.    February 7th, 2001.

2      Q.    What's your full name?

3      A.    HF.

4      Q.    HF, just so you know, because this kind of

5   came up yesterday, any of your friends that are not

6   adults, their names are not going to appear in this

7   transcript.  It's just going to be initials.  Okay?

8      A.    Okay.

9      Q.    So you don't need to worry about if you say

10  your friend's name, that it's going to be their name

11  all over the place in the court record.  It's just

12  going to be initials.  Okay?

13     A.    Okay.

14     Q.    Have you ever had your deposition taken

15  before?

16     A.    No.

17     Q.    I am just going to tell you some of the

18  ground rules.  You might feel a little bit nervous,

19  there's no need to be nervous, it's just us here.  The

20  court reporter, she's going to be typing down

21  everything that I ask you and that you say so that we

22  can read it later.  Okay?

23     A.    Uh-huh.

24     Q.    I am going to be asking you some questions in

25  a little bit about your schooling and about your time

```
 1     at Carver Middle School.  And then I am going to be
 2     asking you about your involvement in the GSA.  And also
 3     I am going to be talking to you a little bit about the
 4     lawsuit that we're here for today.  Okay?
 5          A.   Okay.
 6          Q.   If I ask you a question that calls for a
 7     yes-or-no answer, try to remember to say yes or no out
 8     loud versus nodding, or shaking your head or uh-huh or
 9     uh-uh, because then we don't know if you meant yes or
10     no.  Okay?
11          A.   Yes.
12          Q.   And if I ask you a question that you don't
13     understand, just let me know and I will be happy to
14     rephrase it.  Okay?
15          A.   Okay.
16          Q.   If you need to take a break for any reason,
17     let me know.  I don't think we'll be here that long,
18     but I said that yesterday, too, and we were here for a
19     while.  No problem if you need to go to the bathroom or
20     take a break, you're free to do that.  Okay?
21          A.   Okay.
22          Q.   What grade are you in?
23          A.   8th.
24          Q.   Where do you go to school?
25          A.   Carver Middle School.
```

1      Q.   Have you always attended Carver Middle School
2  for your middle school years?
3      A.   Yes.
4      Q.   And you started in 6th grade, then?
5      A.   Yes.
6      Q.   How old were you when you were in 6th grade?
7      A.   I started at the school year when I was 11.
8      Q.   Have you lived in Lake County your whole
9  life?
10     A.   I moved from Lake County when I was like two.
11     Q.   Two?  Okay.  So you've always gone to school
12 in Lake County?
13     A.   Yes.
14     Q.   Okay.  What elementary school did you go to?
15     A.   The Villages Elementary of Lady Lake.
16     Q.   Was that for all of your elementary school
17 career?
18     A.   Yes.
19     Q.   When you were in 6th grade, were there any
20 clubs at Carver Middle School for students?
21     A.   Yes.
22     Q.   What clubs were there?
23     A.   There was Beta Club.  I think I remember
24 hearing something about like a bowling club, but there
25 was never any announcements or anything like that.

     Q.    Okay.  Were you in any clubs in 6th grade?
     A.    No, besides the GSA at the end of the year.
     Q.    Okay.  Do you remember what your grades were
like in 6th grade?
     A.    Yes.
     Q.    What were they?
     A.    All As.
     Q.    Good job.
     A.    Thank you.
     Q.    When you were in 6th grade, did you have any
understanding of what you needed to do if you wanted to
form a student club?
     A.    No.
     Q.    Did you ever talk to any teachers about
forming any sort of club when you were in 6th grade?
     A.    No.
     Q.    Did you ever talk to anybody at the school
about forming a club in 6th grade?
     A.    No.
     Q.    Okay.  Are you familiar with the term LGBT?
     A.    Yes.
     Q.    Do you know what that means?
     A.    Yes.
     Q.    What does it mean?
     A.    Lesbian, gay, transgender, bisexual.

1       Q.    Okay.   Was there any sort of LGBT club trying
2   to be formed at the school when you were in 6th grade?
3       A.    Yes.
4       Q.    How do you know that?   How did you become
5   aware that they were trying to form a club?
6       A.    There were people talking about it, and
7   things like that.  And once it started happening,
8   that's when I started, you know, wondering what it was
9   about, and that's when I came to meetings.
10      Q.    Okay.   Did you talk to any particular student
11  that was trying to get the LGBT to have a club?
12      A.    Yes.
13      Q.    Who did you talk to?
14      A.    BNS.
15      Q.    How do you know BNS?
16      A.    We had all the same teachers and things like
17  that.  And we saw each other around campus.
18      Q.    Okay.   Did you know her in elementary school?
19      A.    No.
20      Q.    Were there any other students that you knew
21  that were involved with the LGBT or trying to form an
22  LGBT at Carver Middle School in your 6th grade year?
23      A.    Yes.
24      Q.    Who else?
25      A.    JI, DL, and ML.

1      Q.   Did any of those students tell you why they
2    wanted to form a LGBT?
3      A.   No.
4      Q.   Did any of those students tell you that there
5    was some process, or what the process was to try to
6    form a student club?
7      A.   No.
8      Q.   Did any of those students speak openly about
9    their sexual orientation?
10     A.   During club meetings it came across, if you
11   wanted to say something.  But, no, it didn't --
12          MR. TILLEY:  Can I --
13   BY MS. McCULLOCH:
14     Q.   I am just going to try to make this a little
15   bit clearer for you, because I know that you've been in
16   Carver for three years and there's different times that
17   a GSA was trying to be formed in an LGBT group.  So for
18   right now I am just talking about your 6th grade year.
19          MR. TILLEY:  Yeah, I think she believes
20      you're talking about the GSA.
21          MS. McCULLOCH:  Everything.  Right.
22          MR. TILLEY:  Yeah.
23   BY MS. McCULLOCH:
24     Q.   So during your 6th grade year, was it a GSA
25   that they were trying to put together, or was it just

1    LGBT?  Do you remember?

2         A.   It was a GSA.

3         Q.   Okay.  So did anybody tell you what the

4    process was for starting a GSA?

5         A.   No.

6         Q.   Did any of the students that you named that

7    were kind of trying to get it started, BNS, JI, DL or

8    ML -- sorry, what was her last name?

9         A.   ML.

10        Q.   ML.  Did any of them, were any of them open

11   about their sexual orientation?

12        A.   Yes.

13        Q.   Did you know if any of them fell under the

14   LGBT category?

15        A.   Yes.

16        Q.   Okay.  How many of them did?

17        A.   I think only one.

18        Q.   Only one?  Okay.

19             Which one was that?

20        A.   BNS.

21        Q.   Okay.  What kind of things did BNS talk to

22   you about when you first became aware that they were

23   trying to form a GSA?

