UNITED STATES DISTRICT COURT
MIDDLE DISTRICT O FLORIDA
OCALA DIVISION
CASE NO.:  5:13-cv-00623-WTH-PRL


CARVER MIDDLE SCHOOL GAY-STRAIGHT
ALLIANCE et al,
            Plaintiffs,
vs.
SCHOOL BOARD OF LAKE COUNTY,
FLORIDA,

            Defendant.


DEPOSITION OF:        SUSAN MOXLEY
                      Taken on behalf of Plaintiff
DATE:                 WEDNESDAY, OCTOBER 1, 2014
TIME:                 4:13 P.M. - 5:56 P.M.
LOCATION:             1000 W. MAIN STREET
                      LEESBURG, FLORIDA


REPORTER:             Courtney L. Wear, RMR, CRR, FPR
                      Court Reporter
                      Reported by Stenographic Means


CAB REPORTING, INC.
Post Office Box 1684
Ocala, Florida  34478
(352) 401-0080

A P P E A R A N C E S

BENJAMIN JAMES STEVENSON, Esquire
ACLU FOUNDATION OF FLORIDA
P.O. Box 12723
Pensacola, Florida 32591
        E-mail:  bstevenson@aclufl.org
        On behalf of the Plaintiffs


DANIEL B. TILLEY, Esquire
ACLU FOUNDATION OF FLORIDA
4500 Biscayne Boulevard, Suite 340
Miami, Florida 33137
        E-mail:  dtilley@aclufl.org
        On behalf of the Plaintiffs


STEPHANIE McCULLOCH, Esquire
McLIN BURNSED
100 West Main Street
Leesburg, Florida  34749
        E-mail: stephm@mclinburnsed.com
        On behalf of Defendants



*    *    *    *    *    *

# I N D E X

TESTIMONY OF SUSAN MOXLEY                          PAGE

Direct Examination by Mr. Stevenson...............4
Cross-Examination by Ms. McCulloch...............67
Redirect Examination by Mr. Stevenson............75


Certificate of Oath ............................77
Reporter's Certificate .........................78
Read and Sign Letter to Attorney McCulloch.......79
Errata Sheet ...................................80

\*      \*      \*      \*      \*      \*

# E X H I B I T S

PLAINTIFF'S EXHIBIT                                PAGE

BE ...............................................4

```
1                    P R O C E E D I N G S
2              THE REPORTER:  Raise your right hand.
3              Do you swear the testimony you're about to
4         give will be the truth, the whole truth, and
5         nothing but the truth?
6              THE WITNESS:  Yes.
7    Whereupon,
8                        SUSAN MOXLEY,
9         a witness herein having been first duly sworn, was
10                 examined and testified as follows:
11             (Plaintiff's Exhibit BE marked for
12         identification.)
13             MR. STEVENSON:  Going to show you what's been
14         marked as Plaintiff's Exhibit BE.
15                    DIRECT EXAMINATION
16    BY MR. STEVENSON:
17         Q.   Have you seen that document before?
18         A.   I am not recalling this one, that I have seen
19    this one.
20         Q.   This is the expert witness disclosure by the
21    School Board, correct?
22         A.   Okay.
23         Q.   Do you see the bottom of the first -- first
24    page, and into the second, it states that,
25    "Dr. Moxley's expected to provide facts and opinions to
```

1      the effect that a middle school is not a secondary

2      school in the state of Florida."

3           A.    Okay.

4           Q.    And B, "The fact that algebra's offered in

5      middle school does not convert a middle school into a

6      secondary school."

7                Do you have those opinions about secondary

8      schools?

9           A.    Yes.

10          Q.    Does your opinion that middle schools in

11     Florida are not secondary schools apply to all

12     secondary schools in Florida, not just secondary

13     schools in -- sorry, all middle schools in Florida, not

14     just middle schools in Lake County School District?

15               MS. McCULLOCH:  I'll object to the form.  You

16          can answer.

17               THE WITNESS:  Yes, that would be my opinion.

18     BY MR. STEVENSON:

19          Q.    Okay.  Is it also your opinion that middle

20     schools in Florida, that middle schools in Florida --

21     that it's middle schools in Florida are not secondary

22     schools, and it's not simply that Carver Middle School

23     is not a secondary school?

24          A.    I am going to ask you to restate that,

25     because I got kind of lost in that.  So I want to make

1    sure I understand your question.

2        Q.    The opinion on disclosure, the exhibit I just

3    handed you said that a middle school is not a secondary

4    school in the state of Florida.  I'm trying to find out

5    the scope.

6            And your opinion applies to all middle

7    schools in the state of Florida, not just those in the

8    district, and certainly not just Carver Middle School,

9    correct?

10       A.    Correct.

11       Q.    Is it fair to say that your opinion that a

12   middle school in Florida is a secondary school is

13   categorically true, that all middle schools in the

14   state of Florida are not secondary schools?

15           MS. McCULLOCH:  Just object to the form.

16           THE WITNESS:  I am going to ask you to repeat

17       that.  I'm sorry.  Because the first part threw me.

18   BY MR. STEVENSON:

19       Q.    Sure.  Let's try that again.

20           It is your opinion that every middle school

21   in the state of Florida is not a secondary school,

22   correct?

23           MS. McCULLOCH:  Just object to the form.

24           THE WITNESS:  It is my opinion based on my

25       understanding of definitions by statute that middle

```
 1        schools are not secondary schools.
 2   BY MR. STEVENSON:
 3        Q.    No middle --
 4        A.    In Florida.
 5        Q.    No middle school in Florida is a secondary
 6   school, correct?
 7             MS. McCULLOCH:  Object to the form.
 8             THE WITNESS:  My opinion, based on my
 9        understanding of the statutes, that would be
10        correct.
11   BY MR. STEVENSON:
12        Q.    Sorry.  Are you trying to make a distinction
13   between what your opinion is and something else?
14        A.    No.  I am trying to say that my understanding
15   of the definitions that -- and my understanding of
16   definitions in Florida, that a middle school is not a
17   secondary school.
18        Q.    Could your understanding be wrong?
19             MS. McCULLOCH:  Object to the form.
20             THE WITNESS:  I'm sure I could have a --
21        someone could have a different opinion than I do.
22   BY MR. STEVENSON:
23        Q.    Right.  And could it be wrong?  Could your
24   opinion be wrong?
25             MS. McCULLOCH:  Object to the form.
```

```
 1              THE WITNESS:  I think I have an accurate
 2        understanding of the statute.
 3    BY MR. STEVENSON:
 4         Q.   Maybe it's just an issue of the level of
 5    epistemology, or knowledge, here.  But, for example,
 6    you have a document in front of you.  And I might say
 7    something like, I have an opinion that you have a
 8    document in front of you on the table.  Or I could say
 9    something like, you have a document in front of you on
10    the table.  In your mind, are those two statements
11    different?
12              MS. McCULLOCH:  Object to the form.
13              THE WITNESS:  Well, the fact is we do have a
14        document on the table.
15    BY MR. STEVENSON:
16         Q.   Right.  But it's not just your opinion that
17    we have a --
18         A.   Correct.
19         Q.   It is actually true?
20         A.   I can see it here, yes (indicating).
21         Q.   Right.  I guess what I am saying, are you
22    drawing a distinction between it's your opinion that no
23    middle school in Florida is a secondary school, versus
24    no middle school in Florida is a secondary school?
25              MS. McCULLOCH:  Object to the form.
```

1    BY MR. STEVENSON:

2        Q.    Are those two statements qualitatively

3    different?

4        A.    Not in -- no.

5        Q.    Okay. So then you would agree, no -- you

6    believe no middle school in Florida is a secondary

7    school, correct?

8        A.    That is correct.

9        Q.    Is it fair to say a middle school is an

10   intermediate school between an elementary school and a

11   high school?

12           MS. McCULLOCH:   I'll just object to the form.

13           MR. STEVENSON:   What's the objection?

14           MS. McCULLOCH:   I think you're leading her --

15           MR. STEVENSON:   I am permitted to lead.  Is

16       that the only objection?

17           MS. McCULLOCH:   Yeah.

18           MR. STEVENSON:   Okay.

19           THE WITNESS:   Would you restate the question?

20   BY MR. STEVENSON:

21       Q.    Sure.  Is it fair to say that a middle school

22   is an intermediate school between an elementary school

23   and a high school?

24       A.    It is the middle level between an elementary

25   school and a high school.

1      Q.   Are you drawing a distinction between
2   intermediate and middle?
3      A.   I don't know your definition of intermediate.
4      Q.   Okay.  Is it a school that is between -- that
5   teaches some body of something between an elementary
6   school and a high school?
7      A.   Yes.
8      Q.   Okay.  A middle school is not a high school,
9   correct?
10     A.   That is correct.
11     Q.   A middle school is not an elementary school,
12   correct?
13     A.   That is correct.
14     Q.   Is it fair to say that middle school is
15   generally grades 6 to 8?
16     A.   Yes.
17     Q.   Can it vary, can it be 5 to 9?
18     A.   I am not aware of a 5 to 9 in the state of
19   Florida.
20     Q.   What is a middle school?
21     A.   Middle school, as I understand it, is 6
22   through 8.
23     Q.   Okay.  So if the school teaches grades 5
24   through 8, is it a middle school or is it not a middle
25   school?

1    A.    In the state of Florida, from the definition
2    of a facility, any school that is, like K8, that is
3    classified as an elementary school.
4        Q.    **I'm sorry.  You said the regulations, Florida**
5    **regulations, or --**
6        A.    When we look at facilities, if a school is a
7    K8 school, meaning they have both elementary grades and
8    middle school grades, K through 8, it is distinctively
9    identified as an elementary school.
10       Q.    **Where is it distinctively identified?**
11       A.    That's in regulations on facilities,
12   identifying facilities.
13       Q.    **So Florida Department of Education --**
14       A.    Correct.
15       Q.    **-- facility regulations?**
16       A.    Uh-uh.
17       Q.    **Is there a difference between -- I know that**
18   **some school districts have something called an**
19   **intermediate school.  Have you heard of something like**
20   **that?**
21       A.    I have not.
22       Q.    **You haven't?**
23       A.    No.
24       Q.    **Okay.  Have you heard of a junior high**
25   **school?**

1      A.   Yes.

2      Q.   **What is the difference between a junior high**

3  **school and middle school?**

4      A.   I don't know that there is a difference

5  between a junior high and a middle school.

6      Q.   **In your mind they're synonymous?**

7      A.   Yes.

8      Q.   **If a school were comprised of only a single**

9  **grade, let's say grade seven, would it be a middle**

10  **school?**

11          MS. McCULLOCH:  Object to the form.

12          THE WITNESS:  I would refer to it as a middle

13     school.

14  BY MR. STEVENSON:

15     Q.   **You would agree that a K through 8 school is**

16  **an elementary school, correct?**

17     A.   Yes.

18     Q.   **And grade 6 through 8 is clearly a middle**

19  **school, correct?**

20     A.   Yes.

21     Q.   **What about a grade 5 through 8?**

22     A.   I have not seen a school classified that way.

23          MS. McCULLOCH:  Object to the form.

24          MR. STEVENSON:  Sure.

25          THE WITNESS:  So I don't know how the state

1        of Florida would recognize that.

2    BY MR. STEVENSON:

3        Q.    Let me go back to your opinion.  Your opinion

4    is that a middle school is not a secondary school in

5    the state of Florida.  And I asked you before whether

6    you meant all middle schools in the state of Florida.

7    We're not just talking about schools in the school

8    district.  You're giving me an opinion about all the

9    schools.  So I am trying to figure out what that means.

10   What middle school means.

11           And you're saying you're not sure when it

12   comes to --

13       A.    No, middle school is grade 6 through 8.

14       Q.    Right.  What if the school is a 5 through 8

15   school, is it a secondary school in the state of

16   Florida?

17       A.    Now if you're asking my opinion, I don't know

18   how -- or if you're asking, do I know how it's

19   classified?  I do not know how the state of Florida

20   classifies grades 5 through 8, because I do not know of

21   a structure that is a 5 through 8 school.  So it could

22   be classified as an elementary school or it could be

23   classified as a middle school.

24       Q.    I am trying to figure out what would classify

25   it -- when you say that a middle school is not a

1    secondary school in the state of Florida, I am trying

2    to figure out what you mean by middle school, that

3    first part, in your opinion?

4        A.    Okay.   I mean a middle school, my opinion is

5    a middle school is grades 6, 7 and 8.

6        Q.    Okay.

7        A.    And elementary school is grades K through 5.

8    A high school, or secondary school, which is

9    synonymous, in my opinion, it is 9 through 12.

10       Q.    So you have an opinion about schools that are

11   grades 5 through 8, those are middle schools, correct?

12       A.    I don't know of a school that has grades 5

13   through 8, that's what I am saying to you.

14       Q.    Sorry.   I messed up.   You have an opinion

15   about schools that are grades 6 through 8, correct?

16       A.    Yes.

17       Q.    You have no opinions about schools that are

18   grades 5 through 8, about whether they are secondary

19   schools in the state of Florida, categorically?

20           MS. McCULLOCH:   Object to the form.

21           THE WITNESS:   I have an opinion whether

22       they're secondary schools.   They are not secondary

23       schools.

24   BY MR. STEVENSON:

25       Q.    They are not.

1          What about a school which is 7 through 9, do
2     you have an opinion about whether that is a secondary
3     school in the state of Florida?
4               MS. McCULLOCH:  Object to the form.
5          —    THE WITNESS:  I have not seen that structure
6          in the state of Florida.  I have seen that
7          structure in other states, in the United States,
8          and they're referred to as junior highs, not high
9          schools.
10    BY MR. STEVENSON:
11         Q.   Okay.  Do you have an opinion about whether a
12    school that is grades 7 through 9 is a secondary school
13    in the state of Florida?
14         A.   Yes, I do.
15         Q.   What is your opinion?
16         A.   It would be a middle school.
17         Q.   That's --
18         A.   It would not be a secondary school.
19         Q.   Not a secondary school?
20         A.   No.
21         Q.   What about 7 through 10?
22               MS. McCULLOCH:  Object to the form.
23    BY MR. STEVENSON:
24         Q.   At a school that's grades 7 through 10, is
25    that a secondary school in the state of Florida?

