UNITED STATES DISTRICT COURT

MIDDLE DISTRICT O FLORIDA

OCALA DIVISION

CASE NO.:  5:13-cv-00623-WTH-PRL


CARVER MIDDLE SCHOOL GAY-STRAIGHT
ALLIANCE et al,

          Plaintiffs,

vs.

SCHOOL BOARD OF LAKE COUNTY,
FLORIDA,


          Defendant.


| | |
|---|---|
| DEPOSITION OF: | MG |
| | Taken on behalf of Defendant |
| DATE: | TUESDAY, SEPTEMBER 30, 2014 |
| TIME: | 3:39 P.M. - 4:03 P.M. |
| LOCATION: | 1000 WEST MAIN STREET |
| | LEESBURG, FLORIDA |
| | |
| REPORTER: | Courtney L. Wear, RMR, CRR, FPR |
| | Court Reporter |
| | Reported by Stenographic Means |


CAB REPORTING, INC.

Post Office Box 1684

Ocala, Florida  34478

(352) 401-0080

A P P E A R A N C E S

STEPHANIE McCULLOCH, Esquire
McLIN BURNSED
100 West Main Street
Leesburg, Florida  34749
    E-mail: stephm@mclinburnsed.com
    On behalf of Defendants


DANIEL B. TILLEY, Esquire
ACLU FOUNDATION OF FLORIDA
4500 Biscayne Boulevard, Suite 340
Miami, Florida 33137
    E-mail:  dtilley@aclufl.org
    On behalf of the Plaintiffs



BENJAMIN JAMES STEVENSON, Esquire
ACLU FOUNDATION OF FLORIDA
P.O. Box 12723
Pensacola, Florida 32591
    E-mail:  bstevenson@aclufl.org
    On behalf of the Plaintiffs



ALSO PRESENT:
    Nancy Gielow


      *    *    *    *    *    *

I N D E X

TESTIMONY OF MG                                            PAGE


Direct Examination by Ms. McCulloch..............4
Cross-Examination by Mr. Tilley..................23
Redirect Examination by Ms. McCulloch............24


Certificate of Oath .............................27
Reporter's Certificate ..........................28

*      *      *      *      *      *


(NO EXHIBITS MARKED)

```
1              P R O C E E D I N G S
2          THE REPORTER:  Raise your right hand.
3          Do you swear the testimony you're about to
4      give will be the truth, the whole truth, and
5      nothing but the truth?
6          THE WITNESS:  Yes, I do.
7  Whereupon,
8                    MG,
9   a witness herein having been first duly sworn, was
10         examined and testified as follows:
11                 DIRECT EXAMINATION
12 BY MS. McCULLOCH:
13     Q.   Could you tell us your name, please?
14     A.   MG.
15     Q.   Mg, you can put your hand down.  It's okay.
16     A.   Okay.
17     Q.   My name's Stephanie McCulloch, I represent
18 the School Board of Lake County.  And we're involved in
19 a lawsuit brought on behalf of the student at
20 Carver Middle School, and her mother.  And the
21 Gay-Straight Alliance that attempted to form a club at
22 Carver Middle School.
23          I am going to assume that you've never had a
24 deposition taken before?
25     A.   No.
```

1      Q.   Okay.  Basically I am going to be asking you

2  a series of questions, and you did swear to tell the

3  truth.  Do you know the difference between the truth

4  and a lie?

5      A.   Uh-huh.

6      Q.   Okay.  Can you say yes or no out loud?

7      A.   Oh.  Yes.

8      Q.   Okay.  That's one of the rules of the

9  deposition.  If I ask you a question that calls for a

10  yes or a no, if you can try to remember to say yes or

11  no, versus nodding or shaking like we all do, that way

12  that lady knows if you meant yes or no when you nodded.

13  Okay?

14      A.   Okay.

15      Q.   And I am going to be asking you some

16  questions today about Carver Middle School and your

17  attendance at Carver Middle School and some of the

18  students that you went to school with there, and the

19  Gay-Straight Alliance.

20      If I ask you a question that you don't

21  understand, just let me know and I will be happy to ask

22  it a different way so that you can understand it.

23  Sometimes lawyers talk too much, and too long, which is

24  why we've been here late.  So I am going to try to get

25  you out of here quickly.