24        A.   That it was just a place to go for, you know,

25   where you could talk about things.  And we were all

1    trying to help stop bullying and things like that.
2    And, you know, I didn't want to just do what everybody
3    was saying, calling it a gay club and things like that,
4    so I decided to come to see what it was really about.
5        Q.    Okay.  What kind of things would you talk
6    about?
7        A.    We, you know, talked about how it's an open
8    place, you can talk about anything.  And hot spots,
9    where bullying happened, and what to do about it.
10            And then we also talked about like what
11   bullying is and, you know, how to approach it.
12       Q.    Were there any teachers present at the
13   meetings?
14       A.    Yes.
15       Q.    What teachers were there?
16       A.    Ms. Jablonski, Ms. Tracy Smith, and
17   Ms. Candell.
18       Q.    Were there any other adults there?
19       A.    Yes.  We had the officer on campus,
20   Deputy Cameron.  And there was always an administrator
21   in the meetings.
22       Q.    Did the administrators speak or participate
23   in the meetings, other than asking questions about the
24   bullying?
25       A.    No.

1     Q.    Did Deputy Cameron speak in the meetings?

2     A.    Yes.

3     Q.    What kinds of things did Deputy Cameron speak

4  about?

5     A.    That it was a safe place.  And we could

6  always come to her, no matter what.  And if there's

7  ever a bullying problem, we could come to her and she

8  would handle it.

9     Q.    Okay.  Did Deputy Cameron talk at all about

10  sexual orientation issues?

11     A.    No.

12     Q.    Ms. Candell, what type of things did she talk

13  about in the meetings?

14     A.    She just talked about how if you ever need

15  someone you can come here, and we're always talking

16  about new ideas and ways to come across bullying and

17  how to stop it on campus.

18     Q.    Okay.  Did Ms. Candell ever talk about issues

19  related to sexual orientation, or LGBT, in particular?

20     A.    No.

21     Q.    Ms. Smith, what did she talk about at the

22  meetings?

23     A.    She, you know, talked about how we can all

24  come here and gather together and just, you know, keep

25  working and keep thinking about ways to stop the

 1    bullying.

 2         Q.    Okay.  Did she talk at all about sexual

 3    orientation or LGBT-type issues?

 4         A.    No.

 5         Q.    Okay.  How about Ms. Jablonski, what did she

 6    talk about?

 7         A.    Ms. Jablonski, she told us, at first, that

 8    the reason why she supported the club was because her

 9    daughter is in that category.

10         Q.    Uh-huh.

11         A.    And that her daughter didn't feel comfortable

12    about coming out until high school, and hid it from

13    even her mother.  So Ms. Jablonski wanted to create

14    this club so that everyone knew you could always come

15    here, no matter what you were, whether it was race,

16    orientation, anything like that.

17         Q.    Did Ms. Jablonski, other than talking about

18    her daughter, ever have any discussions or talk about

19    sexual orientation?

20         A.    No.

21         Q.    How many students were at the meetings?  I

22    understand that there was a different policy back then,

23    and the group was allowed to form.  Correct?

24         A.    Uh-huh.

25         Q.    Yes?

1      A.    Yes.

2      Q.    And, then, you had about three meetings,

3  maybe, before the end of the school year; does that

4  sound about right?

5      A.    Yes.

6      Q.    Okay.  Did you attend all three meetings?

7      A.    I only attended two.

8      Q.    The two meetings that you attended, about how

9  many students were there?

10      A.    Like five, six.

11      Q.    Do you know who they were, in particular?

12      A.    Yes.  Those I listed above.  And then I

13  didn't catch the other person's name.

14      Q.    Okay.  Do you know if it was MG?

15      A.    He wasn't at any of the meetings I went to.

16      Q.    Okay.  I've talked to a couple of other

17  students about the meetings, BNS and MG.  One thing, I

18  think it was BNS that said there were discussions about

19  how to tell your parents that you're L, G, B, or T, or

20  uncertain, and that sort of thing.  Do you recall those

21  types of discussions?

22      A.    No.

23      Q.    Do you recall any discussions about sexual

24  orientation, or sexual preference?

25      A.    When we introduced ourselves we said our

1    name, and if we felt comfortable with it we could say

2    our sexual orientation.  But if you didn't feel

3    comfortable, you didn't have to.

4         Q.   Did anybody say their sexual orientation?

5         A.   Yes.

6         Q.   How many students did?

7         A.   I think it was everyone.

8         Q.   Everyone?

9         A.   Uh-huh.

10        Q.   Was anyone, other than BNS, under the LGBT

11   category?

12        A.   No.

13        Q.   During your 6th grade year was there any sort

14   of anti-bullying program at school?

15        A.   No.

16        Q.   Did other students get disciplined for

17   bullying, do you know?  Was it in the Student Code of

18   Conduct?

19        A.   I don't know.

20        Q.   Okay.  During your 6th grade year, if you

21   felt that somebody was being bullied, whether it was

22   you or someone else, what would you do?

23        A.   I would try to go to an administrator or

24   teacher, or someone I trusted, and tell them about it.

25        Q.   Did you have any particular incidents with

1    bullying before you joined the GSA?

2         A.    Yes.

3         Q.    What incident did you have?

4         A.    Well, it was just, you know, girl drama.

5    They were always picking on me and things like that.

6    And, you know, I would try to tell someone, and they

7    were just like, okay, you know, whatever.  It's just

8    drama.

9         Q.    Okay.  When you say it was just girl drama,

10   just girls being mean?

11        A.    Yeah.

12        Q.    Was it the same group of girls or a different

13   group of girls?

14        A.    It was mostly the same group.

15        Q.    How many girls was it?

16        A.    Three.

17        Q.    Those three students, what kinds of things

18   did they say?

19        A.    They just, you know, picked on me because of

20   my hair, because of my clothes.  You know, called me

21   names.  Things like that.  Everything, you know?

22   Just --

23        Q.    Just being mean?

24        A.    Yeah.

25        Q.    Okay.  Did any of them say anything to you on

1    the basis of sexual orientation?

2         A.   Yes.

3         Q.   Okay.   What was said on the basis of sexual

4    orientation?

5         A.   They said because of the way I dressed, I was

6    a lesbian.  And, I mean, I'm not.  But that doesn't

7    matter, so...

8         Q.   Right.  So did you tell anybody at school --

9    you said you talked to someone.  Who did you talk to?

10        A.   I talked to my homeroom teacher, Mr. King.

11        Q.   Do you know what Mr. King did after that, if

12   he talked to anyone else, or --

13        A.   He did nothing.

14        Q.   Do you know that for sure?

15        A.   Yes.

16        Q.   How do you know that for sure?

17        A.   Because they kept doing it, and I would, you

18   know, like -- be like, hey, this is happening again.

19   And he was just like, you're making it up.  It's just

20   drama.  Deal with it.

21        Q.   Are you aware if Mr. King spoke to any

22   administrators about it?