1    A.    I do not have an opinion on that because I

2  have not seen a structure on that in the state of

3  Florida.

4    Q.    I appreciate you might not know of a school

5  that is 7 through 10, but I am asking you to entertain

6  a hypothetical.  If there were a school in the state of

7  Florida that had taught grades 7 through 10, would it

8  be your opinion that it's a secondary school?

9         MS. McCULLOCH:  Object to the form.

10         THE WITNESS:  Not necessarily, no.

11  BY MR. STEVENSON:

12    Q.    You're not sure?  Or what do you mean?  What

13  does the "not necessarily" mean?

14    A.    May I ask a question --

15    Q.    Sure.

16    A.    -- of you?

17    Q.    Yeah.  Yeah.

18    A.    I'm here giving you factual information and

19  an opinion.  There's a lot of things that would go into

20  that discussion.

21    Q.    Sure.

22    A.    So I'm saying to you, I have no knowledge of

23  a structure of 7 through 10.  7 through 9 I would

24  classify as junior high.  Junior highs and middle

25  schools are synonymous, to me.  That would be my

1    opinion.

2         Q.    Right.    You're here today, not in your own --

3    I mean, not simply your knowledge of what you've seen.

4         A.    Uh-huh.

5         Q.    You're here today as an expert for the

6    School Board.    They've disclosed you as -- that they

7    were going to use expert opinion from you.

8         A.    Uh-huh.

9         Q.    And so it doesn't necessarily have to be

10   based upon your direct observation.    Do you understand

11   that?

12        A.    Yes, I do.

13        Q.    Okay.    So that's what I'm -- entertaining a

14   hypothetical is what experts do all the time.

15        A.    Uh-huh.    The hypothetical, I would not

16   structure a school that way.

17        Q.    I appreciate you wouldn't.    But let's say one

18   exists.    Is it a secondary school?

19             MS. McCULLOCH:    Object to the form.

20             THE WITNESS:    I would not see it as a

21        secondary school.

22   BY MR. STEVENSON:

23        Q.    Okay.    It would be your opinion that a school

24   comprised of grades 7 through 10 is not a secondary

25   school, correct?

1              MS. McCULLOCH:  Object to the form.

2              THE WITNESS:  I would see it as a junior high

3       and middle school.

4    BY MR. STEVENSON:

5         Q.   I am not interested --

6         A.   Oh.

7         Q.   I'm just interested, is it a secondary

8    school, or not?  That's the only question I have.

9         A.   I would not say it was a pure secondary

10   school, no.

11        Q.   I am not sure what "pure secondary school,"

12   is that somehow different --

13        A.   I would not say it was a secondary school.

14        Q.   Okay.  Is there anyone, or entity or person

15   who determines what grade levels are taught at each

16   facility in the state of Florida?  I mean, is that

17   determined by state law, or by the districts, or --

18        A.   I am not familiar with any rule or statute

19   that dictates that you have to do it one way or the

20   other.  That has been structured at the district, from

21   district to district.

22        Q.   Okay.  So the School Board has no mandate

23   from Tallahassee, Florida legislators, to group various

24   grade levels in different facilities, correct?

25        A.   Not that I am familiar with.

```
 1        Q.    Okay.   Fair enough.
 2              Is it fair to say that you've held for some
 3   time the opinion that a middle school is not a
 4   secondary school in Florida?
 5        A.    Yes.
 6        Q.    This is not a recent opinion, correct?
 7        A.    That is correct.
 8        Q.    And dates back to when you first started
 9   teaching, right?
10              MS. McCULLOCH:   Object to the form.
11              MR. STEVENSON:   What's the objection?
12              MS. McCULLOCH:   Assumes facts not in
13        evidence.
14              MR. STEVENSON:   Okay.
15              MS. McCULLOCH:   Maybe you can ask her when
16        she formulated that opinion.
17              MR. STEVENSON:   I think that's what I did.
18   BY MR. STEVENSON:
19        Q.    Your opinion dates back to when you first
20   started teaching, right?
21        A.    I can't say that it was my first day of my
22   first year of teaching.  No, I couldn't say that.
23        Q.    But you've had this opinion that middle
24   schools are not secondary schools in the state of
25   Florida for 20 years; is that fair to say?
```

1        A.    That's fair to say.

2        Q.    **When the Florida legislature defined schools**

3    **that served students in grades 6 through 12 as**

4    **secondary schools, was that wrong?**

5        —      MS. McCULLOCH:  Object to the form.        —

6             THE WITNESS:  I am not sure what statute you

7        are referring to me they defined it as 6 through

8        12.

9    BY MR. STEVENSON:

10       Q.    **I am not saying today.**

11       A.    Oh.

12       Q.    **I am saying two years ago, three years ago.**

13   **Are you familiar with the fact that the Florida**

14   **legislature defined secondary schools as those schools**

15   **that serve students in grades 6 through 12?**

16       A.    I'm familiar that in the state of Florida

17    they had a statute that was referred to as the

18    Redesigned Act.  And it did reference grades 6 through

19    12 in the context of providing transition support for

20    8th grade students to be readied and prepared to be

21    successful in high school, when you looked at that

22    statute.  I'm familiar with that, yes.

23       Q.    **Okay.  When the Florida legislature defined**

24   **schools that serve students in grades 6 through 12 as**

25   **secondary schools, was that a correct statement?**

1         MS. McCULLOCH:  Object to the form.

2         THE WITNESS:  In the context of the statute

3    that that was written, it was referring to high

4    school redesign, and preparing 8th graders in that

5    transition to be prepared for success in high

6    school.  And they do make the statement in there of

7    grades 6 through 12.

8  BY MR. STEVENSON:

9     Q.  **Are you saying that the Florida legislature**

10  **simply adopted the phrase secondary school and**

11  **inappropriately used it in a way that is not commonly**

12  **used in the state of Florida?**

13         MS. McCULLOCH:  Object to the form.

14         THE WITNESS:  No, I am not saying that.

15  BY MR. STEVENSON:

16     Q.  **Are you proposing that the Florida**

17  **legislature usurped that phrase secondary school and is**

18  **using it in a way that's -- let me back up.**

19        **Obviously they can write whatever they want,**

20  **they could say high schools are schools that teach**

21  **kindergartners.  They could pass that law, right?**

22     A.  They could pass the law --

23     Q.  **Okay.  I guess it would legally be true,**

24  **because it's the law, right?  But would you think of --**

25  **would you think that their use of the phrase "high**

1    schools" in that context is generally applicable to how

2    everyone else understands high schools, as grades 9

3    through 12?

4        A.    Yes.

5        Q.    Sorry.  If they passed a law that said high

6    schools teach and only teach grade kindergarten.  I

7    mean, it would be a bizarre law, right?  I am with you

8    there.  But if they passed that, wouldn't you think to

9    yourself, hmm, they're not using the term "high school"

10   like anybody else does.  It's a really peculiar

11   definition.

12       A.    What is the question?  I'm sorry.

13       Q.    Would you agree that you would think that the

14   Florida legislature is use of the term high school in

15   that example was inconsistent with how everyone else

16   understand high school?

17       A.    Yes.

18       Q.    And are you saying it's same way with respect

19   to how they use the term secondary school when they

20   previously defined it as any school that serves

21   students in 6 through 12?

22       A.    In statute 1003.413, which was where they use

23   phrase 9 through 12, it was inconsistent with their

24   other definitions in other statutes in and how we refer

25   to secondary schools.

1    Q.    What is a secondary school?

2    A.    A high school.

3    Q.    Okay.  What is a high school?

4    A.    Grades 9 through 12.

5    Q.    What is the essential feature or features

6    that a school must have for it to be a secondary

7    school?

8    A.    High schools are built with a program of

9    study that is credit oriented.  Students must earn

10   certain credits in order to be promoted to the next

11   grade level.  There are course requirements that must

12   be met --

13   Q.    Let me focus you here little bit.  As opposed

14   to other schools, what essential feature or features

15   must a school have in order to be considered a

16   secondary school?

17   A.    A high school is serving grades 9 through 12.

18   They have a credit-based curriculum that is focused on

19   preparing them to be college and career ready.  And to

20   enter either the work force or post-secondary

21   education.

22   Q.    All right.  I count three essential features:

23   One, it has to be -- it's limited to grades 9 through

24   12?

25   A.    Yes.

```
 1        Q.    Okay.  And this is for not high school, we're
 2   talking a secondary school.  That's what I'm focused in
 3   on.  Correct?
 4              MS. McCULLOCH:  I am going to object to the
 5        form.
 6   BY MR. STEVENSON:
 7        Q.    The reason I say that, I started the question
 8   with what essential feature or features would a school
 9   possess in order to be a secondary school, and your
10   response was about a high school.
11        A.    Because a secondary school is a high school.
12   A high school is a secondary school.
13        Q.    Okay.  Got it.
14              So the three essential features that I recall
15   is that it has to teach grades 9 through 12.  It has to
16   have a program of study.  And, three, it has to prepare
17   students for college or a career?
18              MS. McCULLOCH:  Object to the form.
19              THE WITNESS:  I believe I said that it has a
20        program of study that it is credit oriented,
21        structured on a credit system.
22   BY MR. STEVENSON:
23        Q.    Okay.  Credit-oriented program of study, does
24   that sound fair?
25        A.    It's a credit structure.
```

1          Q.    Credit structure?

2          A.    Yes.

3          Q.    Is that independent of a program of study?

4          A.    Well, a program of study is a grouping of

5     courses, and courses that earn credit.

6          Q.    Do you see those as two different features,

7     or is that one?  That's what I am trying to figure out.

8     Do I put that as two things that they have to satisfy,

9     or one?

10         A.    I would put it as one.

11         Q.    Okay.  So it has to be grades 9 through 12,

12    and it has to have a program study with a

13    credit-orientation structure?

14         A.    Yes.

15         Q.    Number three, it has to prepare students for

16    college or a career?

17         A.    Yes.

18         Q.    Okay.  What about if it is grades 11 through

19    12, is it considered a secondary school?

20         A.    Yes.

21         Q.    So it doesn't have to be every grade between

22    9 and 12?

23         A.    Right.

24         Q.    It just has to be no other grades besides

25    9 and 12.  Is that fair to say?

```
 1       A.    Yes.
 2       Q.    So I think we talked about this before --
 3  okay.
 4             8 through 12, that's not a secondary school,
 5  because it has the 8th grade, correct?
 6       A.    That is correct.
 7       Q.    Okay.  Are there any other essential
 8  features, features it must have for a school to be
 9  considered a secondary school, besides those three we
10  talked about?
11             MS. McCULLOCH:  Object to the form.
12             THE WITNESS:  I think inclusive in a high
13        school, or secondary school, as you refer to it,
14        you see other types of features with athletic
15        structures.
16  BY MR. STEVENSON:
17       Q.    Let me be clear.  I want to differentiate
18  between essential features, features that are required,
19  if you don't have it they can't be a secondary school.
20  You would agree if it didn't have a program study with
21  a credit structure, it couldn't be a secondary school,
22  correct?
23       A.    Uh-huh.
24       Q.    Is that yes?
25       A.    Yes.
```

1        Q.    Yeah.

2        A.    Sorry.

3        Q.    Okay.  And you would agree that if the school

4    did not prepare students for college or a career, it's

5    not a secondary school.  Is that fair to say?

6        A.    Yes.

7        Q.    Okay.  So those are essential features.  Any

8    other essential features?

9        A.    You have a guidance structure that prepares

10    for your plans, for their course structure so that they

11    have the fundamental course structure to prepare them

12    for their program of study in the college or university

13    setting that provides support for scholarship.

14        Q.    So that's the fourth essential ingredient?

15        A.    Uh-huh.

16        Q.    Yes?

17        A.    Yes.

18        Q.    Are there any other defining features of a

19    secondary school that are non-essential?

20            MS. McCULLOCH:  Just object to the form.

21            THE WITNESS:  The athletics structure.

22    BY MR. STEVENSON:

23        Q.    You understand what I mean by non-essential?

24        A.    Not completely.

25        Q.    Any other facts or features of a school that

1    would form your opinion about whether it is a secondary

2    school?

3        A.    No.

4        Q.    Okay.  Is it fair to say that you don't have

5    to have an athletic program to be a secondary school,

6    correct?

7        A.    No, you don't have to.

8        Q.    You don't, okay.

9            But if you didn't have a guidance structure,

10   for example, you couldn't consider yourself a secondary

11   school?  It's not a secondary school?

12       A.    I qualify the guidance structure that you

13   had.

14       Q.    Tell me.  What do you mean?

15       A.    That you had a structure in the school that

16   prepared students with their course schedule that was

17   structured for preparation for their -- to make sure

18   that they had their correct AP courses, or honors

19   courses, that were commensurate with what their program

20   or their post-secondary plans are.

21       Q.    But if you don't have a guidance structure at

22   a school, if a given school did not have a guidance

23   structure, but otherwise met the other three

24   requirements, it would not be a secondary school, in

25   your opinion, correct?

1      A.    That specific guidance structure is what is

2   indicative of a secondary school.

3      Q.    **And if it doesn't have that particular**

4   **guidance structure, it's not a secondary school, right?**

5      A.    I wouldn't see that in a non secondary

6   school.