1      If you need to take a break for any reason,
2  let me know, but I don't anticipate we'll be here very
3  long.  Okay?
4      A.   Yes.
5      Q.   Okay.  Your mom's here with you today?
6      A.   Yes.
7      Q.   Are you currently a student at Carver Middle
8  School?
9      A.   No.  I go to Leesburg High School.
10      Q.   Okay.  What grade are you in Leesburg High
11  School?
12      A.   9th.
13      Q.   Did you go to 8th grade at Carver Middle
14  School?
15      A.   Yes, I went all three years.
16      Q.   Okay.  During the 2012/'13 school year, which
17  would have been your 7th grade school year -- well, let
18  me back up a little bit.  Do you know BNS?
19      A.   Yes.
20      Q.   Was she a student at school with you?
21      A.   I believe so.
22      Q.   Was she in your class or was she in a
23  different grade?
24      A.   No.  I believe she was in a different grade.
25      Q.   Was she ahead or behind you at school?

1     A.    I believe ahead.

2     Q.    Okay.  How did you get to know BNS?

3     A.    I didn't really know BNS, I just had heard

4  that she wanted to start the GSA.

5     Q.    Okay.  And was that during your 7th grade

6  year?

7     A.    Yes, it was.

8     Q.    Okay.  And when she tried to start the GSA,

9  what was your understanding of what the GSA was?

10    A.    I just heard that they were going to talk

11 about topics such as bullying.  And I believe equality

12 for gay students, and also straight students.

13    Q.    Okay.  Did BNS talk to you at all about

14 joining the club?

15    A.    No.

16    Q.    Did you ever request to join the club?

17    A.    What do you mean "request".

18    Q.    Well, did you ever talk to BNS about what you

19 needed to do to join the club?

20    A.    No.

21    Q.    Okay.  Did you ever ask any of the teachers

22 or anybody at school how you could join the club, if it

23 was formed?

24    A.    No.

25    Q.    Did you want to join the club, if it was

1    formed?

2         A.    I wanted to like see what it was about.  And

3    I heard that some of my friends were going.  So I was

4    just like, I'll go.

5         Q.    Okay.  Which one of your friends were going?

6         A.    My friend C.

7         Q.    What's C's last name?

8         A.    CM.

9         Q.    CM.  Who was your other friend that wanted

10   you to go?

11        A.    I don't remember who else went.  I was

12   friends with mostly everybody.  So the people that I

13   knew were going there, so I was just like, I am just

14   going to come.

15        Q.    Okay.  Do you know how many people went to

16   the meetings?  I know there were only a few meetings.

17        A.    10 or 12.

18        Q.    Okay.  Were there any teachers there?

19        A.    Yes.  There were, I believe, three teachers.

20        Q.    Do you remember who the teachers were?

21        A.    Ms. Jablonski.  Ms. Smith.  And I don't

22   remember who the third teacher was.

23             MS. GIELOW:  Candio (phonetic).

24             THE WITNESS:  Oh, yes.

25             MS. McCULLOCH:  Ma'am, I appreciate that you

```
 1      remember who they were, but if you can just let him
 2      answer the questions.  If he doesn't remember, it's
 3      okay.
 4 BY MS. McCULLOCH:
 5      Q.   What kinds of things -- did you go to all
 6 three meetings, or --
 7      A.   I don't believe so.  I don't remember how
 8 many I went to.
 9      Q.   Okay.  This would have been during your
10 7th grade year, right?
11      A.   Yes.
12      Q.   You went to at least one meeting, though?
13      A.   Yes.
14      Q.   Did you stay the whole time?
15      A.   I only made like the last part of the
16 meeting.
17      Q.   Okay.  And you don't remember if you went to
18 any others?
19      A.   I believe I went to two, but I am not a
20 hundred percent sure.
21      Q.   What kinds of things did you guys do at the
22 meetings?
23      A.   We had food.  And then we would talk about
24 some people's experiences with bullying in the school.
25 And it wasn't only like gay people's side of bullying,
```

1     there were also straight kids who got bullied.  And we

2     just talked about how the bullying was, and how to try

3     and stop it.

4          **Q.   Okay.  Do you remember who the straight kids**

5     **were who said they had been bullied?**

6          A.   I believe there was only -- I am not really

7     sure how many straight people there were in the club.

8     But I don't remember the kid's name, because there was

9     one that I remember who was talking about how he had

10    gotten physically bullied by one kid for no reason.