23        A.   No.

24        Q.   Are you aware if Mr. King had any

25   conversations with the girls that were bothering you?

```
 1        A.    No.
 2        Q.    Okay.  Who were the girls that were bothering
 3   you?
 4        A.    YH.  MC.  And JC.
 5        Q.    How do you spell it, do you know?
 6        A.    C.
 7        Q.    Thank you.
 8              Did you have any other incidents, other than
 9   the ones with those girls?
10        A.    Not before the GSA.
11        Q.    Did they approach you or do anything physical
12   to you at any time?
13        A.    No.
14        Q.    Okay.  How often would you say that they
15   called you names?
16        A.    Every day.
17        Q.    And how often did you report it to Mr. King?
18        A.    Only once.
19        Q.    Did you ever speak to Ms. Jablonski or
20   Ms. Smith about it?
21        A.    No.
22        Q.    Did you ever speak to any other adult at the
23   school about it?
24        A.    No.
25        Q.    Did you participate in any of the letter
```

1    writing or the meetings to try to get the club approved
2    during your 6th grade year?
3        A.    No.
4        Q.    Okay.  How did you find out that there would
5    be a club?
6        A.    People were talking about it.  And so, you
7    know, I asked when the meetings were.  And they were
8    like, oh, it's Tuesdays at 8:00.  And I was like, okay,
9    well, I'll come.
10       Q.    Okay.  So it was at 8:00 in the morning,
11   before school?
12       A.    Yes.
13       Q.    How long were the meetings?
14       A.    The meetings were about an hour, you know,
15   before the bell rang and everybody had to get to class.
16       Q.    Okay.  Back then did the club announce its
17   meetings?  Or how did it let people know that there was
18   going to be a meeting?
19       A.    They didn't.  It was basically word of mouth.
20       Q.    Okay.  Where were the meetings held?
21       A.    In Ms. Tracy Smith's old room.
22       Q.    Her old classroom?
23       A.    Yes.
24       Q.    Does she have a different classroom now?
25       A.    Uh-huh.

```
1        Q.    Yes?
2        A.    Yes.
3        Q.    I'm sorry, I am going to have to remind you
4   from time to time.
5        A.    Okay.
6        Q.    It's okay.  We all do it.
7              And how long -- the meetings were about an
8   hour, you said?
9        A.    Yes.
10       Q.    Class started at 8:45, so about 45 minutes,
11  maybe?
12       A.    Class started at 9:00.
13       Q.    At 9:00 back then?
14       A.    Yes.
15       Q.    Okay.  Did you ever have any meetings at
16  lunch or after school?
17       A.    No.
18       Q.    Did you have any meetings over the summer
19  between your 6th and 7th grade year?
20       A.    No.
21       Q.    When you got to the meetings, can you just
22  kind of tell me how they worked?  I mean, from
23  beginning to end.
24       A.    Well, we came in and, you know, everybody
25  just sat down.  And once it was, like, time, or
```

1    whatever, Ms. Jablonski would be like, okay, well,

2    we're going to start.  So, you know, we'll go around

3    the room, introduce ourselves.  You know, you can say

4    something about you, you can say your orientation,

5    whatever you're comfortable with.  Just tell us your

6    name, and then we'll move on.  So we went around and

7    introduced all of us.  And, you know, even the adults

8    did it and everything, so it was all like we were on an

9    equal level.

10           And I think the first meeting I went to,

11    which was the second meeting, there were like little

12    pamphlets and things passed out for the Trevor Project,

13    which is like a suicide hotline for, you know, LGBT

14    students and, you know, teens and stuff.  And then we

15    started talking about hot spots, you know, places where

16    a lot of bullying happened in school, and where

17    teachers weren't, so that we could know where to put

18    teachers so that that would end.  And also we talked

19    about, you know, ideas of stopping it, and things like

20    that.

21        Q.   **Did anybody ever share, do you remember**

22    **anybody ever sharing any experiences that were**

23    **particularly related to being LGBT, or having a family**

24    **member that was LGBT?**

25        A.   Yes.

1    Q.   Okay.  How often were those conversations?
2  And what kind of conversations were they?
3    A.   It wasn't very often.  You know, it was just
4  every now and again.
5        And they were just, you know, my family
6  member or myself, you know, we'd been through bullying
7  and everything because of it.  And it's not right.  And
8  that's why we made this, so that we can all come here.
9  And no matter what you are, who you are, you know,
10  you're safe here and we're going to help you.
11    Q.   Okay.  Was there anybody, other than BNS,
12  that was outwardly saying that she had issues because
13  of being LGBT?
14    A.   No.
15    Q.   Did anybody that was at the meeting ever talk
16  about another student who was LGBT that was having
17  issues or getting bullied at school?
18    A.   I don't think so.
19    Q.   So most of the students who were talking
20  about an LGBT experience, other than BNS, were talking
21  about family members that weren't at Carver Middle
22  School?
23        MR. TILLEY:  Object to the form.  You can
24    answer.
25        THE WITNESS:  Okay.  Yeah, pretty much.

1    BY MS. McCULLOCH:

2        Q.    Okay.  Did you personally know of any other

3    student that was under the LGBT umbrella that had been

4    bullied at school?

5        A.    Yes.

6        Q.    Who did you know?

7        A.    MG, and I think that's it my 6th grade year.

8        Q.    Okay.  During your 6th grade year, what were

9    you aware of that happened with MG?

10       A.    His father had passed away that year.  And

11   people told him that the reason why his father passed

12   away, of leukemia, was because he was gay.  And they

13   always bullied him.  Like he had gym, and he would go

14   into the locker room and they'd push him in the

15   lockers, things like that.  You know, they'd tell him

16   they didn't want him around, to go kill himself.  It

17   was --

18       Q.    These were boys?

19       A.    Boys and -- boys and also girls did it, too.

20   You know, they were like, he's gross, we don't want him

21   around.

22       Q.    Were there any other -- any particular

23   students that you remember making these comments to MG?

24       A.    No.

25       Q.    Do you know whether or not MG reported these

```
 1    incidents?
 2        A.    No.
 3        Q.    Did you report any of them?
 4        A.    No.
 5        Q.    Did you witness any of them firsthand, or are
 6    these things that MG told you?
 7        A.    These are things that MG told me.
 8        Q.    Okay.  Do you know whether or not MG has a
 9    sexual orientation that's LGBT?
10        A.    Yes.
11        Q.    Is he outwardly in one of those categories?
12        A.    I would like not to answer that.  Just
13    because, you know, it's private.
14        Q.    Okay.  Well, his name's not going to appear.
15    I mean, you don't have to tell me which category.  But
16    is he under one of those categories?
17        A.    Yes.
18        Q.    Okay.  Do you know whether or not MG was
19    allowed to participate in the GSA?
20        A.    Yes.
21        Q.    Was he?
22        A.    No.
23        Q.    Because why?  Who wouldn't let him
24    participate?
25        A.    His mother.
```

```
 1        Q.    Were there any other students that you know
 2   of that wanted to be in the GSA but their parents
 3   didn't want them to be?
 4        A.    Yes.
 5        Q.    Okay.  How many other students?
 6        A.    I would say two or three.
 7        Q.    Do you know who those students were?
 8        A.    MB.
 9        Q.    Was she under the LGBT category?
10        A.    I don't know.
11        Q.    Okay.  Who were the other students?
12        A.    Trying to think.  It's not coming to me.
13        Q.    But there were two or three other students
14   who said they would like to go, but their parents let
15   them?
16        A.    Yes.
17        Q.    Do you know if any students' parents
18   complained to anybody at the school?
19        A.    No.
20        Q.    Did any of the students ever tell you, you
21   know, my mom or dad called the school and they're
22   really mad about this, or anything like that?
23        A.    No.
24        Q.    When you were at the meetings, did any
25   administrator or teacher ever tell you that you
```

1    couldn't talk about a particular topic?