7      Q.    **I'm asking you to entertain the hypothetical.**

8   **And the hypothetical is that it's a school that's**

9   **9 through 12, has a program study with a credit**

10  **structure, prepares students for college or a career,**

11  **but lacks the guidance structure that you've talked**

12  **about and elaborated upon.  Is that school a secondary**

13  **school?**

14     A.    I would say no.

15     Q.    **If the Florida legislature directed, passed a**

16  **law demanding all school districts no longer prepare**

17  **students for college or career, offer no classes or**

18  **coursework that would prepare them for a college or**

19  **career in grades 9 through 12, is it fair to say that**

20  **secondary schools in the state of Florida would cease**

21  **to exist, in your opinion?**

22          MS. McCULLOCH:  Object to the form.

23          THE WITNESS:  No.

24   BY MR. STEVENSON:

25     Q.    **Why is that?**

```
 1        A.     Because the state legislators just took a

 2   component out of it, but that doesn't mean they don't

 3   exist.

 4        Q.     Help me out.   If a school lacks -- if a

 5   school does not prepare students for college or a

 6   career, it cannot be a secondary school; is that

 7   correct?

 8               MS. McCULLOCH:   Object to the form.

 9   BY MR. STEVENSON:

10        Q.     It's something else?

11        A.     The question you asked me was if the state of

12   Florida, the legislators, just passed a law that said

13   secondary schools, or high schools, no longer did this.

14   It doesn't mean that -- in my opinion, it doesn't mean

15   that they cease to exist, it just means that the state

16   of Florida just said this component is now not a part,

17   but the other essential parts are.

18        Q.     Okay.  So the Florida legislature has the

19   discretion, in your mind, to not require, or to ban

20   college preparation and career preparation for students

21   in 9 through 12, and we can still have secondary

22   schools, correct?  You would just define secondary

23   schools without that essential element?

24        A.     Yes.

25        Q.     Likewise, could the Florida legislature pass
```

1    a law and say, we've got to cut down on budgets?  We

2    have no money, and no money shall be spent by any of

3    the districts on a guided structure, as you elaborated

4    before.  That wouldn't mean that there's no longer

5    secondary schools, right?  It would just mean that

6    secondary schools no longer have that feature anymore,

7    correct?

8         A.    Right.

9         Q.    Likewise, the state of Florida could pass a

10   law saying we are outlawing grades, and we're outlawing

11   credits for grades 9 through 12.  But that wouldn't

12   mean if they did that, there's no more secondary

13   schools, right?  It would just mean the secondary

14   schools have a different definition now, correct?

15              MS. McCULLOCH:  Object to the form.

16              THE WITNESS:  Yes.

17   BY MR. STEVENSON:

18        Q.    I guess what I am saying is we've gone

19   through four features that you described -- you

20   described four features, essential features of

21   secondary schools.  Right?

22        A.    Yes.

23        Q.    And it is your opinion that, at least with

24   respect to the last three, that the Florida legislature

25   could remove those features and the school would still

1    be a secondary school, correct?

2         A.    Yes.

3         Q.    In fact, it could remove all three of those

4    features and it would still be a secondary school,

5    correct?

6              MS. McCULLOCH:  Object to the form.

7              THE WITNESS:  I am not sure there would be

8         anything left to the school to operate.  But

9         hypothetically, that's what you said.

10   BY MR. STEVENSON:

11        Q.    It would be grades 9 through 12, with no

12   credits.  So you just kind of show up and, I guess, you

13   may do some meditation and hang out with your friends,

14   with no guidance?

15        A.    Then I believe that would be called

16   baby-sitting.

17        Q.    Baby-sitting.  So that would no longer be a

18   school, is that what your contention is?

19        A.    It would be a place where you baby-sit

20   students.

21        Q.    So that wouldn't be a secondary school?

22        A.    I am not sure how you would define that.

23        Q.    But they could remove any one of those

24   individually, and that's okay, it would still be a

25   secondary school?  If they said, we don't have money

1    for guidance, we can't pay for that.  You would still

2    have secondary schools, right?

3         A.    Yes.  And you still would meet the needs of

4    the students to prepare them, you just might not do it

5    through a guidance program.

6         Q.    Sure.  And the secondary schools, the

7    features of the secondary schools would just be now

8    three, 9 through 12, program study with credit

9    structure that prepares students for college or career,

10    right?

11        A.    Yes.  And you still may have the structure in

12    place of the fourth, it just may not be delivered in

13    the same manner.

14        Q.    What if you didn't have the structure, what

15    if they banned not only the funding of it, we don't

16    want you to get any guidance.  No guidance structure?

17        A.    Well, if that's the change in the law.

18        Q.    But it would still be a secondary school,

19    right?

20        A.    Yes.

21        Q.    Okay.  Is the Florida legislature free to

22    change what grades are considered a secondary school?

23    Could they say, we want the secondary education to be 8

24    through 12?

25        A.    I haven't looked at the parameters of the

1    laws, what their do's and don't's are, so I am not
2    going to speculate on that.
3        Q.    Sure.  What if they did, if they passed a law
4    that said, from now on all school districts have to
5    re-configure their facilities so that they teach grades
6    8 through 12 in the same facility?
7        A.    And the question is?
8        Q.    Would that facility still be a high school?
9        A.    I am not sure in that hypothetical you gave
10   what language would be in that statute.  So without
11   knowing that detail, I can't speculate.
12       Q.    What information would you need to know so
13   that you could answer my hypothetical?
14           MS. McCULLOCH:  Object to the form.
15           THE WITNESS:  If they're changing the
16       structure, then they would provide detail and
17       direction and definitions, along with that change.
18   BY MR. STEVENSON:
19       Q.    What if the definition -- all they said is,
20   we want -- we think that four years together in a
21   single school is not enough, we need students to be
22   together in a high school for five years.  So we're
23   just changing -- we're asking all the school districts,
24   demanding all the school districts change their high
25   schools to grades 8 through 12.

1          MS. McCULLOCH:  Object to the form.

2          THE WITNESS:  Then they would be defining a

3      high school as now grades 8 through 12.

4   BY MR. STEVENSON:

5      Q.   And that would be within their purview,

6   right?

7      A.   If that's what the statute has outlined as

8   one of their authorities.

9      Q.   Well, the statute doesn't outline their

10  authorities, right?

11         MS. McCULLOCH:  Object to the form.

12         THE WITNESS:  I am not an attorney, so I am

13      not going to speculate on that.

14  BY MR. STEVENSON:

15     Q.   Okay.  If they were permitted to do that, if

16  they were lawfully able to pass a law that says, we

17  think high schools ought to be 8 through 12, district

18  realign your schools so all high schools are 8 through

19  12.  If they did that, you would agree, your opinion

20  would be that high schools are grades 8 through 12,

21  right?

22     A.   That would be their definition by their

23  action.

24     Q.   And your opinion, right?

25         MS. McCULLOCH:  Object to the form.

1    BY MR. STEVENSON:

2         Q.   Your opinion would follow the change in the

3    law, correct?

4         A.   Well, we're talking about something in the

5    future, so I -- you know, it's hard to have an opinion

6    on something that hasn't occurred.

7         Q.   I somewhat understand that.  But you're an

8    expert, and I'm asking you to entertain a hypothetical.

9    What we've been talking about are the features of a

10   high school, what makes a high school, what makes a

11   secondary school a secondary school.  One of the things

12   you said is the grade levels they teach.  They talked

13   about three others, four altogether.  And we've talked,

14   also, that the Florida legislature could remove, you,

15   know, or take away, or not require, or ban certain of

16   those features, especially the last two through four,

17   the program, the credit structure, preparing students

18   for college or career, and the guidance structure as

19   you had elaborated.  And if they did that, even with

20   one of those features missing, you would still consider

21   that school is high school, right?

22              MS. McCULLOCH:  Object to the form.

23              THE WITNESS:  Yes.

24   BY MR. STEVENSON:

25        Q.   So what I am trying to figure out now is, I

1    am trying to engage you in a hypothetical about what if

2    they took away -- what if they refined the first

3    feature, that the high school is grades 9 through 12.

4    What if they said, high school's now grades 8 through

5    12.  Would that still be a high school, in your mind?

6            MS. McCULLOCH:  Object to the form.

7            THE WITNESS:  If that is how they defined it,

8        that would be the fact and the law that we would

9        operate from.

10   BY MR. STEVENSON:

11       Q.   And it would be your opinion --

12       A.   It's not a matter of opinion, it's the fact.

13   That's the rule, that's the law, that's how we would

14   operate.

15       Q.   Your opinion would comply and follow Florida

16   law, right?

17       A.   Yes.

18       Q.   And if they did it so that we said, okay, we

19   don't want just -- this experiment's going way too

20   well.  We need the top six grades in the same school.

21   School districts arrange all your facilities so you're

22   teaching the top six grade levels, in the same school,

23   and we want you to call that a high school.  Could the

24   Florida legislature do that?

25           MS. McCULLOCH:  Object to the form.

```
 1              THE WITNESS:  If they passed the law --
 2    BY MR. STEVENSON:
 3        Q.    Sure.  And if they did that --
 4        A.    Yeah.
 5        Q.    -- it would be your opinion that now grades 7
 6    through 12 are high schools?
 7              MS. McCULLOCH:  Object to the form.
 8              THE WITNESS:  I would not agree with that.
 9    BY MR. STEVENSON:
10        Q.    You wouldn't agree?
11        A.    No.
12        Q.    8 through 12 you would agree, but 7 through
13    12 is going to far?
14              MS. McCULLOCH:  Object to the form.
15              THE WITNESS:  No, I have to -- I did not say
16        I agreed 8 through 12.  I said that was the rule,
17        that was the -- that's the way we had to do it, and
18        we would comply with that.  I didn't say I would
19        agree that that was the structure I would like to
20        see.
21    BY MR. STEVENSON:
22        Q.    I'm not asking you to agree with the
23    structure.
24        A.    Okay.
25        Q.    Or the wisdom of the Florida legislature.
```

1    I'm asking simply:  If the Florida legislature
2    redefines what grades it believes qualify as high
3    school grades, secondary grades, secondary schools,
4    would your opinion of what a secondary school follow
5    what the legislature said?
6                MS. McCULLOCH:  Object to the form.
7                THE WITNESS:  I want to be clear that I would
8         disagree with the legislature.
9    BY MR. STEVENSON:
10        Q.    You wouldn't think it was a good idea?
11        A.    I would absolutely think that is not a good
12    idea.
13        Q.    Let's set that aside.
14        A.    So my opinion would be, I do not agree with
15    that.  Would I comply with the law?  Yes.
16        Q.    Right.
17        A.    Would we call that high school?  Yes, because
18    that's how the statute defined it.
19        Q.    And it's your opinion that it was, in fact, a
20    high school, correct?
21                MS. McCULLOCH:  Object to the form.
22                THE WITNESS:  I would state the factual
23         statement that that's how the state of Florida
24         defined it.
25    BY MR. STEVENSON:

1      Q.    Is there some distinction in your mind

2  between how the state of Florida defines a high school

3  and what a high school is?

4      A.    No.

5      Q.    Okay.  So it would be your opinion, if the

6  Florida legislature said, secondary schools are now

7  grades 7 through 12, the top six grades, it would be

8  your opinion that secondary schools are the top six

9  grades?

10     MS. McCULLOCH:  Object to the form.

11 BY MR. STEVENSON:

12     Q.    7 through 12?

13     A.    It would be my opinion that the state of

14 Florida has defined high schools as grades 7 through

15 12.

16     Q.    Is there some distinction that you're drawing

17 between what your -- that a school comprised of grades

18 7 through 12 is a secondary school, and what you've

19 just articulated, that the Florida legislature has

20 passed a law saying that secondary schools are grades 7

21 through 12?

22     MS. McCULLOCH:  Object to the form.

23 BY MR. STEVENSON:

24     Q.    Is there some distinction there?

25     A.    Yes, there is in my mind.

1    Q.    What's the distinction?

2    A.    In my mind -- my distinction is -- my opinion

3  is my opinion on what is a secondary school, high

4  school, versus anything else.  That's my opinion.

5         The law is the law.  And if that's the

6  structure, then that's what -- that's what we will

7  state.  But that doesn't mean that that's my opinion

8  that that's a secondary school.  But that would be what

9  the state of Florida has defined it as.

10    Q.    Okay.  So it would be a secondary school

11  under Florida law, but it might not be a -- you would

12  never think of it as secondary school, no matter how

13  long the Florida law were around, correct?

14         MS. McCULLOCH:  Object to the form.

15  BY MR. STEVENSON:

16    Q.    I mean, the Florida legislature would just be

17  wrong, right?

18    A.    Well, that's an opinion.

19    Q.    Right.  It's an expert opinion.  I am trying

20  to get your opinion.

21    A.    My opinion is that from a regulatory

22  standpoint, it would be a high school defined as 7

23  through 12.  My opinion is that it's not a structure

24  that I believe is a structure of a secondary high

25  school structure.  But it would be the law.

1      Q.    Okay.  If the Florida legislature defined a

2   school comprised of grades 7 through 12 as a secondary

3   school, you believe its characterization of that school

4   as a secondary school to be inaccurate?

5          MS. McCULLOCH:  Object to the form.

6          THE WITNESS:  Restate your question.  I am

7      not following what you're asking me.  Sorry.

8   BY MR. STEVENSON:

9      Q.    Yeah, no.

10     A.    I'm sorry, I don't mean to be --

11     Q.    Yeah, I know.  I don't sense that you are

12  trying to be.

13         Let me try to get to the nuts and bolts of

14  it.  What I'm trying to figure out is, does what you

15  think is a secondary school have anything to do, does

16  it matter whatsoever what the Florida legislature says?

17         MS. McCULLOCH:  Object to the form.

18  BY MR. STEVENSON:

19     Q.    Is your opinion on what a secondary school is

20  informed in any way by what the Florida ledge

21  legislature says?

22         MS. McCULLOCH:  Object to the form.

23         THE WITNESS:  My opinion on what a secondary

24     school is built on both, it's built on what I

25     believe is developmentally appropriate for an

1    educational structure for students.  And the

2    statute does define schools as elementary, middle

3    or junior high, secondary or high schools, meaning

4    those are used synonymously, middle school and

5    junior high are used synonymously.  Secondary and

6    high schools are used synonymously.  I hold that

7    opinion.  I believe the statute does state that.