11    And the school did nothing about it.

12         **Q.   And do you recall whether this student was**

13    **straight?**

14         A.   I believe he was.

15         **Q.   Were most of the kids that were in the club,**

16    **were they either gay, bisexual, lesbian or**

17    **transgendered?**

18         A.   I believe all of them are straight except

19    BNS.

20         **Q.   Okay.  Did anyone else talk about any**

21    **bullying issues?**

22         A.   I didn't -- I wasn't there the entire time,

23    so I couldn't hear everything.  And I only made like

24    the last part of it, so I didn't get to hear

25    everybody's stories.  Just a few people.

1      **Q.**    **What about at the next meeting?**

2      A.    The next meeting, I came in really late.

3  There were only like five minutes left.  And we were

4  just like talking about -- it had nothing to do with

5  like bullying or anything, it was just we were

6  talking -- oh, it was about the Nick News, and how they

7  were going to be on the Nick News thing.

8      **Q.**    **Who was going to be on Nick News?**

9      A.    They gave us these sheets to get permission

10  to be filmed, because Nick News wanted to cover the

11  story on the GSA.

12      **Q.**    **Okay.  Did your mom give you permission?**

13      A.    No.

14      **Q.**    **Did your mom ever tell you that you weren't**

15  **allowed to go to the club?**

16      A.    She told me after the club was over, like --

17      **Q.**    **Like at the end of the school year?**

18      A.    Yeah.

19      **Q.**    **The first time, in 7th grade, or --**

20      A.    I believe there were only a few meetings, and

21  I believe it was around the end of the school year.

22  And after all the meetings were through, she told me,

23  like, don't go to the club.

24      **Q.**    **Okay.  And did your mom say why she didn't**

25  **want you going to the club?**

1      A.    She, like, is against gay rights and stuff

2   like that.

3      Q.    **Okay.  Did you ever report any incident of**

4   **bullying that happened to you?**

5      A.    At Carver?

6      Q.    **Yes.**

7      A.    Yes.

8      Q.    **When was that?  Was that something that you**

9   **talked about at the meeting, or --**

10      A.    I didn't really talk much about it.  But I've

11   had lots of incidents at Carver that I reported, and

12   only a few of them have been taken care of.

13      Q.    **What kind of incidents did you report?**

14      A.    There was one kid who grabbed me and pushed

15   me up against the lockers and said really mean things

16   to me.  And they suspended him.

17            But then there were lots of other people who

18   just said really mean things to my face.  And I tried

19   to talk to the people at the school, and nothing really

20   happened.

21      Q.    **Who did you talk to at the school?**

22      A.    The guidance counselors, or the principals.

23      Q.    **Okay.  What kinds of mean things -- was it**

24   **the same person over and over, or was it one different**

25   **person each time?**

1       A.     There were a few people who would do it
2   almost every single day.  And then there were lots of
3   other people who I didn't know who would just come up
4   and say things.
5       Q.     Okay.  Was this before or after you went to
6   the GSA meetings?
7       A.     Before I went to the GSA meetings it was
8   really -- like bullying was really, really bad.  But
9   after the GSA meetings, and then my 8th grade year,
10  like I wasn't really bullied my 8th grade year.
11      Q.     Okay.  So you didn't have any issues last
12  year?
13      A.     (Witness shaking head.)
14      Q.     But 7th grade you did?
15      A.     Before the GSA.
16      Q.     Did you report any of those incidents to
17  anyone at the GSA, at the meetings?
18      A.     I don't believe I did.  I don't believe I
19  told anybody at the --
20      Q.     Did you tell any teachers other than the
21  guidance counselor?
22      A.     Yes.
23      Q.     Who did you tell?
24      A.     Ms. Perdomo (phonetic) was one of them.  And
25  Ms. Smith.

1       Q.    Okay.   And Ms. Smith was part of the GSA,

2  too, or at least attended the meetings?

3       A.    Yes.

4       Q.    But you told her outside of a GSA meeting,

5  you didn't tell her during the meeting?

6       A.    There was like a few times where something

7  would happen or somebody would say something to me, and

8  it would really affect me.   And I would just like talk

9  to her, and she would get that taken care of.

10      Q.    Okay.   What kinds of stuff were people saying

11 to you?

12      A.    Some people called me a faggot.   And some

13 people just said, like -- trying to think.   Just like

14 derogatory names that they would use against gay

15 people.   And then some people would say things about my

16 dad.   And then some people would just like make fun of

17 me for dumb reasons.

18      Q.    Okay.   What about your dad?   Did it have

19 anything to do with LGBT-type issues?

20      A.    No.   My dad had passed away, and --

21      Q.    Oh.   I'm sorry to hear that.

22      A.    And they would just like say stuff about

23 that.   And at the time it really hurt, because he

24 passed away when I was in 7th grade.