2         A.    No.

3         Q.    When you were having these discussions, did

4    any teacher or administrator ever say, enough of that,

5    we can't talk about that?

6         A.    No.

7         Q.    They didn't ever stop you from being able to

8    have a full discussion that you wanted to have?

9         A.    Yes, they didn't stop us.

10        Q.    Okay.  Have you ever been in any other

11   student club other than the GSA?

12        A.    No.

13        Q.    At the end of the school year how did the GSA

14   leave things?  Did you vote on officers, or what did

15   you do at the end-of-the-year meeting?

16        A.    We voted on officers.

17        Q.    Okay.  Who was voted to be president?

18        A.    JI.

19        Q.    Were there any other officers?

20        A.    Vice president, which that was myself.

21        Q.    You?  Okay.

22        A.    And then I think there was like a secretary,

23   or something.  But I don't -- I don't recall it.

24        Q.    Okay.  During the time at the end of your

25   6th grade year when the GSA was meeting, were you aware

1    that the School Board changed its policy for middle

2    school clubs?

3        A.    Yes.

4        Q.    Did you have any understanding of what a

5    middle school club was going to have to do in your

6    7th grade year to be a club at your school?

7        A.    No.

8        Q.    Did Ms. Jablonski or any of the adults tell

9    you, this is what we have to do if we want a club next

10   year?

11       A.    No.

12       Q.    Okay.  BNS was moving on to high school; is

13   that right?

14       A.    Yes.

15       Q.    Were there any other students that were in

16   8th grade at that time that were part of the club?

17       A.    Yes.

18       Q.    Which ones were in 8th grade?

19       A.    ML, and that's it.

20       Q.    What grade was JI in?

21       A.    7th.  Or -- she was in 6th that year.

22       Q.    The same grade as you?

23       A.    Yes.

24       Q.    Okay.  And DL?

25       A.    He was also in the same grade as me.

1          Q.    What about the other students that were there
2     at the meetings that you didn't name?
3          A.    MG, who went to the first meeting, he was in
4     7th grade that year.
5          Q.    Okay.
6          A.    And I don't remember anybody else.
7          Q.    Okay.  Do you know how old JI was when you
8     guys were in this club?
9          A.    Yes.
10         Q.    How old was she?
11         A.    12.
12         Q.    How about DL?
13         A.    He -- I don't know.
14         Q.    Were most of your friends either 11 or 12 in
15    6th grade?
16         A.    Yes.
17         Q.    What about ML?
18         A.    I don't know.
19         Q.    Were most of the 8th graders 13 or 14?
20         A.    Yes.
21         Q.    Okay.  And most of the 7th graders were 12 or
22    13; does that sound right?
23         A.    Yes.
24         Q.    Did you have any contacts with anybody either
25    at school or students related to the GSA over the

1     summer between your 6th or 7th grade year?

2        A.   No.

3        Q.   When you came to school in 7th grade you went

4     to Carver Middle School, also?

5        A.   Yes.

6        Q.   Did you at some point attempt to form a GSA

7     club during your 7th grade year?

8        A.   Yes.

9        Q.   Okay.  When did you first do that?

10       A.   It was at the beginning of my 7th grade year.

11       Q.   Okay. Do you know if it was in October?

12       A.   No.

13       Q.   Or if it was a little later than that?  Do

14     you remember what month it was?

15       A.   No.

16       Q.   Okay.  Could it have been like a month and a

17     half into school --

18       A.   Yes.

19       Q.   -- or later?  How did you initiate that?

20       A.   Ms. Jablonski and I went over, you know,

21     everything that we wanted the club to be, and

22     everything.  And made sure we were on the same page.

23     And then she gave me a club application.  And with the

24     help of, you know, Daniel and Ms. Jablonski, we put

25     together the club charter, and Ms. Jablonski filled out

1    the application and we turned it in.

2        Q.    Okay.  Did you approach Ms. Jablonski or did

3    she approach you about starting the GSA back up again?

4        A.    I approached her.

5        Q.    Did you ask her to be the teacher sponsor?

6        A.    Yes.

7        Q.    At that point did she tell you that the

8    policy changed and what you would have to do to become

9    a recognized club at this school?

10       A.    No.

11       Q.    What did she tell you when she handed you the

12    application?

13       A.    She told me, you know, everything -- like we

14    wrote down everything that we needed, like the criteria

15    that we wanted the club to be, and things like that.

16    And discussed, you know, the numbers of members and

17    things like that.  And then she was like, okay.  So,

18    you know, fill this out.

19           And then like two days later, whatever, you

20    know, shortly after, she was like, I need to fill that

21    application out, so I'll submit a new one, we can start

22    working on a club charter to put with the application.

23       Q.    Did she tell you why you had to do it that

24    way, why you had to have a charter and application and

25    that kind of stuff?

1      A.    No.

2      Q.    Did she tell you what the club had to deal

3   with or do in order to be an approved club --

4      A.    No.

5      Q.    -- at this school?

6      A.    No.

7      Q.    Did she explain to you that any clubs in the

8   middle school had to be an extension of the curriculum?

9      A.    Yes.

10     Q.    Okay.  How did she explain that to you?  What

11  did she say?

12     A.    She just said that, you know, it needed to

13  have a curriculum aspect to it, it couldn't just be,

14  you know, something for fun, or whatever.

15     Q.    Okay.  Did she tell you what about the club

16  she thought could fit under a curriculum-related

17  aspect?

18     A.    Yes.

19     Q.    What was that?

20     A.    It was since civics is a 7th grade year, that

21  it expanded upon, you know, civics and stuff with civil

22  liberties, and things like that.  And that it had a

23  critical thinking aspect to it.

24     Q.    Are you aware of there being a critical

25  thinking class at the middle school, at Carver Middle

1    School at any time that you were there?

2        A.    Yes.

3        Q.    Did you take it?

4        A.    Yes.

5        Q.    What's involved in that?

6        A.    There is no set critical thinking curriculum

7    in our county.  So it's basically however the teacher

8    wants to approach it.

9        Q.    Okay.  What kinds of things did you do in

10   critical thinking class?  I have spoken to some of the

11   teachers about what's involved in it.  Did you do

12   thinking maps?

13       A.    Yes.

14       Q.    Did you do different strategies and write

15   those out?

16       A.    Yes.

17       Q.    What other kinds of things did you do in the

18   class?