8    So it's both.

9  BY MR. STEVENSON:

10    Q.   Okay.  But if the statute were changed, would

11  that affect what you think is a middle school?  I mean,

12  a secondary school?

13         MS. McCULLOCH:  Object to the form.

14         THE WITNESS:  My opinion of the middle school

15      structure would still be my opinion, as I believe I

16      said that.  But I would honor and understand that

17      the statute has changed.

18  BY MR. STEVENSON:

19    Q.   Okay.  You would think, though, they can come

20  up with whatever orientation they -- structures they

21  want, grade levels here, grade levels there, it doesn't

22  matter to you, secondary school is a school 9 through

23  12, and those are the only grades it can be?

24         MS. McCULLOCH:  Object to the form.

25         THE WITNESS:  That's my opinion of what would

```
 1        be appropriate.
 2   BY MR. STEVENSON:
 3        Q.    I'm not asking about appropriate.  I am
 4   trying to figure out the definition.  Your opinion
 5   doesn't say that it's appropriate that middle schools
 6   are not secondary schools, it says that it is.  Right?
 7             MS. McCULLOCH:  Object to the form.
 8   BY MR. STEVENSON:
 9        Q.    Your opinion on disclosure, Exhibit B?
10        A.    I don't know -- I mean, I see what you're
11   saying on the page here.
12        Q.    Right.  Yeah.
13        A.    My opinion is that a secondary school is a
14   high school, 9 through 12, it could be 10 through 12.
15        Q.    Okay.  And if the Florida legislature says
16   we're going to call high school something else, we're
17   going to call high schools that have grades 8 through
18   12, it's your opinion the Florida legislature can call
19   it whatever they want, that doesn't change what a
20   secondary school is?
21             MS. McCULLOCH:  Object to the form.
22             THE WITNESS:  In the context of what you just
23        stated in that question, then it would be as the
24        state of Florida defined it.
25   BY MR. STEVENSON:
```

1      Q.    So --

2      A.    I would recognize that that's how the state

3  of Florida is now defining a secondary school or a high

4  school, in that example.

5      Q.    Hypothetical?

6      A.    Yeah, hypothetical.  Then it would then be 8

7  through 12, if that's how the state of Florida -- and

8  that's what I would state.  I may not hold that opinion

9  as being correct, but you said I didn't -- you didn't

10  ask my opinion on that.

11     Q.    I am trying to figure out if that change in

12  law would inform your opinion, and it sounds like it

13  wouldn't.

14          MS. McCULLOCH:  Object to the form.

15          THE WITNESS:  I am sorry, I really don't mean

16      to get tangled up in the questions, but maybe I'm

17      getting tangled up in the semantics of it, because

18      my opinion is my opinion, and what I believe is

19      developmentally appropriate.

20  BY MR. STEVENSON:

21     Q.    Okay.  I understand.  Let's back up.

22          What I am trying to get at is:  Let's

23  imagine -- let me give you a comparison.  Let's say I'm

24  really smart about how fast cars go.  And I say -- you

25  know, I researched this and I studied this and I

1    thought about this.  And I determined no one should

2    drive faster than 50.  And the Florida legislature may

3    say you can drive 70.  In my mind that's not a safe

4    speed.  But according to Florida legislature, in some

5    conditions it is, because they say you can go 70.  They

6    may change it to a hundred, that's not going to affect

7    my opinion that it's 50.  They may change it to 35, and

8    I am still going to think the appropriate speed limit

9    is 50.  That's the speed limit, 50.  It's just I think

10   of it independent of the state law.  The state law can

11   say whatever it wants, that's what I think.

12          I am trying to figure out if your opinion

13   that a middle school is not a secondary school in the

14   state of Florida is informed, or based, or any way --

15   informed or based upon how the Florida legislature

16   defines secondary school.

17        A.    No, it is not based solely on the statute --

18        Q.    I am not saying solely.  I am saying in any

19   way based.

20        A.    My opinion is based on my years of

21   experience, working with different levels of students,

22   and all the structures that I have been in, in

23   elementary, middle and high school, and all the roles

24   as administrator, as the role of a teacher, it is

25   informed by all of that experience, not just a statute.

1      Q.    Is it --

2      A.    Do I understand what the statute says?  Yes,

3   I do.

4      Q.    Is it informed in any way by the statute, by

5   what the Florida legislature would say?

6      A.    No, my opinion would be my opinion.

7      Q.    Right.  So they could change -- secondary

8   schools are K through 3, and you would understand what

9   they mean, because there's a statute.  But it wouldn't

10  change what you really think secondary schools are,

11  correct?

12     A.    Right.  Correct.

13     Q.    And it would still have to be -- I think

14  those four features, it would have to be a school only

15  grades 9 through 12, no other grades, right?

16     A.    No.

17     Q.    And program of study and preparing for

18  college and -- okay.  So those four features.

19           Everyone all right on time?  Are you all

20  right?

21     A.    Uh-huh.  Thank you.

22     Q.    Do you agree that during the 2012/2013 school

23  year middle schools were considered secondary schools

24  in Florida?

25     A.    No, I can't say that.

1      Q.    You disagree with that statement?

2      A.    I do.

3      Q.    Do you contend that Carver Middle School was

4  not a secondary school during the 2012/2013 school

5  year?

6      A.    Yes.

7      Q.    Do you agree a secondary school provides

8  secondary education?

9           MS. McCULLOCH:  Object to the form.

10          THE WITNESS:  I believe a secondary or high

11    school provides high school curriculum.

12  BY MR. STEVENSON:

13     Q.    Is there a distinction in your mind between

14  high school curriculum and secondary education?

15     A.    No.

16     Q.    Then it's fair to say secondary school

17  provides secondary education, correct?

18     A.    Correct.

19     Q.    On what considerations, facts or data did you

20  base your opinion that middle schools in Florida are

21  not secondary schools?

22     A.    Because there are three distinct structures.

23  And middle schools and junior highs are structured

24  synonymously, as secondary and high schools are used

25  synonymously.  So when I hear secondary, I immediately

1    think of high school.

2        Q.    Is that the complete list of considerations,

3    facts and data on which you based your opinion?

4            MS. McCULLOCH:  Object to the form.

5            THE WITNESS:  That's the structure that I

6        most -- in my years of experience, that is the

7        structure that I have operated in.  And over the

8        course of all those years that has been the

9        structure that has been in the state of Florida,

10       and has had the most long-term recognition, and

11       coincidentally the definition in whatever, 1003.01,

12       when they defined schools.  And that has been

13       long-standing.

14   BY MR. STEVENSON:

15       Q.    Are there any other considerations, facts or

16   data that you based your opinion is?

17           MS. McCULLOCH:  Just object to the form.

18           THE WITNESS:  No.

19   BY MR. STEVENSON:

20       Q.    Are you aware that the Lake County School

21   Board stated that middle grades are secondary schools?

22           MS. McCULLOCH:  Object to the form.

23   BY MR. STEVENSON:

24       Q.    That they primarily serve students in grades

25   6 through 8 --

1          MS. McCULLOCH:  Object to the form.

2          THE WITNESS:  I'm sorry.  What did you say?

3          MS. McCULLOCH:  I just objected to the form.

4     You can answer if you know.

5          THE WITNESS:  I am not sure in what -- when

6     you're referring to that they made that statement.

7     BY MR. STEVENSON:

8     Q.   Sure.

9          Do you understand what a student progression

10    plan is?

11    A.   Yes, I do.

12    Q.   The district has to pass that every year,

13    correct?

14    A.   Yes.

15    Q.   And what does the student progression plan

16    do?

17    A.      It outlines program of study, attendance

18    requirements and grading requirements, in each of the

19    three areas, elementary, middle and high school.

20    Q.   And did you know that the School Board stated

21    in its recent student progression plan, the plan they

22    passed over the summer, that, "Lake County public

23    middle grades are secondary schools that primarily

24    serve students in grades 6 through 8"?

25          MS. McCULLOCH:  Just object to the form.

1            THE WITNESS:  I believe the context and where

2       that is located in the student progression plan is

3       referring to that statute that is the one that was

4       repealed, because I believe that is in there

5       verbatim from that statute.  And that did not come

6       out after it was repealed.  So if that's what you

7       are referring to.

8  BY MR. STEVENSON:

9       Q.    So they said that, right?

10      A.    Uh-huh.

11      Q.    The School Board said that in a recent

12  document in the past?

13      A.    In the context of that act, that redesign

14  act.

15      Q.    And the redesign act was repealed, what, a

16  couple years ago?

17      A.    I think --

18      Q.    2013, summer of 2013?

19      A.    Yes.  Yes.

20      Q.    And they passed their student progression

21  plan about a year later, right?

22      A.    Yes.

23      Q.    And it had that language that middle grades

24  are secondary schools in Lake County School District,

25  right?

1          MS. McCULLOCH:  Object to the form.

2          THE WITNESS:  In reference to that

3      requirement of that act, yes.

4  BY MR. STEVENSON:

5      Q.   **Which was repealed 12 months ago?**

6      A.   Yes.  And that is an error.

7      Q.   **Ahh, that's the contention?**

8      A.   That is my -- yes, that is an error.  Because

9  it was put in there when that act was made law.

10      Q.   **Is the School Board thinking about revisiting**

11  **the student progression plan before next summer?**

12          MS. McCULLOCH:  Object to the form.

13  BY MR. STEVENSON:

14      Q.   **Amending it?**

15          MS. McCULLOCH:  You're here as -- she's here

16      as an expert, so I am going to object to that kind

17      of testimony as a superintendent.

18          MR. STEVENSON:  Sure.

19          MS. McCULLOCH:  She's here as an expert for

20      today's purposes.

21  BY MR. STEVENSON:

22      Q.   **Does your opinion that the School Board has**

23  **said and has consistently said -- you would agree that**

24  **they have consistently said in their student**

25  **progression plan that middle grades are secondary**

1    schools, right?  School Board has consistently said

2    that for the last decade?

3        A.   I can't say that.  I don't know how many

4    years.

5            MS. McCULLOCH:  Object to the form.

6    BY MR. STEVENSON:

7        Q.   For as long as you've -- how about since

8    2008?

9        A.   I would go back and look at each student

10   progression plan to see when that language was put in.

11       Q.   Let's entertain a hypothetical.  Let's say

12   that they did.  The School Board had that language,

13   that middle grades are secondary schools that primarily

14   serve students in grades 6 through 8.

15           Does that statement by the Lake County

16   School Board inform your opinion of what a secondary

17   school is?

18           MS. McCULLOCH:  Object to the form.

19           THE WITNESS:  My opinion is still my opinion.

20       I would recognize that that is how they have chosen

21       to define a secondary school in that hypothetical.

22   BY MR. STEVENSON:

23       Q.   But that's not how you define it?

24       A.   That is not how I define it.

25       Q.   Are you aware that -- it's the fact that

```
 1    Florida Association of Secondary School Principals
 2    opens its membership to middle and high school
 3    administrators.  Does that inform your opinion about
 4    what a secondary school is?
 5              MS. McCULLOCH:  Object to the form.
 6              THE WITNESS:  No, it does not.
 7    BY MR. STEVENSON:
 8         Q.   So the fact that the Secondary School
 9    Principal Association is open to middle school and high
10    school does not inform your opinion, correct?
11              MS. McCULLOCH:  Object to the form.
12              THE WITNESS:  Not -- no.
13    BY MR. STEVENSON:
14         Q.   Can you describe the method or principles you
15    used in reaching your opinion?
16         A.   My opinion is based on my experience in
17    working with children from elementary through high
18    school and post secondary.  And I believe that
19    elementary, the span that is in that.  And that the
20    6th, 7th and 8th grade is middle school, and that is a
21    separate structure unto itself.  And that high school
22    and secondary is 9 through 12, or could be 10 through
23    12, in my opinion.  And the structure is appropriate
24    for that.  And it's based on the developmental stages
25    of students as they progress through those years in
```

1    high school. And that structure of combining 6th, 7th

2    and 8th is very developmentally appropriate.

3        Q.    **What is the relevant experience that informs**

4    **your opinion?**

5        A.    I am not sure I understand what you're

6    asking.

7        Q.    **You said your opinion was informed by your**

8    **experience.  What experience informs your opinion?**

9        A.    My experience is that I have been a teacher,

10    I have been at -- at a high school level.  I have been

11    an instructor at a post-secondary level.  I have been

12    administrator at the elementary and the high school

13    level.  And for a short time at the middle school

14    level, because I did summer school.

15        I also have had courses in child development

16    and human growth and development.  And methodology for

17    instructing students at various levels.

18        Q.    **Any other experience?**

19        A.    I have a Master's degree in education.  I

20    have a Bachelor's degree in education.  I have a

21    doctorate in education.  And part of the course

22    requirements in those programs, particularly the

23    Master's degree, there was a lot of training in child

24    development and the various stages and how students

25    learn, and the optimum way they learn, and that has

1    informed my opinion.

2        Q.    How could we test the validity of your method

3    or principles by which you have determined that a

4    middle school is not a secondary school in Florida?

5        A.    I have no idea.

6        Q.    Is it fair to say that there is no way to

7    test the validity of your opinion?

8            MS. McCULLOCH:  Object to the form.

9            THE WITNESS:  My opinion is my opinion, so...

10   BY MR. STEVENSON:

11       Q.    Is it fair to say -- and I appreciate that.

12   I misspoke.

13            Is it fair to say that there's no way to test

14   the validity of the method or principle by which you

15   determined that a middle school is not a secondary

16   school in Florida?

17            MS. McCULLOCH:  Object to the form.

18            MR. STEVENSON:  What's the objection?

19            MS. McCULLOCH:  Calls for a legal conclusion,

20        and misstates what she said.

21            MR. STEVENSON:  You can answer.

22            THE WITNESS:  I am sorry, you need to ask

23        that question again.