25      Q.    I'm sorry to hear that.

1      So sometimes they called you a name that was
2  derogatory towards gay people, but sometimes it didn't
3  have anything to do with that?
4      A.   Uh-huh.
5      Q.   Yes?
6      A.   Yes.
7      Q.   Okay.   Sorry.   If you can remember that, it's
8  just when we read it, it will be on paper and we won't
9  know if you went yes or no (indicating).   It will just
10  say head nod.
11      A.   Okay.
12      Q.   Are you aware of any sort of anti-bullying
13  reporting system at the school, at Carver Middle
14  School, back then?
15      A.   There was a bully box in the guidance office,
16  and there were these forms where you would fill them
17  out and put them in the bully box.   And it was
18  anonymous.   But it was right in front of everybody.
19  And one of my friends, somebody had said something to
20  her because she was Latin, and she filled it out and
21  put it in the bully box, and nothing happened.   And the
22  bullying kept continuing.
23      Q.   Do you know firsthand what the principal or
24  the administrators do when they open the box and see,
25  do you know what they do after that?

1    A.    No, not really.

2    Q.    Okay.  Did you ever put anything in the box?

3    A.    There was one time where these girls were

4    messing with me and my friend at lunch, and we filled

5    one out and we put it in the bully box.  And the

6    principal said that we were being untrue, and nothing

7    happened about it.

8    Q.    Okay.  What were the girls doing to you in

9    the lunchroom?

10    A.    They were like saying that we were going to

11    hell.  And they were just making fun of me and my best

12    friend.  And it was at lunch.  And then we had the next

13    period together.  And we were just like, can we get the

14    forms, fill them out and put them in the box?  Our

15    teacher was like, that's okay.  And we were filling

16    them out together, and we turned it in.  And then we

17    got called in, and they were like, oh, you're being

18    untrue about this.  And we had people who saw what

19    happened.

20    Q.    I mean, were they just, you know, fighting

21    with you and being mean and nasty?  Or did it have

22    anything to do with LGBT-type issues?

23    A.    They were just being mean and nasty.

24    Q.    Okay.  Were you saying anything to them back?

25    A.    I didn't, but my friend did.

```
 1        Q.    Was he saying anything mean and nasty back?
 2        A.    No, she didn't.
 3        Q.    She?
 4        A.    Uh-huh.
 5        Q.    Okay.  Who was your friend?
 6        A.    CM.
 7        Q.    Okay.  Did you ever get disciplined during
 8   your 7th grade year?
 9        A.    In school?
10        Q.    Yes.
11        A.    I don't believe so.  I believe 7th grade year
12   was one of my really good years.
13        Q.    Okay.  How about 8th grade?
14        A.    8th grade, I got like -- I got suspended one
15   time, and then I believe I got a referral or two.
16        Q.    Okay.  Were any of those referrals or the
17   suspension related to any of the incidents we talked
18   about?
19        A.    Uh-huh.
20        Q.    Yes?
21        A.    There was one kid who had bullied me for two
22   years.  And he called me a faggot and gay and
23   everything in that book.  And he like jumped in my
24   face, because he had thrown things at me, he had pushed
25   my binder on the ground, he liked picked up a desk and
```

M. G.  Carver Middle School Gay-Straight Alliance, et al v. School Board of Lake County, Florida  September 30, 2014

Page 18

1 said he was going to throw it at me.  And he jumped in

2 my face and I slapped him.  And I got suspended for

3 that.

4   Q. Okay.  Did he get any discipline for it, too?

5   A. I believe he got switched out of the class.

6   Q. What is that student's name, do you know?

7   A. T -- I just remember it's like T.

8   Q. What teacher was that?

9   A. Mr. Hutchins.

10   Q. During your 8th grade school year, did

11 anybody talk to you about forming a GSA?

12   A. No.  I didn't know that they were starting a

13 GSA.  I thought that it was just so weird because BNS

14 had gone, and I didn't know that they were starting

15 one.

16   Q. Do you know a student named HF?  Sorry, is

17 it --

18   A. Yes.

19   Q. HF.  How do you know HF?

20   A. She's my best friend since 4th grade.

21   Q. Okay.  Did HF ever talk to you about forming

22 a GSA in your 8th grade year?

23   A. No.  I barely talk to HF in 9th grade now.

24   Q. Okay.  Did you ever talk to anybody at the

25 school about any bullying issues based on LGBT issues?