19       A.    We would like read an article, and they would

20   ask us -- like it would have questions with it, and the

21   questions would be "deeper thinking," you know, not

22   just, you know, A, B, C, D.  You actually had to

23   interpret other people's feelings, your feelings, you

24   know, all the options, scenarios, things like that, and

25   put it together to come to your answer, even though

```
 1    there may be more than one answer for the question.
 2        Q.    Were there other things that were similar to
 3    thinking maps?  What other things did you do in class?
 4        A.    We did like models, and projects, and things
 5    like that.
 6        Q.    Were there ever any other types of diagrams
 7    and things to analyze issues?
 8        A.    No.
 9        Q.    Who was your teacher when you had it?
10        A.    Ms. Kinsey.
11        Q.    You said Ms. Jablonski prepared the
12    application.  Who prepared the charter?
13        A.    Ms. Jablonski, myself and Daniel, we all
14    worked together on it.
15        Q.    I am just going to show you this
16    (indicating).  This has already been marked as
17    Defense Exhibit B.  If you could take a look at it,
18    it's three pages.  Does that look like the application
19    that you helped complete for the GSA for your 7th grade
20    year?
21        A.    Yes.
22        Q.    Okay.  That last page there, the name is
23    blacked out.  But is that your letter?
24        A.    Yes.
25        Q.    And in your letter, you're requesting
```

1    approval of the GSA?

2         A.    Yes.

3         Q.    Did you submit any other information with

4    your application, other than those three pages?

5         A.    No.

6         Q.    And if you could take a look at the charter.

7    Did you describe in the charter anything that would

8    indicate that the club would be related somehow to

9    civics, the course of civics?

10        A.    No.

11        Q.    If you look at number three there at the top,

12   it says what the club purposes are.  And it says, to

13   promote critical thinking by, then it goes on

14   discussing issues.  Other than that reference to

15   critical thinking, is there anywhere else in the club

16   charter where critical thinking is referenced?

17        A.    No.

18        Q.    Is there any description in the charter about

19   how you're going to use critical thinking skills, and

20   what I mean by that is in a similar way that you did in

21   the class, thinking maps or models and projects?

22        A.    No.

23              MR. TILLEY:  Object to the form.

24   BY MS. McCULLOCH:

25        Q.    Did you do models and projects and things

1    like that at the GSA meetings, or was it more of an
2    open-group discussion where you just sat around and
3    talked with each other?
4              MR. TILLEY:  Object to the form.
5              MS. McCULLOCH:  You can answer.
6              THE WITNESS:  Okay.  It was an open-group
7       discussion.
8    BY MS. McCULLOCH:
9         Q.   Okay.  When you submitted that application --
10   did you submit it to did Ms. Jablonski?
11        A.   Ms. Jablonski.
12        Q.   Okay.  When did you find out that the club
13   would not be approved, initially?
14        A.   Ms. Jablonski told me to come down to her
15   room to talk to her.  And then she told me, she was
16   like, it got denied.
17        Q.   Okay.  Before you found out that it had been
18   denied, the application had been denied, did you attend
19   any School Board meetings?
20        A.   No.
21        Q.   Did you talk to Ms. Cunningham at all about
22   the club?
23        A.   No.
24        Q.   Did you talk to miss -- do you know who
25   Ms. Cole is?

```
 1        A.    No.

 2        Q.    Okay.   Do you know who the superintendent is,

 3   Dr. Moxley?

 4        A.    Yes.

 5        Q.    Did you have any conversations with

 6   Dr. Moxley about the club?

 7        A.    No.

 8        Q.    Okay.   And you didn't attend any School Board

 9   meetings?

10        A.    No.

11        Q.    Okay.   Did you have any knowledge of what the

12   new policy was for student clubs in middle school?

13        A.    No.

14        Q.    Were you aware at all that the club policy

15   for the high school was different than the club policy

16   in the middle school?

17        A.    Yes.

18        Q.    Okay.   How were you aware of that?

19        A.    I did attend one School Board meeting, it was

20   in between my 6th and 7th grade year.

21        Q.    Okay.

22        A.    And basically, I am not entirely sure, but

23   they, like, basically said that like high school could

24   have a GSA but middle school couldn't.

25        Q.    Okay.   Was it your understanding during your
```

1   7th grade year, when you applied, that that was still

2   true, as far as the high school's allowed to maybe have

3   more clubs than what the middle school was allowed to

4   have?

5      A.   Yes.

6      Q.   Okay.  When you talked to Ms. Jablonski about

7   the application being denied, did she show you the

8   application and the writing that's on the top from the

9   school?

10      A.   No.

11      Q.   She just told you it was denied?

12      A.   Yes.

13      Q.   Okay.  Did anybody ever talk to you about

14   being able to resubmit the application?

15      A.   I don't know.

16      Q.   Okay.  Is it possible that Ms. Cunningham

17   told you that you guys could resubmit the application,

18   and possibly get approval?

19      A.   Yes.

20      Q.   She did tell you that, or do you remember

21   that, or is it just possible?

22      A.   I remember being told that, but it wasn't by

23   Ms. Cunningham.

24      Q.   Who were you told that by?

25      A.   Daniel.

1      Q.    Okay.  Just so you know, you don't have to
2  tell me anything that you talk about with your lawyers.
3      A.    Yes.
4      Q.    But when did you learn that you could
5  resubmit the application?
6      A.    This year.
7      Q.    This year?
8      A.    Yes.
9      Q.    You didn't learn it in your 7th grade year?
10     A.    No.
11     Q.    Is it possible that Ms. Cunningham told you,
12  as well, that you could resubmit the application?
13     A.    No.
14     Q.    So you don't remember?  Or you're saying --
15  if Ms. Cunningham said that she did talk to you --
16     A.    Ms. Cunningham never talked to me.
17     Q.    Okay.  So if Ms. Cunningham says that she did
18  talk to you about resubmitting the application, would
19  that be a lie?
20         MR. TILLEY:  Objection.  You can answer.
21         THE WITNESS:  Yes.
22  BY MS. McCULLOCH:
23     Q.    Okay.  Did the GSA ever submit any additional
24  information or a new application after you learned that
25  they were not approved?

```
 1        A.    No.

 2        Q.    Are you aware of the national GSA, or like

 3   the national organization GSA?

 4        A.    No.

 5        Q.    Have you ever looked at any websites or

 6   materials for what a GSA could do in their club

 7   meetings?

 8        A.    No.

 9        Q.    Did you ever look at any sort of national

10   charters, or anything like that?

11        A.    Uh-uh.   No.

12        Q.    No?

13        A.    No.

14        Q.    Okay.   Did you look at any information

15   outside of that application before applying to be a

16   GSA?

17        A.    No.

18        Q.    Did you ever learn from anybody else what

19   kinds of things the national GSA recommends, or puts

20   out there for things to do during GSA meetings?

21             MR. TILLEY:   Object to the form.

22             THE WITNESS:   No.

23   BY MS. McCULLOCH:

24        Q.    Did Ms. Jablonski ever talk to you about

25   other ways that you could meet the criteria in the
```

1    policy?

2        A.    No.

3        Q.    Did she ever talk to you about other

4    activities or things that could be done at the meeting?