24   BY MR. STEVENSON:

25       Q.    Sure.

1          If I said it was really hot in here, it would
2     be an opinion, right?  But we could probably test it by
3     getting a number of thermometers and bringing them in
4     here and all reading them and talking to other people
5     and testing, you know, oh, that's -- it is, in fact,
6     hot in here.  So that's a way to test my opinion.
7          I am trying to figure out -- I asked you if
8     we could test the validity of your method or principles
9     in which you determined that middle schools are not
10    secondary schools, and you said you didn't know how.  I
11    am just wanting to make sure that that's clear that you
12    think, it's your belief that it's impossible to test
13    the validity the your method or principle by which you
14    determined that middle schools are not secondary
15    schools?
16          MS. McCULLOCH:  Object to the form.
17          THE WITNESS:  I'm processing, you know, how
18     we test.
19          MR. STEVENSON:  Take your time.
20          THE WITNESS:  There's measures of validity
21     and reliability in all my coursework, and
22     measurement and statistics, and those kinds of
23     things.  And so, you know, I can't give you a
24     statistical formula to test my opinion.
25          MR. STEVENSON:  I'm not asking for

1    statistical --
2         THE WITNESS:  I can give you a transcript
3    with coursework that I have taken that addresses
4    child development and methodology for instructing
5    students at this level, this level, or this level.
6    And you could test it that way.
7    BY MR. STEVENSON:
8         Q.   Okay.  We could look at your experience, we
9    could look at your education.  But after that we just
10   have to take your word for it, right?
11              MS. McCULLOCH:  Object to the form.
12         THE WITNESS:  I'm sorry.  I really don't
13    understand your question.  But, you know, I really
14    don't.  I mean -- I don't.  I am sorry.
15   BY MR. STEVENSON:
16         Q.   Okay.  Is there any way to test the validity
17   of your method or principles by which you determine
18   that a middle school is a secondary school in Florida?
19              MS. McCULLOCH:  Object to the form.
20         THE WITNESS:  You can validate my opinion by
21    my training, by my experience, by my professional
22    expertise of coming through, being a 32-year
23    accomplished educator.  And teaching at all levels.
24    And that's how you would test it.
25   BY MR. STEVENSON:

1        Q.    If we brought in another person with the same

2    level of experience and same level of education as you

3    have, and they had a different opinion, would we be

4    able to tell who's right?

5           MS. McCULLOCH:  Object to the form.

6           THE WITNESS:  I think that would be a matter

7       of opinion.

8    BY MR. STEVENSON:

9        Q.    No, I am trying to figure out is there a way

10   to test who's right, to figure out who's right?

11          MS. McCULLOCH:  Object to the form.

12          THE WITNESS:  I don't know an answer to that.

13   BY MR. STEVENSON:

14       Q.    Are the methods and principles by which you

15   determined that a middle school is not a secondary

16   school subject to peer review?

17       A.    Subject to --

18       Q.    Peer review.

19       A.    Peer review?

20       Q.    Yes.

21          MS. McCULLOCH:  Just object to the form.

22          THE WITNESS:  What do you mean by per review?

23       I mean, I know what peer review is in research.  I

24       am not sure in this context how you're referring to

25       it.

BY MR. STEVENSON:

Q.   Are there scholarly articles that you've read or heard about or even know about that discuss what a secondary school is?  Take that question up.  This is what a secondary school is, and Florida legislature defines it incorrectly, they're just wrong?

MS. McCULLOCH:  Object to the form.

THE WITNESS:  Off the top of my head I can't recall.

BY MR. STEVENSON:

Q.   Okay.  Is there a known or potential error rate to your methodology in determining that a middle school is a secondary school?

A.   I don't have a known error rate, no.

Q.   Or a potential error rate?

MS. McCULLOCH:  Object to the form.

THE WITNESS:  I don't know of one.

BY MR. STEVENSON:

Q.   Do you think your method of arriving at an opinion based on experience and education is generally accepted among educators?

A.   My methodology?

Q.   Yes.

A.   I believe educators do look at their experience and their training and

1  developmentally-appropriate age grouping, yes.

2      Q.    Do you think there's a consensus among

3  educators on what is a secondary school?

4          MS. McCULLOCH:  Object to the form.

5          THE WITNESS:  I have not surveyed educators,

6      so I could not speak to that from a data point.

7  BY MR. STEVENSON:

8      Q.    You don't know; is that fair to say?

9          MS. McCULLOCH:  Object to the form.

10         THE WITNESS:  Uh-huh.

11         MR. STEVENSON:  What was the objection to the

12     form on that?

13         MS. McCULLOCH:  I don't think that she

14     testified that she didn't know.

15         MR. STEVENSON:  Okay.  I think that --

16  BY MR. STEVENSON:

17     Q.    Is there a general consensus among educators

18  of what secondary school is?

19         MS. McCULLOCH:  Object to the form.

20         THE WITNESS:  I believe educators define

21     schools as elementary, middle or junior highs,

22     secondary or high school.  I believe there is a

23     common understanding of that.

24  BY MR. STEVENSON:

25     Q.    And it's not so common that, you know, for

1    example, the Florida Association of Secondary School

2    principals knows about that?  It's not so common that

3    the Florida legislature knows about that.  It's not so

4    common that Lake County School Board knows about this

5    because they keep on defining secondary schools

6    differently.  Right?

7            MS. McCULLOCH:  Object to the form.

8            THE WITNESS:  I wouldn't say that -- I can't

9        assume that the Florida Association of Secondary --

10       or FASS, I believe, is what you are referring to,

11       defines a secondary school as that.  They're an

12       association who allows administrators at both

13       middle schools and high schools to join their

14       association.

15   BY MR. STEVENSON:

16       Q.   How does your experience lead to the

17   conclusion that middle schools are not secondary

18   schools in Florida?

19       A.   Because statute 1003.01, I believe, talks

20   about schools as organizations for instructional

21   purposes.  And talks about elementary, middle, or

22   junior highs.  Secondary or high schools is one.

23       Q.   Is there any other way that your experience

24   leads to that conclusion?

25            MS. McCULLOCH:  Object to the form.

1            THE WITNESS:  My experience is because of
2      what I have from my training and my background, and
3      what I've experienced in the school setting, the
4      structure of elementary being K-5, middle schools
5      being 6 through 8 is developmentally appropriate,
6      and high schools at secondary are 9 through 12, and
7      then post-secondary is community college, state
8      college or university system.
9  BY MR. STEVENSON:
10     Q.   **Anything else?**
11          MS. McCULLOCH:  Just object to the form.
12          THE WITNESS:  No.
13 BY MR. STEVENSON:
14     Q.   **How is your experience a sufficient basis for**
15 **your opinion that middle schools are not secondary**
16 **schools in Florida?**
17          MS. McCULLOCH:  Object to the form.
18          THE WITNESS:  My experience as an educator at
19     all levels, and the coursework and training that I
20     have had.
21 BY MR. STEVENSON:
22     Q.   **Is that it?**
23          MS. McCULLOCH:  Object to the form.
24          THE WITNESS:  My experience as an
25     administrator in schools, to look at the

1          developmentally appropriateness and the structure

2          that goes into a high school as a secondary school,

3          and middle school as being a separate entity.

4          There are very clear distinctions between both of

5          them.  And that has been my experience in working

6          at those levels.  And there are very clear

7          distinctions between the two.

8    BY MR. STEVENSON:

9          Q.   Does that complete the list?

10         A.   Yes.

11         Q.   Do you believe it's clear to most teachers

12   that a middle school is not a secondary school in the

13   state of Florida?

14              MS. McCULLOCH:  Object to the form.

15              THE WITNESS:  I don't know the answer to

16         that.

17   BY MR. STEVENSON:

18         Q.   Do you believe that most teachers in Florida

19   believe that a middle school is not secondary school?

20              MS. McCULLOCH:  Object to the form.

21              THE WITNESS:  I have not had that

22         conversation with teachers.  We refer to them as

23         middle schools and high schools.

24   BY MR. STEVENSON:

25         Q.   Sure.  Okay.  So you don't know; is that fair

1    to say?

2        A.    Uh-huh.   Yes.

3        Q.    Would it be obvious to someone outside the

4    educational field that a middle school is not a

5    secondary school in the state of Florida?

6            MS. McCULLOCH:   Object to the form.

7            THE WITNESS:   I don't know that anyone

8        outside of the field of education would entertain

9        the word secondary.  They would see middle schools

10       and high schools.

11   BY MR. STEVENSON:

12       Q.    You're employed by the School Board, correct?

13       A.    Yes.

14       Q.    Do you like your job?

15       A.    Yes.

16       Q.    You would like to keep your job?

17           MS. McCULLOCH:   Object to the form.

18           THE WITNESS:   Yes.

19           MR. STEVENSON:   What is the objection?

20           MS. McCULLOCH:   It's irrelevant.

21           MR. STEVENSON:   Goes to bias.

22   BY MR. STEVENSON:

23       Q.    When is your contract up?

24       A.    June 30th, 2015.

25       Q.    What will you do if the School Board decides

1    not to renew your contract?

2              MS. McCULLOCH:  Object to the form.

3    BY MR. STEVENSON:

4         Q.    Have you thought about that?

5         A.    I'm eligible to retire.

6         Q.    Okay.  You agree that your testimony today

7    aligns with the School Board's argument in this case,

8    that Carver Middle School is not a secondary school,

9    right?

10        A.    My opinion is my opinion.

11        Q.    I understand.  But you understand your

12   opinion certainly helps your employer, correct?

13             MS. McCULLOCH:  Object to the form.

14             THE WITNESS:  I am not an attorney, so I

15      don't know what that means.  But --

16   BY MR. STEVENSON:

17        Q.    Do you understand that the School Board has

18   argued in this case that Carver Middle School is not a

19   secondary school?

20        A.    Yes.

21        Q.    Okay.  And the opinion you've given today

22   that middle schools are not secondary schools,

23   certainly is in line with that argument, correct?

24        A.    Yes.

25        Q.    And it certainly helps that argument,

1      correct?

2              MS. McCULLOCH:  Object to the form.

3              THE WITNESS:  I guess.

4              MR. STEVENSON:  Do you mind if we take a few

5      minutes?  Is that all right?  Go off the record.

6              (Break taken at 5:30 P.M.  Resumed at

7      5:44 P.M.)

8              MR. STEVENSON:  Nothing further.  Your turn

9      for redirect.

10                         CROSS EXAMINATION

11     BY MS. McCULLOCH:

12         Q.    Dr. Moxley, my name is Stephanie McCulloch,

13     as you know.  I represent the Lake County School Board.

14     Just a few follow-up questions.

15              I know that you were asked generally what

16     your opinion was based on, and you talked a bit about

17     your experience as an educator over the past several

18     decades.  Particularly you described that you had a

19     course of study that involved child development.  Did

20     that particular course of study involve scientific

21     knowledge?

22         A.    If I remember correctly, yes.

23         Q.    Okay.  And were there distinct principles and

24     methodologies determining proper child development and

25     growth and the things that you described as part of

1    your child development training?

2        A.    Yes.

3        Q.    And are those principles and methodologies an

4    underlying basis in acquiring your experience for the

5    opinions that you gave here today?

6        A.    Yes.

7        Q.    You were also asked generally, you know, what

8    did you look at, or what types of things did you

9    examine in order to form your opinion about whether

10   middle school is a secondary school in the state of

11   Florida.

12            MR. STEVENSON:  Objection.

13   BY MS. McCULLOCH:

14       Q.    You described generally, in general your

15   experience in the schools and review of state statutes

16   and that sort of thing.  Are there any other particular

17   areas of your school experience that you've examined

18   over the years that are relevant and related to your

19   opinions here today?

20            MR. STEVENSON:  Object to the form.

21            THE WITNESS:  I think my experience in

22       working in the distinct levels, and how they're

23       grouped together.  And the grade levels, and the

24       development of those age groups working together,

25       grouping those grade levels has been very -- that's

 1         been impactful to form my opinion.
 2    BY MS. McCULLOCH:
 3         Q.    Can you tell me a little bit more
 4    specifically what you mean by those grade levels?  In
 5    other words, what does that consist of?  We've talked
 6    about facilities here today, we've talked about
 7    curriculum.  Can you kind of go through more
 8    specifically than the general description that you gave
 9    with respect to your experience in different areas of
10    development throughout school?
11             MR. STEVENSON:  Objection to form.
12             THE WITNESS:  Well, for example, the
13         interaction of students at the middle school level
14         is very different than the developmental
15         interactions for the grade groupings of the high
16         school, being 9 through 12.  And then the 6 through
17         8.  And the age appropriateness.
18    BY MS. McCULLOCH:
19         Q.    I am going to stop you one by one and kind of
20    ask you each, with each thing.  The age development and
21    age appropriateness and maturity level that you just
22    described, is that something that is based on
23    scientific terrific knowledge and principles and
24    methodology?  Or is that just your opinion that there's
25    a difference between students at different grade

1    levels?

2       A.   Oh, I -- no, I think developmentally when you

3    look at the age appropriateness and the -- from child

4    development, the groupings of students, I think there's

5    some -- in the child development classes and those

6    kinds of things, yes, there is some information about

7    that.

8       **Q.   Okay.  Is there a significant number of**

9    **research articles and data on child development as far**

10   **as you're aware?**

11      A.   Yes, there are research articles about child

12   development.

13      **Q.   Okay.  Can you describe in particular what**

14   **your opinions related to child development and age**

15   **appropriateness are based upon?**

16      A.   You need to restate that.  I'm sorry.

17      **Q.   Yes.  Can you describe a little bit more**

18   **particularly what types of research or methodology that**

19   **your opinions related to child development are related**

20   **on?**

21         MR. STEVENSON:  Objection object to the form.

22         MS. McCULLOCH:  Related to.  I'm sorry.

23         THE WITNESS:  Well, I think when you look at

24      the development of the students in grades 6 through

25      8, the maturation process, the way students learn

1        is very different from a seven year old, very

2        different from a 15 year old.

3   BY MS. McCULLOCH:

4        Q.    Okay.  And is there some methodology or

5   research out there that you are relying on for that

6   opinion?  Or is that just your opinion?