1    Do you know what I mean when I say LGBT?

2         A.    Uh-huh.

3         Q.    Okay.

4              MS. GIELOW:   What's that?  Sorry.

5    BY MS. McCULLOCH:

6         Q.    Lesbian, gay, bisexual, transgender.

7         A.    What do you mean by asking that?

8         Q.    What I mean is like similar to what you

9    talked about your 7th grade year, you said that people

10   may have called you names and stuff based on derogatory

11   terms about sexuality.

12              Were there ever any conversations, either

13   with other students or with teachers, during your 8th

14   grade year about those types of situations?

15        A.    Not really.  Like 8th grade year was -- I

16   barely got bullied that year.

17        Q.    Okay.  And were there ever any incidents that

18   you believe were related to some LGBT issue in your 8th

19   grade year?

20        A.    With me, or within the school?

21        Q.    With you.

22        A.    No.

23        Q.    And did you ever have any conversations with

24   any other students about those types of issues in the

25   school during your 8th grade year?

```
 1        A.    There was one girl who came to me, and she
 2   like told me that she was lesbian, or whatever, and she
 3   was getting bullied for it.  And she just like told me
 4   that.  And I was like, well, don't listen to those
 5   people.  And I kind of like gave her advice on how to
 6   just ignore them.
 7        Q.    Okay.  Well, that was nice of you.
 8              What was her name?
 9        A.    I think it's K.  She was a 6th grader.
10        Q.    Do you know if she was friends with HF and
11   wanting to form a GSA, or anything?
12        A.    No.
13        Q.    She was a 6th grader, you said?
14        A.    Uh-huh (6th).
15        Q.    Did you ever have any conversations with any
16   teachers or, you know, school employees at all about
17   forming a GSA in the 8th grade?
18        A.    No.
19        Q.    Okay.  Other than attending the meetings
20   during your 7th grade year, did any teacher ever talk
21   to you about the GSA-type issues outside of the
22   meetings?
23        A.    No.
24              MS. GIELOW:  Yes, they did.
25              THE WITNESS:  They didn't.
```

1          MS. GIELOW:  I had a meeting at the school --

2     and I apologize.  But I had a meeting at school.

3          MR. STEVENSON:  Ma'am --

4          MS. McCULLOCH:  You can't answer.

5     BY MS. McCULLOCH:

6          Q.   **While you were at school, just going to**

7     **class, did any teacher ever talk to you about any**

8     **issues in the GSA?**

9          A.   No.  The way I found out about that was they

10    had fliers around the school.

11         Q.   Okay.  **During your 8th grade year were there**

12    **any clubs at Carver Middle School?**

13         A.   I didn't really pay attention to the clubs.

14    I am not really sure.

15         Q.   Okay.  **When you were going to the meetings**

16    **for the GSA during your 7th grade year, when you guys**

17    **were trying to get club going, did you ever go to any**

18    **School Board meetings?**

19         A.   No.

20         Q.   Okay.  **Did you ever get in trouble at school**

21    **for talking about any of those issues related to the**

22    **GSA, like during lunch, or before school, or after**

23    **school?**

24         A.   No.  I didn't really talk about it.

25         Q.   Okay.  **What about your friends HF and CM, if**

1    they talked to you, say, in the hall or at lunchtime

2    about being, whatever sexual orientation they are, and

3    any issues they experienced from that, did any of you

4    get in trouble for talking about that while you were at

5    school, even though it was at lunchtime?

6        A.   No.

7        Q.   Okay.  Did they ever talk to you during those

8    times when you weren't in class about those types of

9    things?

10       A.   No.

11       Q.   Okay.  Where was CM when she came to you and

12    told you she was having issues of people calling her

13    names?

14       A.   Oh, K?

15       Q.   Yeah, K.

16       A.   It was like I left out of chorus, and the gym

17    is right here (indicating).

18       Q.   Like in between classes?

19       A.   Uh-huh.

20       Q.   Okay.  Yes?

21       A.   Yes.

22       Q.   But she didn't get in trouble for talking to

23    you about that kinds of issue in between classes?