5        A.    Yes.

6        Q.    What kinds of things did she talk to you

7    about?

8        A.    Like we could go to conventions and things

9    like that.  Or have guest speakers and, you know, talk

10   with other GSAs, and things like that, you know, around

11   in the area, to try to come together and make one

12   effort.

13       Q.    And where are there other GSAs that you are

14   aware of?

15       A.    I am not aware of any.

16       Q.    Okay.  What kind of conventions was she

17   talking about?

18       A.    Like, you know, anti bullying, kind of like

19   the Trevor Project, and things like that that come

20   together to talk about bullying and how to approach it.

21       Q.    Were they conventions made up of GSA and LGBT

22   groups?

23       A.    I don't know.

24       Q.    Okay.  Was the Trevor Project specifically an

25   LGBT-type issue, or was it just a student who was

1   bullied?

2           MR. TILLEY:  Object to the form.

3           THE WITNESS:  The Trevor Project is mainly

4       focused on the LGBT -- or TB, whatever, community.

5       But it's also open to anyone who needs help.

6   BY MS. McCULLOCH:

7       Q.   Okay.  But I'm just going to assume, because

8   I don't know specifically, that the Trevor -- Trevor

9   was a student?

10      A.   I don't know.

11      Q.   Is that right?

12      A.   I don't know.

13      Q.   Okay.  And how did you learn about the

14  Trevor Project?

15      A.   In the GSA meeting that I had in 6th grade,

16  we got pamphlets about it with numbers and information

17  on it.

18      Q.   Okay.  So other than the pamphlet that you

19  got and the information you received in the GSA meeting

20  in your 6th grade year, you don't have any other

21  knowledge of what the Trevor Project is?

22      A.   I do.

23      Q.   You do?  Okay.  How else did you learn about

24  it?

25      A.   I looked it up online, you know, and looked

```
 1    through it and things like that.  And also many people,
 2    like celebrities and things like that, they work with
 3    the Trevor Project, you know?  So, you know, that was
 4    broadcasted on social media and things like that.  So I
 5    got to know it better that way, also.
 6         Q.   Okay.  During your 7th grade year, were you
 7    aware of whether there was any anti-bullying program in
 8    school?
 9         A.   No.
10         Q.   No, you're not aware?  Or, no, there wasn't
11    one?
12         A.   There wasn't one.
13         Q.   Are you familiar with a box, an anonymous
14    box --
15         A.   Yes.
16         Q.   Are you familiar -- was that supposed to be
17    for bullying reports?
18         A.   Yes.
19         Q.   Okay.  And what is your understanding of what
20    the box was for?
21         A.   The box is supposed to be anonymous, where
22    you would, you know -- if there was a situation that
23    you saw, or that you were being bullied, you could
24    write it down on a piece of paper, everything that was
25    happening.  And, you know, name the person, and where,
```

1    and things like that, and put it in the box.  And then,

2    you know, an adult/administrator, you know, whoever was

3    in charge, would open it up and read those and then

4    address it.

5         Q.   Okay.  Did you ever put anything in the box?

6         A.   No.

7         Q.   Do you know if any of your friends who were

8    having issues put anything in the box?

9         A.   No.

10        Q.   No, you don't know?  Or no, they didn't?

11        A.   They didn't.

12        Q.   Why not?

13        A.   Because the way the boxes are like put into

14    like a room, they're like on a front desk in the middle

15    of a room, where everybody goes in, like the media

16    center.  And it's kind of like if you were to walk up

17    and put something in, everybody would look, and

18    everybody would turn and see you.  And then like as

19    soon as you walked away it would just be like, you

20    know, they would open it up immediately.  And it

21    just -- it really takes away the whole anonymous factor

22    of it.  And I honestly don't know anyone who feels

23    comfortable with the bully boxes.

24        Q.   Okay.  Did anybody ever talk to any

25    administrators about that?

1    A.    No. Not that I know of.

2    Q.    Did anybody from the GSA ever talk to a

3    teacher or administrator about the bully box and how

4    they felt about it not being really anonymous?

5    A.    Not that I know of.

6    Q.    Okay. Do you know if during your 7th grade

7    year there was any description in the Student Code of

8    Conduct about bullying?

9    A.    I don't think so.

10    Q.    Do you know whether or not students who

11    bullied other students would be disciplined?

12    A.    No.

13    Q.    No, you don't know?

14    A.    I don't know.

15    Q.    Okay. Are you aware of any student being

16    suspended or disciplined for bullying another student?

17    A.    No, I don't.

18    Q.    Are you aware of any incidents of students

19    who attended the GSA, or had those types of issues,

20    reporting an incident about a student and the student

21    being suspended for 10 days?

22              MR. TILLEY:  Object to the form.

23              THE WITNESS:  No.

24    BY MS. McCULLOCH:

25    Q.    Okay. Are you aware of any physical

```
1    incidents between LGBT students and regular students,
2    or -- sorry.  -- LGBT students or students attending
3    the GSA, anybody as a result of their attendance at the
4    GSA?
5              MR. TILLEY:  Object to the form.
6              THE WITNESS:  No.
7    BY MS. McCULLOCH:
8         Q.   That was terribly worded, so I am going to
9    rephrase it.
10             Basically what I'm asking you is this:  Did
11   anybody have an incident with a student outside of the
12   GSA meetings because of their attendance at the GSA?
13        A.   Yes.
14        Q.   Okay.  Describe that for me.  And who was
15   that?
16        A.   Okay.  Well, I got picked on a lot after I
17   went to the meetings, because they were like, well, now
18   we're not going to have any clubs, we're not going to
19   have this, everything's being taken away because of the
20   gay club.  And I was like, okay, you guys, listen, I
21   heard what you were saying.  So I asked Ms. Jablonski
22   about it at our last meeting to know what was up, so I
23   could tell you guys.  There was like seven other
24   people.  And they were all just like, but she's not the
25   School Board, is she?  And they just all started like
```

1    rallying up at me and yelling at me, and things like

2    that.  Simply because I was trying to explain to them,

3    you know, what was actually happening with the club

4    situation, and everything like that.  And this was in

5    my 6th grade year when the club was actually, you know,

6    functioning.

7         Q.    Meeting?

8         A.    Yeah.

9         Q.    Okay.

10        A.    And it's just, you know, kids got picked on

11    simply because they went.

12         Q.    Okay.  Were there any students in particular

13    that picked on other students that you can name, as we

14    sit here today?

15        A.    No.

16         Q.    Other than the two clubs that you thought

17    there was, I think you said Key Club and maybe a

18    bowling club --

19        A.    Yeah.

20         Q.    -- there were only those two clubs in

21    6th grade before the GSA was allowed to form?

22        A.    I believe so, yes.

23         Q.    Okay.  And then were there any other clubs

24    during your 6th grade year after the GSA formed, other

25    than the Key Club and bowling club?

1      A.   No.

2      Q.   During your 7th grade year, were there any

3 other clubs at school?