7        A.    No, that's been through training and our

8   educational courses.

9        Q.    Okay.  Are there any other areas or programs

10  within the school that have played any role in the

11  development of your opinion with respect to secondary

12  schools as you've given it here today?

13       A.    We've had, over the years, training in, say,

14  the middle school concept.  Teaming.  The way students

15  are grouped in a middle school versus a high school.

16  We've had trainings in delivery of -- different

17  delivery methods, attention span.  And that differs

18  from level to level.

19       Q.    Okay.  Have you had any training or

20  experience in different initiatives or grants or high

21  schools versus middle schools versus elementary

22  schools?

23       A.    Restate the items on your list.

24       Q.    Have you had any opportunity or experience,

25  opportunity to review or experience in different

1    initiatives for different levels of schools within the

2    school district, whether they be state initiatives,

3    federal initiatives?

4        A.    Yes.    The fact that when we look at from --

5    even from a guidance structure, guidance at an

6    elementary school is more preventative in looking at

7    interventions for a student's learning.

8            At a middle school it is more geared towards

9    working with students in their social communication and

10   how to problem-solve.

11           And when you look at it on a high school

12   level, it is very geared towards college scholarships,

13   putting together the core sequence for their

14   transcripts, that type of thing.

15       Q.    With respect to your work throughout the

16   educational setting in all of your years and

17   experience, you mentioned different levels that you had

18   been a teacher or an administrator.    And I think that

19   opposing counsel discussed with you that you are

20   currently the superintendent of schools in Lake County.

21   Is that correct?

22       A.    Yes.

23       Q.    As superintendent of the schools, are you

24   responsible for the policies that are presented to the

25   School Board and that sort of thing?

 1      A.    We make recommendations to the School Board

 2  on the policies.

 3      Q.    And as part of your role in reviewing those

 4  policies and making those recommendations, are you

 5  reviewing any state and federal statutes?

 6      A.    Yes.   With each legislative session, when we

 7  get technical assistance papers, they have policy

 8  implications.

 9      Q.    Okay.   When you talk generally about your

10  experience leading to the opinions that you formed here

11  today, was any of your work experience as a

12  superintendent considered in reaching the opinions that

13  you reached?

14          MR. STEVENSON:  Objection to form.

15  BY MS. McCULLOCH:

16      Q.    And let me clear that up, because I objected

17  to his question.  What I mean specifically is:  Do any

18  of your duties as superintendent, any of the

19  information that you learned in performing those

20  duties, was any of that information or experience

21  relevant to your determination of your opinions here

22  today?

23      A.    It's the combination of all my experience.

24      Q.    Including your work and duties as a

25  superintendent?

1          A.    It would be inclusive of everything.

2          Q.    Okay.  Is the School Board paying you any

3     separate amount to be an expert here today?

4          A.    No.

5          Q.    You referenced a definition that was

6     contained within the secondary school redesign act, or

7     was it just called the redesign act?  I'm sorry.

8          A.    I think it was the Florida Secondary Schools

9     Redesign Act.

10         Q.    Okay.  And before that Act was appealed and

11    that definition -- I'm sorry.  That definition was

12    repealed.  Is the other definition that you referenced

13    of schools located in 1001.01, where you defined as

14    elementary school, middle and junior high school, high

15    school or secondary school, and then post-secondary.

16    Was that definition in existence at the same time as

17    the redesign act definition?

18         A.    Yes.  And I believe before.

19         Q.    So the two existed at the same time?

20               MR. STEVENSON:  Object to the form.

21               THE WITNESS:  Yes.

22    BY MS. McCULLOCH:

23         Q.    Was it your understanding that the redesign

24    act's definition of secondary school before it was

25    repealed was limited to that section known as the

1    redesign act?

2        A.    That's the context that I knew it in.

3        Q.    Okay.  And I think you described the purpose

4    as being a transitional program for students in 8th

5    grade moving on to high school?

6        A.    Yes.

7            MS. McCULLOCH:  I don't have any further

8        questions.

9                    REDIRECT EXAMINATION

10    BY MR. STEVENSON:

11        Q.    Would you agree that the Florida legislature

12    dictates the education schools within the district

13    provide a student at various grade levels?

14        A.    Sorry.  Would you say that again?

15        Q.    Absolutely.  Would you agree that the Florida

16    legislature dictates the education schools within the

17    district provide to students at various grade levels?

18            MS. McCULLOCH:  Object to the form.

19            THE WITNESS:  Yes.

20            MR. STEVENSON:  No further questions.

21            MS. McCULLOCH:  We don't have anything

22        further.  We'll read.

23            MR. STEVENSON:  That concludes this

24        deposition.  Thank you.

25            THE REPORTER:  Do you want all of them typed,

1          or some?  Do you want to let me know?

2                MR. STEVENSON:  We're going to let you know.

3                THE REPORTER:  How about yours,

4      Ms. McCulloch?

5                MS. McCULLOCH:  We'll let you know, as well.

6                (This proceeding concluded at 5:56 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              C E R T I F I C A T E   O F   O A T H
 2
 3     STATE OF FLORIDA}
 4     COUNTY OF MARION}
 5              I, COURTNEY L. WEAR, RMR, CRR, FPR, a Notary
 6     Public for the State of Florida and Court Reporter, do
 7     hereby certify that SUSAN MOXLEY personally appeared
 8     before me 10-1-2014 and was first duly sworn.
 9              Signed this day of 10-27-2014.
10
11
12
13
14
15
```



```
               COURTNEY L. WEAR
16             Notary Public-State of Florida
               Comm No:  EE016705
17             Expires:  December 12, 2014
18
       Type Identification Produced: Florida Driver's License
19
20
21
22
23
24
25
```

```
 1                    C E R T I F I C A T E
 2    STATE OF FLORIDA  }
 3    COUNTY OF LAKE    }
 4              I, COURTNEY L. WEAR, a Notary Public for the
 5    State of Florida and Court Reporter, do hereby certify
 6    that I was authorized to and did stenographically
 7    report the foregoing deposition of SUSAN MOXLEY; that a
 8    review of the transcript was requested; and that pages
 9    4 through 76, is a true record of my stenographic
10    notes.
11              I further certify that I am not a relative,
12    employee, or attorney or counsel of any of the parties,
13    nor am I a relative or employee of any of the parties'
14    attorney or counsel connected with the action, nor am I
15    financially interested in the action.
16              Signed this day of 10-27-2014.
17
18
19
20
21
                  COURTNEY L. WEAR
22
23
24
25
```

```
 1                          N O T I C E
 2
      TO:    STEPHANIE McCULLOCH, Esquire
 3           McLIN BURNSED
             100 West Main Street
 4           Leesburg, Florida  34749
                     E-mail: stephm@mclinburnsed.com
 5                   On behalf of Defendants
 6    CASE: CARVER vs. SCHOOL BOARD OF LAKE COUNTY
 7    DATE:  10-27-2014
 8    RE:    Your client's deposition taken on 10-1-2014
 9           This letter is to advise that your client's
      deposition has been typed and is enclosed.
10           It is suggested that the review of this
      transcript be completed within 30 days of your receipt
11    of this letter, as considered reasonable under Federal
      Rules; however, there is no Florida Statute to this
12    regard.
             The original of this transcript has been
13    forwarded to the ordering party and your errata, once
      received, will be forwarded to all ordering parties for
14    inclusion in the transcript.
15
                          Sincerely,
16
17                        Courtney L. Wear
                          CAB Reporting, Inc.
18
      cc:  [courtesy copy all ordering parties]
19
      Waiver:
20
      I,_____, hereby waive the reading
21    & signing of my deposition transcript.
22

      _____    _____
23    SUSAN MOXLEY               Date
24    * Federal Civil Procedure Rule 30(e)
        Florida Civil Procedure Rule 1.130(e)
25
```