24       A.   No.

25       Q.   Okay.  Are you aware of any student who had

1  gotten in trouble for talking about those kind of
2  issues during non class time?
3       A.   No.
4       Q.   Okay.  Did any teacher or principal or
5  administrator ever tell you you shouldn't talk about
6  any particular topic while you're at school?
7       A.   No.
8       Q.   Do you know if you're required to have your
9  mom's permission to be in a club, a student club at
10 Carver Middle School during the 2013/2014 school year?
11      A.   No.  Is that this year?
12      Q.   No.  Your 8th grade year.  Would you have
13 needed parental permission to be in any clubs at
14 Carver, do you know?
15      A.   I don't believe so, because I was in
16 yearbook.  I don't know if that's a club.  But we did
17 work in school and out of school.  And I am not sure if
18 that's a club.  But I didn't need permission.
19      Q.   Okay.  But you had yearbook class, too?
20      A.   Yes.
21           MS. McCULLOCH:  Okay.  I don't have any
22      further questions.
23           MR. STEVENSON:  One follow-up question.
24                     CROSS-EXAMINATION
25 BY MR. STEVENSON:

1　　　Q.　I think you did air quotes when you said

2　anonymous when talking about the reporting scheme.

3　　　A.　Yes.

4　　　Q.　Was that to mock and suggest that it's not

5　really anonymous?

6　　　A.　Yes.

7　　　　　MS. McCULLOCH:　Object to the form.

8　　　　　THE WITNESS:　It's not really anonymous.

9　　　　　MR. STEVENSON:　That's all the questions.

10　　Thanks.

11　　　　　MS. McCULLOCH:　Just real quick.

12　　　　　　　REDIRECT EXAMINATION

13　BY MS. McCULLOCH:

14　　　Q.　Did you understand that students would be

15　disciplined for bullying other students?

16　　　A.　I figured that you're not supposed to bully

17　somebody, and there would be consequences if you did.

18　　　Q.　Okay.　Are you aware of any programs that

19　were at Carver Middle School for anti bullying, other

20　than the box, for your 8th grade year?

21　　　A.　No.

22　　　Q.　Okay.　Are you aware of whether or not Carver

23　implemented a different or bigger anti-bullying policy

24　during the 8th grade year?

25　　　A.　No.

1      Q.    Okay.  Have you ever read the Student Code of

2  Conduct that you got when you were in 8th grade?

3      A.    When we had to, I did.

4      Q.    But do you remember reading certain rules and

5  things, and was bullying addressed in the student code

6  conduct?

7      A.    I'm pretty sure it was.  And it -- yes.

8      Q.    Okay.  And if you see somebody else getting

9  bullied, are you also supposed to report it?

10     A.    Yes.

11     Q.    Did you ever report any incidents of other

12  people getting bullied because of anything related to

13  LGBT-type issues?

14     A.    Not to LGBT issues.  But other issues, yes.

15     Q.    Okay.  So you did report bullying of other

16  students --

17     A.    Yes.

18     Q.    -- at times?

19     A.    Yes.

20     Q.    Okay.  And did you feel, you know,

21  comfortable that that's what you should do?

22     A.    I believe so, because some people who get

23  bullied, they don't really feel comfortable telling

24  somebody else what's going on with them.  Especially

25  since bullying is somewhat embarrassing to the person

```
 1    who is getting bullied.
 2            MS. McCULLOCH:  Okay.  I don't have any more
 3      questions.
 4            MR. STEVENSON:  Finished.  Thanks.
 5            (This proceeding concluded at 4:03 p.m.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              C E R T I F I C A T E   O F   O A T H
 2
 3     STATE OF FLORIDA  }
 4     COUNTY OF LAKE    }
 5               I, COURTNEY L. WEAR, Registered Professional
 6     Reporter, Certified Realtime Reporter, a Notary Public
 7     for the State of Florida and Court Reporter, do hereby
 8     certify that MG personally appeared before me 9-30-2014
 9     and was first duly sworn.
10               SIGNED this 10-14-2014.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



COURTNEY L. WEAR
Notary Public-State of Florida
Comm No:  EE016705
Expires:  December 12, 2014

```
 1               C E R T I F I C A T E
 2    STATE OF FLORIDA   }
 3    COUNTY OF LAKE     }
 4             I, COURTNEY L. WEAR, a Notary Public for the
 5    State of Florida and Court Reporter, do hereby certify
 6    that I was authorized to and did stenographically
 7    report the foregoing deposition of MG; that a review of
 8    the transcript was not requested; and that pages 4
 9    through 26, is a true record of my stenographic notes.
10             I further certify that I am not a relative,
11    employee, or attorney or counsel of any of the parties,
12    nor am I a relative or employee of any of the parties'
13    attorney or counsel connected with the action, nor am I
14    financially interested in the action.
15             Signed this day of 10-14-2014.
16
17
18
                _____
19                              COURTNEY L. WEAR
20
21
22
23
24
25
```