4      A.   No.

5      Q.   Okay.  Do you know of any other clubs during

6 your 7th grade year or any other students applied to

7 have a club at Carver Middle School?

8      A.   No.

9      Q.   No, you don't know?

10     A.   No, I --

11     Q.   Okay.  You didn't hear of anybody else

12 applying for a club and not getting one -- or getting

13 one?

14     A.   No, I did not.

15     Q.   Okay.  Did you apply to have any other clubs

16 during your 7th grade year?

17     A.   No.

18     Q.   At any time during your 7th grade year, did

19 you ever attend any School Board meetings related to

20 the GSA having a club at the middle school?

21     A.   No.

22     Q.   Did your mom attend any meetings on your

23 behalf?

24     A.   No.

25     Q.   During your 7th grade year did you have any

1    conversation with any adult that worked for the school
2    about being allowed to have the club or not being
3    allowed to have the club?
4        A.    Besides Ms. Jablonski, no.
5        Q.    Okay.  Did you ever write any more letters or
6    submit any more information to the School Board members
7    after the club was denied?
8            MR. TILLEY:  Object to the form.
9            THE WITNESS:  No.
10   BY MS. McCULLOCH:
11       Q.    Did you ever send any e-mails to anybody
12   about the club not being approved?
13       A.    No.
14       Q.    Did you ever have any conversations with
15   Ms. Cunningham after you found out the club wasn't
16   approved, about the club specifically?
17       A.    No.
18       Q.    Did you have any other incidents of bullying,
19   or what you perceived to be bullying during your
20   7th grade year?
21       A.    I would say no.
22       Q.    Okay.  That's good.
23            Did any of your friends that discussed their
24   incidents with you have any issues during your
25   7th grade year related to the GSA?

1     A.   Not related to the GSA.  But there were --

2  like MG was still being picked on, and things like

3  that, due to his sexual orientation.

4     Q.   **Okay.  Any other students that you can think**

5  **of?**

6     A.   No.

7     Q.   **You said MG was still being picked on during**

8  **your 7th grade year?**

9     A.   Yes.

10     Q.   **He wasn't in high school by then?**

11     A.   No, he was in 8th grade.

12     Q.   **Okay.  Did you have any informal meetings**

13  **with the GSA after of the club wasn't approved?**

14          MR. TILLEY:  Object to the form.

15          THE WITNESS:  No.

16  BY MS. McCULLOCH:

17     Q.   **At any time during your 8th grade year did**

18  **you ever get disciplined or in trouble for talking**

19  **about any of the same topics that you talked about at**

20  **the GSA meetings while you were at school?**

21     A.   No.

22     Q.   **Okay.  Did you ever get told by any**

23  **administrator that if you talk about the GSA-type**

24  **issues during lunch with your friends, or before**

25  **school, or in between classes that you would get in**

1      trouble?

2                  MR. TILLEY:  Object to the form.

3                  THE WITNESS:  No.

4      BY MS. McCULLOCH:

5          Q.   Did you feel that you could talk to your

6      friends during those times about those issues?

7                  MR. TILLEY:  Object to the form.

8                  THE WITNESS:  Sort of, I guess.

9      BY MS. McCULLOCH:

10         Q.   I mean, it wasn't a formal meeting.  But did

11     you ever discuss those types of issues with your

12     friends at school?

13                 MR. TILLEY:  Object to the form.

14                 THE WITNESS:  No.

15     BY MS. McCULLOCH:

16         Q.   So your friends and you, you didn't discuss

17     any of the bullying or teasing that MG was dealing

18     with?

19         A.   No.

20         Q.   How do you know that he was dealing with it?

21         A.   He told me afterwards.

22         Q.   After what?

23         A.   Like it had happened.  Like this past summer.

24     Not last year, or while it was occurring.

25         Q.   Okay.  Did you have any meetings over the

1     summer between your 7th and 8th grade year with the

2     GSA?

3          A.   No.

4          Q.   Have you ever had conversations as a group

5     with the same people that wanted to form the GSA, after

6     the club application was denied?

7          A.   No.

8               MR. TILLEY:   Object to the form.

9     BY MS. McCULLOCH:

10         Q.   Do you know whether or not if you wanted to

11    use the school to have a discussion with a group of

12    students, if you would be allowed to do that, even if

13    you weren't a recognized club at Carver Middle School?

14         A.   I was told that if we weren't approved then

15    we couldn't function.

16         Q.   Who told you that?

17         A.   Ms. Jablonski.

18         Q.   Did you ever attend any meetings at

19    Rogers Park?

20         A.   Yes.

21         Q.   When was that?

22         A.   It was in between my 6th and 7th grade year.

23         Q.   Was that the only meeting that was held over

24    the summer?

25         A.   Yes.

1     Q.    Who attended that meeting?

2     A.    Ms. Jablonski, Ms. Tracy Smith,

3   Ms. Jablonski's daughter, who's in high school.  So we

4   were looking at it more as a GSA outside of school.

5   And then JI, myself, and BNS.

6     Q.    What did you do at that meeting?

7     A.    We just, you know, had lunch and talked about

8   the following school year.  And, you know, if we could

9   have a club my 7th grade year, you know, how would we

10  function?  You know, what we were planning on doing,

11  and things like that.

12    Q.    Did Ms. Jablonski's daughter talk at all

13  about high school experiences?

14    A.    No.

15    Q.    Were there any discussions about sexual

16  orientation or sexual preference?

17          MR. TILLEY:  Object to the form.

18          THE WITNESS:  No.

19  BY MS. McCULLOCH:

20    Q.    Was it just basically the structure of the

21  next year, and how you were going to run things, if you

22  could have a club?

23    A.    Yes.

24    Q.    Did you address any bullying issues then?

25    A.    No.

1     Q.    Are you aware of any of your friends in your

2  7th grade year being disciplined for talking about

3  issues they faced as an LGBT student?

4     A.    No.

5     Q.    Are you aware of any of your friends being

6  disciplined for talking about issues that were

7  discussed in the GSA during school?

8     A.    No.

9     Q.    And you said there were no student clubs in

10 7th grade?

11    A.    Yes.   There were none.

12    Q.    Okay.  So you don't know if a student club

13 was on campus, what kinds of things they were allowed

14 to use at school, as far as like PA system, or hanging

15 up fliers, and stuff like that?

16    A.    Yeah.

17    Q.    There were no clubs?

18    A.    Yeah.

19    Q.    Okay.  What was your understanding of what

20 you would be allowed to do if you were an approved

21 club?

22    A.    We would be allowed to meet and, you know,

23 talk about the criteria and everything that we listed

24 in the charter.  And that's basically it.

25    Q.    Okay.  When you formed the club and you

1    talked about what you were going to do for the club for

2    the next year, were you ever planning on doing any

3    advertising or anything, or were you just going to use

4    word of mouth like you did the year before?

5        A.   I was actually planning on, you know, fliers

6    and having it on the announcements, meetings are held

7    in this room on Tuesdays before school, and things like

8    that. But we never got to.