```
 1                    ERRATA SHEET
 2      DO NOT WRITE ON TRANSCRIPT -- ENTER CHANGES HERE:
 3  IN RE:       CARVER v. LAKE COUNTY SCHOOL BOARD
 4  CASE NO.:    5:13-cv-00623-WTH-PRL
 5  PAGE NO.:   LINE NO.:  CHANGE:           REASON:
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
        Under penalties of perjury, I declare that I have read
23   my deposition and that it is true and correct subject
     to any changes in form of substance entered here.
24
     DATE:                    _____
25                              SUSAN MOXLEY
```

IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CARVER MIDDLE SCHOOL GAY-
STRAIGHT ALLIANCE, and unin-
Corporate association; and
H.F., a minor by and through
Parent Janine Faughnan,

CASE NO. 5:13-cv-623-Oc-10PRL

        Plaintiffs,

vs.

SCHOOL BOARD OF LAKE COUNTY, FLORIDA,

        Defendants.

_____/

## DEFENDANT, SCHOOL BOARD OF LAKE COUNTY, FLORIDA's, EXPERT WITNESS DISCLOSURE

Defendant, SCHOOL BOARD OF LAKE COUNTY, FLORIDA, pursuant to Federal Rules of Civil Procedures Rule 26(2)(a), hereby provides the following Expert Witness Disclosure as follows:

### RULE 26(a)(2)(B) WITNESSES

Dr. Nguyen's opinions are attached as Exhibit "A".

Dr. Nguyen's curriculum vitae is attached as Exhibit "B".

The other cases in which, during the previous 4 years, Dr. Nguyen has testified as an expert at trial or by deposition are:  K.B. and L.B. v. Florida Home Studies and Adoption.

Dr. Nguyen will be compensated for his time spent providing expert witness testimony in this matter at the rate of $500 per hour.

### RULE 26(a)(2)(C) WITNESSES

(1)    Susan Moxley

    Dr. Moxley is expected to provide facts and opinions to the effect that:

        (a) A middle school is not a secondary school in the State of Florida.

Px
Exhibit
BF
WNS___S. Moxley___
C. Waar. RPR. CRR   10-1-14

(b) The fact that algebra is offered in middle school does not convert a middle school into a secondary school.

(2)     Any expert disclosed by Plaintiffs.

(3)     The Defendant hereby reserves its right to amend this Expert Disclosure.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via e-mail on opposing counsel on this **1st day of July, 2014**:

> /s/ Stephen W. Johnson
> Stephen W. Johnson
> SteveJ@mclinburnsed.com
> Stephanie McCulloch
> StephM@mclinburnsed.com
> McLin Burnsed
> 1000 West Main Street, P.O. Box 491357
> Leesburg, FL 34749
> 352/787-1241
> Counsel for Defendant

Daniel B. Tilley
Florida Bar No. 102882
ACLU Foundation of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
(786) 363-2700
dtilley@aclufl.org

Benjamin James Stevenson
Fla. Bar. No. 598909
ACLU Foundation of Florida
P.O. Box 12723
Pensacola, FL  32591-2723
T. (786) 363-2738
bstevenson@aclufl.org

Leslie Cooper
ACLU Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2627
LCooper@aclu.org



**Forensic Institute**
*Department of Psychiatry*
UNIVERSITY *of* FLORIDA

College of Medicine
Department of Psychiatry

PO Box 100256
Gainesville FL 32610
Phone:  352-265-3284
Fax:     352-265-3285

Re: Carver Middle School Gay Straight Alliance, et.al. v.
School Board of Lake County, Florida

<u>REPORT</u>

Opinion #1: Some middle school students do not fully understand the difference between a student club that is sponsored by the school and a student club that is permitted by the school.

This opinion was formed based upon clinical experience.

No exhibits at this time.

Opinion #2: Middle school students are impressionable enough for it to be reasonable for a School Board to be concerned about the exposure of middle school age students to potentially socially controversial topics in a student club setting.

This opinion was formed based upon clinical experience.

No exhibits at this time.

*[signature]*

Mathew Nguyen, MD
Assistant Professor and Associate Chief
Division of Child and Adolescent Psychiatry

EXHIBIT ___A___

MATHEW NGUYEN, MD
W:   (352) 265-8680
F:    (352) 265-8682
E-mail: mlnguyen@ufl.edu
8491 NW 39th Avenue
Gainesville, FL 32606

## CURRICULUM VITAE

Assistant Professor
Departments of Psychiatry and Pediatrics:
2001- present

DEPARTMENT OF PSYCHIATRY
UNIVERSITY OF FLORIDA, GAINESVILLE, FLORIDA

ACTIVE:

1. *Associate Chief: Division of Child and Adolescent Psychiatry (11/09-present)*
2. *Medical Director: Division of Child and Adolescent Psychiatry (DCAP) Clinical Services (5/08-present)*
3. *Medical Director: Child and Adolescent Psychiatry In patient Unit and Adolescent Psychiatric Partial Hospitalization Program, Shands Vista (7/01-5/03; 1/12-present)*
4. *Medical Director: UF Psychiatry and Psychology at Springhill Health Center(1/13-present)*
5. *Chief: Adult and Child/Adolescent Psychiatry Consultation/ Liaison Services (2/07-present)*
6. *Medical Director and Chief: Eating Disorders Recovery Center (5/13-present)*
7. *Clinic Director: Division of Child and Adolescent Psychiatry (DCAP) Outpatient Clinical Services, Shands Teaching Hospital (7/01-6/05; 3/08-present)*
8. *Director: Child and Adolescent Psychiatry Medical Student Education (5/08-present)*
9. *Medical Director: Childrens' Home Society (2/14-present)*
10. *Faculty, UF Forensic Institute (3/07-present)*
11. *Director: UF Psychiatry Electronic Medical Records (5/10-present)*
12. *Administrator: UF Child and Adolescent Psychiatry Foundation (8/10-present)*
13. *Child and Adolescent Psychiatry Graduate Education Committee (GEC)*
14. *Faculty participation in Florida CARES program*

PREVIOUS:

15. Chief: Adolescent Eating Disorders Recovery Center (12/12-5/13)
16. Acting Co-Chief: Division of Child and Adolescent Psychiatry (5/08-11/09)
17. Director: School Consults Program, DCAP (3/08-7/11)
18. Director, Geriatric Psychiatry, Shands Vista (11/06-1/07)
19. Attending, Child and Adolescent Psychiatry Inpatient Unit: Adolescent Team (7/01-1/07)
20. Attending, Adolescent Dual Diagnosis Program, Shands Vista (7/01-1/07)
21. Chief: Child and Adolescent Psychiatry Consultation/Liaison Service (7/01-8/02, 12/04-6/05)
22. Clinic Director: Outpatient Psychiatric Services, Shands Vista (7/01-6/02)
23. Director: Children's Medical Illness Clinic (7/01-8/02)

PUBLICATIONS

1. Nguyen M and Myers W (2000), The Use of Trazodone for Symptoms of Frontal Lobe Atrophy. *J Am Acad Child Adolesc Psychiatry* 39 (10): 1209-1210
2. Nguyen M and Murphy T (2001), Mirtazapine for Excessive Masturbation in an Adolescent with Autism. *J Am Acad Child Adolesc Psychiatry* 40 (8): 868-869



EXHIBIT

Mathew Nguyen, MD Curriculum Vitae
Page 2

3. Nguyen M and Myers W (2001), In Reply (to a Letter to the Editor to Case Report: Incipient Schizophrenia Presenting as Autocastration), *Psychiatric Services* 52 (9): 1258

4. Nguyen M and Murphy T (2001), Olanzapine and Hypertriglyceridemia. *J Am Acad Child Adolesc Psychiatry* 40 (2): 133

5. Myers W and Nguyen M (2001), Incipient Schizophrenia Presenting as Autocastration, *Psych Services* 52 (5): 685-6

6. Maria B, ed., Murphy T and Nguyen M (2001), Childhood Depression. *Advanced Therapy in Child Neurology*, BC Decker Inc: 388-394

7. Myers W and Nguyen M (2002), Modified Multiple-monitored Electroconvulsive Therapy in a 14 Year-Old Boy. *J Am Acad Child Adolesc Psychiatry* 41 (7): 756-757

8. Brinkmeyer MY, Eyberg SM, Nguyen M, and Adams R. (2004), Family Engagement, Consumer Satisfaction and Treatment Outcome in the New Era of Child and Adolescent In-Patient Psychiatric Care. *Clin Child Psychol Psychiatry* 9: 553-566

9. Sulkowski M, Jordan C and Nguyen M (2009), Current Practices and Future Directions in Psychopharmacological Training and Collaboration in School Psychology. *Canadian J School Psychology* 24 (3): 237-244

10. Shapiro M and Nguyen M (2010), Psychosocial Stress and Abdominal Pain in Adolescents, *Mental Health in Fam Med.* 7 (3): 65-69

11. Nguyen M, Patel S, and Shapiro M (2011), Scheduled Low-Dose Risperidone in Elderly Agitation. *Annals of Long-Term Care: Clinical Care and Aging.* 19 (2):40-43

12. Shapiro M and Nguyen M (2011), Psychological Sequelae of Munchausen's Syndrome by Proxy, *Child Abuse and Neglect.* 35 (2): 87-88

13. Nguyen M, White KA, and Bussing R (2011), Clonidine Extended Release in the Treatment of Attention Deficit Hyperactivity Disorder, *Curr Psychiatry.* 13 (5): 313-315

14. Kise K and Nguyen M (2011), Adult Baby Syndrome and Gender Identity Disorder. *Arch of Sexual Behaviors.* 40 (5): 857-859

15. Nguyen M, Shapiro M, Demetree JM, and White KA (2012), When Non-Epileptic Seizures Fool the Experts: Case Report. *Int J Psychiatry in Medicine.* 42 (3): 333-340

16. Nguyen M, Shapiro M, and Welch S (2012), A Case of Severe Adolescent Obsessive-Compulsive Disorder Treated with Inpatient Hospitalization, Risperidone, and Sertraline. *J Behav Addiction.* 1 (2): 41-5

17. Nguyen M, Shapiro M, and Tharani S (2012), Clinical Utility of Lisdexamphetamine for the Management of Attention Deficit Hyperactivity Disorder. *Clin Medicine Insights: Therapeutics.* 4: 85-95

18. Nguyen M, Shapiro M, and Rahmani M (2012), Zonisamide for Attenuation of Weight Gain in a Morbidly-Obese Adolescent on an Antipsychotic. *J Obesity and Weight Loss Therapy* 2: 134, dio: 10.4172/2165-7904.1000134

19. Ginory A, Chaney-Catchpole, M, Demetree J, Mayol LM, and Nguyen M (2013), Drug Reaction with Eosinophilia and Systemic Symptoms (DRESS) in an Adolescent Treated with Lamotrigine. *J Ped Pharmacology and Therapeutics* 18 (3): 236-240

20. Nguyen M, Pirzada M, and Shapiro M (2013), Zonisamide for Weight Loss in Adolescents. *J Ped Pharmacology and Therapeutics* 18 (4): 311-314

21. Nguyen M, Shapiro M, and Avila J (2013), Obtaining Informed Consent in a 45-year-old Woman with Dissociative Identity Disorder. *Australian and New Zealand J Psychiatry* 47 (11): 1092

22. Paul S, Cooke BK, and Nguyen M (2013), Glossopharyngeal Dystonia Secondary to a Lurasidone-Fluoxetine CYP-3A4 Interaction. Article ID 136194, http://dx.doi.org/10.1155/2013/136194. *Case Reports in Psychiatry*

23. Tharani S and Nguyen M (2013), Trichotillomania in a 7-Year-Old Girl. *Archives of Psychiatry and Psychology* 4: 61-62

Mathew Nguyen, MD Curriculum Vitae
Page 3

24. Rahmani M, Paul S, and Nguyen M (2014), Treatment Refractory Substance-Induced Psychosis in Adolescent Males with Genetic Predisposition to Mental Illness. *Int J Adol Medicine and Health* (in press)

25. Nguyen M, Tharani S, Rahmani M, and Shapiro M (2014), A Review of the Use of Clonidine as a Sleep Aid in Children and Adolescents. *Clin Pediatrics* 53 (3): 207-212

26. Graham N, Ginory A, Mayol-Sabatier L, Pirzada M, and Nguyen M (2014), Hyperprolactinemia in Paliperidone. *Current Psychiatry* (in press)

27. Nguyen M, Ginory A, and Fayad S (abstract) (2014), A Primer on Child and Adolescent Psychiatry Consultation for the Adult Psychiatrist. *European Psychiatry* (in press)

28. Fayad S, Ginory A, and Nguyen M (abstract) (2014), Assessment and Treatment of Psychiatric Symptoms in Patients with Parkinson's Disease. *European Psychiatry* (in press)

29. Rahmani M and Nguyen M (abstract) (2014), Two Cases of Adolescent Males with Severe Psychosis Triggered by Spice. *J Addiction Medicine* (in press)

30. Lewin A and Storch E, ed. Reid AM, Flores C, Olsen B, Barthle M, Rahmani M, Rakhshami AC, Nguyen M, Geffken G and McNamara JPH (2014), Sexual Obsessions OCD in an Adult. *Clinical Handbook of Obsessive-Compulsive and Related Disorders: A Case-Based Approach to Treating Pediatric and Adult Populations* (submitted)

SHANDS HOSPITAL PROTOCOLS
1. Shands Delirium Treatment Protocol: 2012
2. IV Drug Program Taskforce: 2012
3. IRB Protocols
   a. The Use of Weight-Loss Agents in Children and Adolescents Prescribed Psychotropic Medications (2013): PI
   b. Retrospective Analysis of a Combined Psychiatric/Eating Disorder Program for Adolescent Females with Anorexia Nervosa (2013)

EXPERT CONCENSUS PANEL: Florida Medicaid Guidelines
- Florida Medicaid Guidelines for Psychotropic Medications for Children and Adolescents with Emotional Disturbances (9/2010)
- Florida Medicaid Guidelines: The Risks and Benefits of Antidepressants Use among Pre-schoolers, Children and Adolescents: Implications for AHCA Policy (1/2012)
- Florida Medicaid Guidelines for Psychotropic Medications for Children and Adolescents with Emotional Disturbances (9/2012)

GRAND ROUNDS
1. *"Update on ADHD"* 6/24/10: Munroe Regional Hospital
2. *"An Update on ADHD: Diagnosis and Treatment"* UF Department of Pediatrics: 7/9/10
3. *"A Clinical Approach to Treating Depression"* UF Department of Medicine: 7/29/10
4. *"Civil Commitments and Their Application to Internal Medicine"*. UF Department of Medicine: 3/21/11
5. *"Delirium and the Management of Agitated Patients in the Hospital Setting"* UF Department of Medicine: 12/1/11
6. *"Anorexia Nervosa: Evaluation Intervention and Treatment"* UF Department of Psychiatry: 11/30/12
7. *"An Update on Child and Adolescent Psychopharmacology and the Treatment of Common Childhood Mental Illnesses"* UF Department of Pediatrics: 12/19/13

PRESENTATIONS
- ABSTRACTS/POSTERS

1. Tan J, Nguyen M, Levin G, and Murphy T (2000), The Effects of Stimulants Alone Versus Stimulant/Clonidine Combinations on Growth Rates in Children and Adolescents with ADHD: abstract presentation at NCDEU (New Clinical Drug Evaluation Unit)
2. Ginory, A, Chaney-Catchpole, M, Demetree J, Mayol LM, and Nguyen M (2013), Lamotrigine Causing DRESS Syndrome: A Case Report and Review of Treatment for Adolescent Bipolar Disorder at APA (American Psychiatric Association)
3. Shapiro M and Nguyen M (2013), Zonisamide for Weight Loss in Obese Adolescents at 2nd International Conference and Exhibition on Obesity and Weight Management
4. Pirzada M and Nguyen M (2013), Zonisamide for Weight Loss in Adolescents at 7th Biennial Pediatric Obesity Conference
5. Davis A and Nguyen M (2013), A Case Study of Anorexia Nervosa Driven By Religious Sacrifice at 23rd Annual Renfrew Center Foundation Conference
6. Pirzada M, Edmond N, and Nguyen M (2013), When PTSD Becomes a Shared Parent-Child Experience at FMA (Florida Medical Association)
7. Ginory A, Chaney-Catchpole, M, Demetree J, Mayol LM, and Nguyen M (2013), Lamotrigine Causing DRESS Syndrome: A Case Report and Review of Treatment for Adolescent Bipolar Disorder at IPS (Institute on Psychiatric Services)
8. Ginory A, Chaney-Catchpole, M, Demetree J, Mayol LM, and Nguyen M (2013), Drug Reactions with Eosinophilia and Systemic Symptoms (DRESS) in an Adolescent at FMA (Florida Medical Association)
9. Rahmani M and Nguyen M (2014), Two Cases of Adolescent Males with Severe Psychosis Triggered by Spice at ASAM (American Society of Addiction Medicine)
10. Shapiro M and Nguyen M (2014), Recurrence of Conversion Disorder Symptoms in a Successfully Treated 16-Year-Old Female at APS (American Psychosomatic Society)
11. Nguyen M, Ginory A, and Fayad S (2014), A Primer on Child and Adolescent Psychiatry Consultation for the Adult Psychiatrist at EPA (European Psychiatric Association)