9        Q.   Do you know if any other student club would

10   be allowed to do those things, even if they were

11   approved?

12       A.   No.

13       Q.   And I know the school year kind of just

14   started for 8th grade. You're still at Carver Middle

15   School?

16       A.   Yes.

17       Q.   What were your grades like in your 7th grade

18   year?

19       A.   All As.

20       Q.   All As. Good.

21       A.   Thank you.

22       Q.   And in 8th grade, have you had any

23   discussions with anybody about starting a GSA in 8th

24   grade?

25       A.   Yes, but it was just like hopefully we'll get

```
 1   a GSA this year.
 2        Q.   Okay.  Who did you talk to?
 3        A.   It was just, you know, my friends.  Just
 4   anybody who asked about it.
 5        Q.   Did you ever contact Ms. Jablonski or any
 6   other adult to fill out an application this year?
 7        A.   No.
 8        Q.   Why not?
 9        A.   Because we decided that we'd rather pursue
10   this case than just fill out another application.
11        Q.   Is it your understanding that the only way to
12   get a club approved in the middle school is to fill out
13   an application and submit the charter?
14        A.   Yes.
15        Q.   Are you aware of whether or not there are any
16   other clubs at Carver Middle School for this school
17   year?
18        A.   No.
19        Q.   No, you're not aware?  Or, no, there aren't
20   any?
21        A.   As far as I am aware, there aren't any.
22        Q.   Okay.  Do you know of any other clubs this
23   year that have submitted an application?
24        A.   No.
25        Q.   When you say, we would rather pursue this
```

```
 1    lawsuit than have a club, or fill out the application,
 2    who is the "we" you are referring to?
 3         A.   Myself --
 4             MR. TILLEY:  You don't have to talk about any
 5        conversations that we had.
 6             THE WITNESS:  Yeah.  Myself and my attorneys
 7        and everything, we decided that this would be the
 8        best.
 9    BY MS. McCULLOCH:
10         Q.   Okay.  Did you have any conversations with
11    Ms. Jablonski about it being best to pursue litigation
12    rather than to submit a club application?
13         A.   No.
14         Q.   Did you have any conversations with -- sorry,
15    I forget her name.  Was it J who was also a vice
16    president or president?
17         A.   Yes.
18         Q.   Did you have any conversations with J about
19    you would rather pursue litigation than complete a new
20    application for the club?
21         A.   No.
22         Q.   Any other members of the GSA or potential
23    members of the GSA that wanted the club to form, did
24    you have any discussions with them about whether or not
25    they would rather pursue litigation than to fill out
```

1   the application to have a club?

2        A.    No.

3        Q.    How many students would you say have

4   approached you this year with interest in forming the

5   club?

6        A.    Like four or five.

7        Q.    And are those your same friends, or some

8   other people?

9        A.    It's, you know, my same friends that are in

10  the same grade as I am.  And some other people who are

11  in grades below me that have heard about it and are

12  interested in joining.

13       Q.    Okay.  Do you know who those students are?

14       A.    Yes.  KB.  CS.  And LH.

15       Q.    How old is KB?

16       A.    She's in 7th grade, so 12.  I am not sure.

17       Q.    Okay.  How about Cynthia?

18       A.    They're all in 7th grade this year.

19       Q.    Okay.  So they're all 12, 13?

20       A.    Yes.

21       Q.    Are there any 6th graders who have expressed

22  an interest in being in the club this year?

23       A.    No.

24       Q.    Have you ever been aware or been told the

25  reason that the School Board stated they wanted to have

1    a different policy for high school or middle school?

2        A.   Can you, like --

3        Q.   Sure.  Has anybody ever told you why the

4    School Board wants a different club policy for students

5    in the high school versus in the middle school?

6        A.   No.

7            MS. McCULLOCH:  Okay.  I don't have any

8        further questions.  Thank you.  I appreciate it.

9            THE WITNESS:  Thank you.

10           MR. TILLEY:  I have a couple of questions.

11                  CROSS-EXAMINATION

12   BY MR. TILLEY:

13       Q.   HF, when you said earlier that you could talk

14   about anything at GSA meetings, did you mean literally

15   anything at all?

16       A.   No.  We meant, you know, bullying and things

17   like that.  You don't have to hold back information

18   about an experience that you've had.  Or, you know, who

19   it is, or anything like that because of, you know,

20   people around.  You can talk openly about bullying and

21   your experiences and, you know, how you feel about

22   things.  But, you know, nothing out of context, or

23   anything like that.

24       Q.   Did you mean that you could talk about sex?

25       A.   No.

1            MS. McCULLOCH:  Object to the form.

2            MR. TILLEY:  That's all the questions I have.

3            MS. McCULLOCH:  Just a follow-up on that.

4                    REDIRECT EXAMINATION

5    BY MS. McCULLOCH:

6        Q.    Some of the students, though, you said, did

7    express their sexual orientation?

8        A.    Yes.

9        Q.    And they expressed that in the meetings?

10       A.    Yes.

11       Q.    And that was for everyone there to hear?  I

12   mean, it wasn't they only told one person and not

13   everybody else?

14       A.    Yes.

15       Q.    Was there ever any discussion about

16   boyfriends or girlfriends, or dating, that kind of

17   stuff at the club?

18       A.    No.

19            MS. McCULLOCH:  Okay.  I don't have anything

20       else.  Thanks.

21            MR. TILLEY:  Okay.

22            MR. STEVENSON:  Take a short break.

23            (This proceeding concluded at 9:06 a.m.)

24

25

```
 1                C E R T I F I C A T E   O F   O A T H
 2
 3    STATE OF FLORIDA   }
 4    COUNTY OF LAKE     }
 5              I, COURTNEY L. WEAR, Registered Professional
 6    Reporter, Certified Realtime Reporter, a Notary Public
 7    for the State of Florida and Court Reporter, do hereby
 8    certify that HF personally appeared before me 10-1-2014
 9    and was first duly sworn.
10              SIGNED this 10-14-2014.
11
12
13
14
15
16
```



```
17              COURTNEY L. WEAR
                Notary Public-State of Florida
                Comm No:  EE016705
18              Expires:  December 12, 2014
19
20
21    Type Identification Produced: FL Driver's License
22
23
24
25
```

```
 1                     C E R T I F I C A T E

 2    STATE OF FLORIDA   }

 3    COUNTY OF LAKE     }

 4              I, COURTNEY L. WEAR, a Notary Public for the

 5    State of Florida and Court Reporter, do hereby certify

 6    that I was authorized to and did stenographically

 7    report the foregoing deposition of HF; that a review of

 8    the transcript was not requested; and that pages 4

 9    through 60, is a true record of my stenographic notes.

10              I further certify that I am not a relative,

11    employee, or attorney or counsel of any of the parties,

12    nor am I a relative or employee of any of the parties'

13    attorney or counsel connected with the action, nor am I

14    financially interested in the action.

15              Signed this day of 10-14-2014.

16

17

18

                   COURTNEY L. WEAR

19

20

21

22

23

24

25
```