12. Fayad S, Ginory A, and Nguyen M (2014), Assessment and Treatment of Psychiatric Symptoms in Patients with Parkinson's Disease at EPA (European Psychiatric Association)
13. Nguyen M and Shapiro M (2014), Managing Therapists' Counter-Transference Towards Families of Anorexic Patients at AFTA (American Family Therapy Academy)
14. Nguyen M and Shapiro M (2014), CBT for the Treatment of Oppositional Defiant Disorder in an Acute Psychiatric Hospitalization at Canadian Association of Cognitive and Behavioural Therapies (CACBT)
15. Shapiro M and Nguyen M (2014), CBT for the Initial Treatment of Non-Psychotic Auditory Hallucinations in a 16-Year-Old Adolescent at Canadian Association of Cognitive and Behavioural Therapies (CACBT)
16. Rahmani M and Nguyen M (2014), Spice-Induce Severe Psychosis in Two Adolescent Males at American College of Osteopathic Pediatricians (ACOP)
17. Shapiro M, Nguyen M, and Rahmani M (2014), Zonisamide for Weight Loss in Two Obese Adolescents Taking Psychotropic Medications at American College of Osteopathic Pediatricians (ACOP)
18. Nguyen M, Rahmani M, and Shapiro M (2014), Using Clonidine for Insomnia in the Child and Adolescent Population at American College of Osteopathic Pediatricians (ACOP)

* LECTURES
1. *"Attention Deficit Hyperactivity Disorder and its Comorbidities: Diagnosis and Treatment"* UF Pediatric After-Hours: 4/15/10

2. *"Depression and Mood Disorders in Children and Adolescents"* UF Pediatric After-Hours: 11/10/10
3. *"Bipolar Disorder in Children: Diagnostic Pitfalls"* UF Pediatrics After-Hours: 3/24/11
4. *"Psychiatry Comorbidities in Inpatient Pediatric Patients"* UF Pediatric Hospitalists: 7/26/11
5. *"Best Practice Parameters: Depression and ADHD in Children and Adolescents"* UF Pediatrics After-Hours: 8/12/11
6. *"Agitation Control in the PICU:"* UF Department of Pediatrics, Pediatric Critical Care Medicine: 12/14/11
7. *"Identifying Eating Disorders:"* Nemours Hospital (Orlando): 11/18/13
8. *"The Treatment of Anorexia Nervosa for Primary Care:"* All Children's Hospital: 5/8/14
9. *"Prescribing Psychotropic Medication to the Child and Adolescent Population"* CME Course

- NATIONAL PRESENTATIONS
  1. *"Eating Disorders: From Latency to Geriatrics"* Capital Medical Society: 5/21/13
  2. *"An Update on Antidepressants"* 44th Annual UF Topics in Internal Medicine: 9/21/13
  3. *"Eating Disorders-On the Road to Recovery"* AACAP (American Academy of Child and Adolescent Psychiatry) Clinical Practicum-Practicum Chair: 10/22/13
  4. *"Depression and Anorexia: a Dual Diagnosis Approach to Inpatient Adolescent Eating Disorders Treatment"* IAEDP (Internal Association of Eating Disorders): 3/1/14
  5. *"Assessing, Conceptualizing, and Treating Adolescents with Eating Disorders in a Multidisciplinary Approach; a Discussion of Family Dynamics, Environmental Factors, and Genetic Influences"* SAHM (Society for Adolescent Health and Medicine): 3/23/14

- EDITORIALS
  1. *"Autism and Mental Illness"* Health News Florida Public Radio: 12/19/12
  2. *"How to Talk to Children When Tragedy Strikes"* Gainesville Sun: 12/23/12
  3. *"Stopping Kids from Being Bullied On-Line"* Gainesville Sun Editorial: 4/1/13
  4. *"Sexting, Youth, and the Law"* Gainesville Sun Editorial: 5/19/13
  5. *"Side Effects and Addiction Show This Spice is Not Nice"* Gainesville Sun Editorial: 7/29/13
  6. *"Frightening Trend"* Gainesville Sun Editorial: 8/5/13
  7. *"Back to School is Time to Look for Eating Disorders"* Gainesville Sun Editorial: 9/8/13
  8. *"Back to School Jitters, Or Is It More?"* Gainesville Sun Editorial: 10/6/13
  9. *"Self-Injury is a Child's Cry for Help."* Gainesville Sun Editorial: 12/23/13

HONORS and AWARDS
- AACAP Pfizer Outstanding Resident in Child and Adolescent Psychiatry: 2001
- William Rufkin Outstanding Teacher Award: Resident Education: 2007
- UF College of Medicine Exemplary Teaching Award: 2008
- America's Top Psychiatrists: 2009
- Carlos E. Muniz, MD Mentoring Award: 2009

MEDICAL EDUCATION
Teaching/Clinical Supervision:
Medical Students:
1. Course Director: MS-4 Child and Adolescent Psychiatry Elective (2008-2013)
2. Course Director: MS-4 Psychiatry Consultation/Liaison Elective (2010-2014)
3. Medical Student supervision on Psychiatry clerkship rotations (2001-present)

4. EPC (Essentials of Patient Care) MS-1 Small Group Leader (2001-2004)
5. Human Behavior MS-1 Small Group Leader (2001-2004)

Residents/Fellows:
1. Psychotherapy supervision of PGY-2s (2001-2010)
2. Individual supervision of PGY-1, PGY-2 and PGY-4 adult residents, 1st and 2nd year Child Fellows (2001-present)
3. Leader, Psychodynamic Formulation Case Conference Series
4. Co-leader, Child and Adolescent Psychiatry Case Conference Series
5. Inpatient Multidisciplinary Trainees Case Conference Series
6. Supervision of Forensic Fellows

Didactic Seminars:
Medical Students:
1. Introduction to Child and Adolescent Psychiatry (medical student): (2001-2004)
2. Eating Disorders (medical student): (2001-2004)
3. Psychiatric Illnesses of Childhood: (physician assistant program): (2001-2004)

Residents:
1. Psychiatry C/L Lecture Series (PGY-1): (2007-2010)
   a. Psychiatric Emergencies
   b. Psychiatric Sequelae of Medical Illnesses
   c. Delirium/Dementia and the Treatment of Agitation and Aggression
   d. The Use of Chemical Restraints and Emergency Sedation
   e. Suicide Assessments and Civil Commitment
   f. Capacity Evaluations
2. PRITE Review: Adult Residency: (2007-2010)
3. Introduction to Child and Adolescent Psychiatry (PGY-2 lecture series): (2001-present)
   a. Pediatric Psychiatric Emergencies and the Pharmacological Management of Aggression
   b. Pediatric Psychopharmacology Series
   c. Complementary and Alternative Medicines
   d. Diagnosis and Treatment of Developmental Delays
   e. Co-leader of child psychiatry case conference series
   f. Developmental Theorists: An Overview
   g. The Disruptive Child
   h. Therapy and Kids
4. Psychiatry C/L Lecture Series (PGY-3-4): (2007-2010)
   a. The Dynamics of Eating Disorders
   b. Somatoform Disorders
   c. Case Conference
5. Pediatric Residents (2001-present)
   a. Introduction to Pediatric Psychopharmacology
   b. Differential Diagnosis of Aggression in Children
   c. Inattention and Distractibility: ADHD, Mood, and Anxiety Disorders in Children (pediatric residents)
6. Civil Commitments: Emergency Department residency

Child and Adolescent Psychiatry Fellows: (2001-present)
1. Child and Adolescent Psychiatry Board Review Seminar
2. Transcultural Psychiatry: A Look at the Asian Community: Beliefs, Practices, and Barriers to Mental Health
3. Pharmacokinetics and Pharmacodynamics: Medication Management in the Asian Population
4. Civil Commitment in the Child and Adolescent Population

Mathew Nguyen, MD Curriculum Vitae
Page 7

     5.  Mock Oral Examinations
     6.  Lecture Series:
          a.  Developmental Theorists
          b.  Pediatric Psychopharmacology
          c.  Family Therapy
          d.  Therapy Modalities for Adolescents
          e.  Child and Adolescent Psychiatry Consultation
          f.  Child Forensics Psychiatry

## RESEARCH

1. Child Focused Center: Children's Miracle Network Award: 2002
2. Project Director and UF Principal Investigator: Telephone Pediatric Consultation Pilot Project (8/10-present)
3. Co-Principal Investigator: Using Emergency Departments to Keep Youth Safe (ED-KEYS)
4. The Use of Weight Loss Agents in Children and Adolescents Prescribed Psychotropic Medications

## CLINICAL TRIALS

Sub-investigator in clinical trials performed at UF:

1. A Multicenter, 10-week, Randomized, Double-Blind Study of Sertraline and Placebo in Children and Adolescents with Post-Traumatic Stress Disorder
2. A Double-Blind Fixed Dose Comparison of the Safety and Efficacy of Escitalopram and Placebo in the Treatment of Pediatric Depression.
3. A Phase III, Randomized, Multi-Center, Double-Blind, Parallel-Group, Placebo-Controlled Safety and Efficacy Study of SPD503 in Children and Adolescents Aged 6-17 with Attention Deficit Hyperactivity Disorder (ADHD)
4. SHIRE SPD503-303: A Phase III, Open-Label Study of SPD503 in Children and Adolescents (aged 6-17) with Attention Deficit Hyperactivity Disorder
5. A Randomized, Multicenter, 10-week, Double-Blind, Placebo-Controlled, Flexible-Dose Study to Evaluate the Efficacy and Safety of Paroxetine in Children and Adolescents with Obsessive-Compulsive Disorder
6. A Multicenter Study to Assess the Pharmacokinetics of Paroxetine Following Repeat Dose Administration in Children and Adolescents with Obsessive-Compulsive Disorder and/or Depression
7. An Open-Label Study to Assess the Safety and Tolerability of Xanax XR in the Treatment of Adolescents with Panic Disorder or Anxiety with Panic Attacks
8. A Randomized Double-Blind Placebo-Controlled Study of Continuation Treatment with Xanax XR Treatment of Adolescents with the Primary Diagnosis of Panic Disorder
9. A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of Two Fixed Oral Doses of Aripiprazole (10mg or 30mg) in the Treatment of Adolescent Patients with Schizophrenia
10. Six Week, Double-Blind, Placebo Controlled Phase III Trial Evaluating The Efficacy, Safety And Pharmacokinetics Of Flexible Doses Of Oral Ziprasidone In Adolescent Subjects With Schizophrenia
11. Otsuka Study: An Open-label, Multi-center, Two Phase, Sequential Design, Single and Multiple Dose Study to Assess the Safety, Tolerability, and Pharmacokinetic Profile of Extended Release Once-weekly Oral Formulation of Aripiprazole Administered to Children and Adolescents with Tourette's Disorder
12. BVF-018-201: A Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Efficacy and Safety of Tetrabenazine MR in Subjects Aged 5 up to 17 years with Tourette's Syndrome

## EDUCATION

1999-2001     FELLOWSHIP: DEPARTMENT OF PSYCHIATRY
DIVISION OF CHILD AND ADOLESCENTS

UNIVERSITY OF FLORIDA, GAINESVILLE, FLORIDA

Clinical Experience/Training Sites:
Shands Teaching Hospital
1.  Children's Mental Health Unit (CMHU): long-term inpatient Autism/Pervasive Development Disorders (PDD) facility
2.  Outpatient clinic focus: ADHD, Tourettes/OCD children's clinic, PDD clinic, pediatric neurology, and adult anxiety specialty clinic
3.  Emphasis on CBT and long-term psychodynamic psychotherapy with adolescent patients
Shands Vista Psychiatric Hospital
Meridian Behavioral Health Community Clinic

Academic/Administrative Experience:
Chief Fellow (2000-2001)
Junior Attending serving in a supervisory role for medical students, adult psychiatry interns, residents, and child fellows on the in-patient child and adolescent psychiatry unit
Junior Attending serving in a supervisory and administrative role in the child and adolescent outpatient clinic
Graduate Education Committee (GEC) representing the Division of Child and Adolescent Psychiatry
Residency Review Committee (RRC)
Co-coordination, co-leader, and planning of the Child Psychiatry lecture series for 2nd year adult psychiatry residents
Establishment of new programs within the Division of Child and Adolescent Psychiatry
1.  Pervasive Developmental Disorders Clinic
2.  Consultation/Liaison to the pediatrics adolescent clinic, providing didactic teaching and supervision to general pediatric residents and medical students
3.  Establishment and coordination of Child Psychiatry lecture series for general pediatrics residency
4.  Child Psychiatry/Child Psychology case conference series
5.  Establishment and co-ordination of Child Fellow On-call Back-up to 2nd year adult psychiatry residents in the ER

Awards:
AACAP Pfizer Grant, Outstanding Child and Adolescent Psychiatry Fellow, 1999

Moonlighting:
Malcolm Randall Memorial Veterans Hospital, Gainesville, Florida: moonlighting coordinator
Psychiatric Crisis Stabilization Unit, Ocala, Florida
Psychiatric Crisis Stabilization Unit, Gainesville, Florida
Shands at Vista: Adult and Child/Adolescent Psychiatry Inpatient Units

1997-1999     RESIDENT PHYSICIAN: DEPARTMENT OF PSYCHIATRY
GEORGETOWN UNIVERSITY MEDICAL CENTER (GUMC), WASHINGTON DC
Georgetown University Hospital
1.  Focus on adult anxiety disorders with an emphasis on psychopharmacology and cognitive-behavioral therapy
2.  Geriatric psychiatry specialty clinic
Veterans Hospital, Washington DC
Arlington County Community Clinic
Moonlighting:
Veterans Hospital, Washington DC
Crownsville State Hospital, Crownsville, Maryland

Mathew Nguyen, MD Curriculum Vitae
Page 9

1996-1997   INTERNSHIP: DEPARTMENT OF PSYCHIATRY
BAYLOR COLLEGE OF MEDICINE, HOUSTON, TEXAS
Ben Taub General Hospital
1. Focus on acute psychiatric stabilization/ER evaluation of inner city, indigent patients, with a 10-bed ER psychiatric facility
2. Over 800 ER psychiatric evaluations over a 6-month period during internship
Quentin Mease Community Psychiatric Hospital
Veterans Affairs Medical Center, Houston, Texas
Special recognition: medical student teaching and training (1997)

1992-1996   DOCTOR OF MEDICINE
UNIVERSITY OF TEXAS: HEALTH SCIENCE CENTER, SAN ANTONIO
Texas Legislative Merit Scholarship: 1992

1988-1992   BACHELOR OF SCIENCE: CHEMISTRY AND BIOLOGY (double major)
UNIVERSITY OF HOUSTON: UNIVERSITY PARK
Summa Cum Laude, graduate of Honors Program
Awards:
1. Outstanding First Year Honors Student, Honors Program, 1988-1989
2. Eby N. McElrath Award for the Outstanding Freshman in Chemistry of 1988-1989
3. Shell Foundation Undergraduate Scholarship for the Outstanding Chemistry Major of 1988-1989, 1989-1990, 1990-1991
4. G.W. Drake Outstanding Junior Award for 1990-1991
5. IWECO Excellence Award for the Outstanding Chemistry Major of 1991-1992
6. Dean's List eight semesters

BOARD ELIGIBILITY
Adult Psychiatry: Board Certified, 51049
Child and Adolescent Psychiatry: Board Certified, 5463

ORGANIZATIONAL AFFILIATIONS

American Medical Association (expired)
American Psychiatric Association (expired)
American Academy of Child and Adolescent Psychiatry (active)
North and Central Florida Child and Adolescent Regional Council of AACAP (NORCEF):
Chair, Appropriations Committee
Anxiety Disorders Association of America (active)
Washington Psychiatric Society (expired)
Florida Psychiatric Society (expired)

LICENSURE
Virginia (expired)
Maryland (expired)
Florida ME 80496 (active)

US CITIZENSHIP

INTERESTS
tennis, photography, traveling, and hiking

REFERENCES
Regina Bussing, MD
Research Chief
Division of Child and Adolescent Psychiatry
PO Box 100234

Mathew Nguyen, MD Curriculum Vitae
Page 10

Gainesville, FL 32610-0234
rbussing@ufl.edu
(352) 294-5193: office
(352) 846-1455: fax

Daniel Tucker, MD
Chief, Division of Child and Adolescent Psychiatry
PO Box 100234
Gainesville, FL 32610-0234
dantucker@ufl.edu
(352) 294-5193: office
(352) 846-1455: fax

Kimberly A White, MD
Child Psychiatry Program Director
PO Box 100234
Gainesville, FL 32610-0234
kimwhite@ufl.edu
(352) 294-5193: office
(352) 846-1455: fax

ADDITIONAL REFERENCES AVAILABLE UPON REQUEST