UNITED STATES DISTRICT COURT
MIDDLE DISTRICT O FLORIDA
OCALA DIVISION
CASE NO.:  5:13-cv-00623-WTH-PRL


CARVER MIDDLE SCHOOL GAY-STRAIGHT
ALLIANCE et al,
                Plaintiffs,
vs.
SCHOOL BOARD OF LAKE COUNTY,
FLORIDA,


        Defendant.



DEPOSITION OF:        BNS
                      Taken on behalf of Defendant
DATE:                 TUESDAY, SEPTEMBER 30, 2014
TIME:                 4:07 P.M. - 4:42 P.M.
LOCATION:             1000 WEST MAIN STREET
                      LEESBURG, FLORIDA


REPORTER:             Courtney L. Wear, RMR, CRR, FPR
                      Court Reporter
                      Reported by Stenographic Means


                 CAB REPORTING, INC.
                 Post Office Box 1684
                 Ocala, Florida  34478
                   (352) 401-0080

A P P E A R A N C E S

STEPHANIE McCULLOCH, Esquire
McLIN BURNSED
100 West Main Street
Leesburg, Florida  34749
        E-mail: stephm@mclinburnsed.com
        On behalf of Defendants


DANIEL B. TILLEY, Esquire
ACLU FOUNDATION OF FLORIDA
4500 Biscayne Boulevard, Suite 340
Miami, Florida 33137
        E-mail:  dtilley@aclufl.org
        On behalf of the Plaintiffs


BENJAMIN JAMES STEVENSON, Esquire
ACLU FOUNDATION OF FLORIDA
P.O. Box 12723
Pensacola, Florida 32591
        E-mail:  bstevenson@aclufl.org
        On behalf of the Plaintiffs


ALSO PRESENT:
        Erica Silberstein


        *    *    *    *    *    *

I N D E X

TESTIMONY OF BNS                                    PAGE

Direct Examination by Ms. McCulloch...............4

Certificate of Oath ...........................38
Reporter's Certificate ........................39

\*    \*    \*    \*    \*    \*

(NO EXHIBITS MARKED)

```
 1                  P R O C E E D I N G S
 2           THE REPORTER:  Raise your right hand.
 3           Do you swear the testimony you're about to
 4      give will be the truth, the whole truth, and
 5      nothing but the truth?
 6           THE WITNESS:  Yes.
 7  Whereupon,
 8                       BNS,
 9    a witness herein having been first duly sworn, was
10            examined and testified as follows:
11                 DIRECT EXAMINATION
12  BY MS. McCULLOCH:
13      Q.   Hi, BNS.  My name is Stephanie McCulloch, I
14  represent the School Board of Lake County Florida in a
15  lawsuit that's been filed by a student at Carver Middle
16  School and her mom, and the proposed GSA, Gay-Straight
17  Alliance.
18           Have you ever had your deposition taken
19  before?
20      A.   No.
21      Q.   Okay.  I am going to tell you some of the
22  rules.  First I am going to ask you, do you know the
23  difference between a truth and a lie?
24      A.   Yes, ma'am.
25      Q.   So you're comfortable to tell me the truth
```

1      here today?

2          A.    Yes.

3          Q.    Okay.   Basically some rules about the

4      deposition.   I am just going to be asking you some

5      questions about your time at Carver Middle School and

6      your participation in the GSA and trying to get a GSA

7      club for the students at Carver Middle School.

8              If I ask you a question that calls for a

9      yes-or-no answer, if you can try to remember to say yes

10     or no out loud versus this (indicating), so that when

11     we read it we know if you meant yes or no.   Okay?

12         A.    Okay.

13         Q.    If I ask you a question that you don't

14     understand, just let me know, I will be happy to

15     rephrase it.   If you need a break, we shouldn't be too

16     long, certainly not as long as your wait, but if you do

17     need to take a break for any reason, just let me know.

18     Okay?

19         A.    Okay.

20         Q.    Are you a student at Leesburg High School?

21         A.    Yes.

22         Q.    Okay.   What grade are you in?

23         A.    I am a 10th grader.

24         Q.    Before you got to high school, did you go to

25     Carver Middle School?

1        A.    I did.

2        Q.    Did you attend Carver Middle School for the

3    whole time, from 6th grade to 8th grade?

4        A.    Yes, ma'am.

5        Q.    Okay.  How old were you when you were in 6th

6    grade?

7        A.    I think I was 11.

8        Q.    11.  You speak really quietly and sometimes I

9    do, too, so just try to remember to speak up a little

10   so we can hear you.  Okay?

11       A.    Okay.

12       Q.    When's your birthday?

13       A.    December 18th, 1998.

14       Q.    When you were in 6th grade at Carver Middle

15   School, did you ever participate in trying to get a

16   student club formed?

17       A.    Not in 6th grade.

18       Q.    Okay.  Were you aware that there were any

19   students trying to get a LGBT club formed at the

20   Carver Middle School?

21       A.    No, I didn't think there was anything going

22   on in 6th grade.

23       Q.    Okay.  Did you have any clubs at

24   Carver Middle School when you were in 6th grade?

25       A.    Yeah, there was a Christian club in the

1    mornings, and there was a bowling club.

2        Q.    A bowling club?  Okay.

3              Did you participate in either of those clubs?

4        A.    I did not.

5        Q.    Were you aware of what you had to do if you

6    wanted to have a club when you were in 6th grade?

7        A.    No.

8        Q.    Who was your principal when you were in 6th

9    grade?

10       A.    David Bordenkircher.

11       Q.    Did you ever have any teachers approach you

12   about any sort of LGBT club in 6th grade?

13       A.    No, ma'am.

14       Q.    Do you know what LGBT stands for?

15       A.    Yes.

16       Q.    Okay.  What does it stand for?

17       A.    Gay, lesbian, bi and transgender.

18       Q.    Okay.  Were you aware of any -- well, strike

19   that.

20             In your 8th grade year, were you aware of any

21   students who were wanting to form any type of club at

22   the Carver Middle School?

23       A.    Yes.

24       Q.    What club were they trying to form?

25       A.    In 8th grade, a couple friends and I were

1      trying to form a GSA.

2          Q.    How about in 7th grade?

3          A.    In 7th grade, my friends and I were trying

4      to, never got anything back.

5          Q.    Okay.  In 7th grade, essentially was it an

6      LGBT club or was it the GSA then, do you remember?

7          A.    It started as a LGBT club.  And then we did

8      more research and found out about the day-to-day basis

9      Gay-Straight and tried to start it.

10         Q.    Do you know when you found out about the GSA?

11         A.    Roughly the middle of the year.

12         Q.    The middle of the year?  Okay.  What did you

13     do to try to get a club during the middle of the year?

14         A.    We asked the principal, and we tried to

15     submit an application.  And he said, no.

16         Q.    Was that Mr. Bordenkircher?

17         A.    Yes.

18         Q.    Okay.

19             MR. TILLEY:  Make sure to speak up, if you

20         can.

21             THE WITNESS:  Yeah.

22     BY MS. McCULLOCH:

23         Q.    And who were the other students that were

24     trying to form the club with you, if any?

25         A.    DH, Ms. Jablonski's daughter.

1      Q.    Anyone else?

2      A.    Not really.  Not anybody else I can really

3   name off.

4            MR. STEVENSON:  Off the record for one

5      second.

6            (Discussion off the record.)

7

8   BY MS. McCULLOCH:

9      Q.    Ms. Jablonski -- and I talked to

10  Ms. Jablonski today, too, and she told me that her

11  daughter tried to form it.

12     A.    Yeah.

13     Q.    That would have been your 7th grade year.

14  Were you in the same grade as her?

15     A.    I was a year younger.

16     Q.    Year younger, okay.

17           And was there any particular discussion with

18  DH that led you to think that maybe the GSA was

19  something that you would be interested in participating

20  in?

21     A.    We had talked about it a couple of times, us

22  and a couple friends.  And we thought it would be

23  really helpful to have in our school.

24     Q.    What was the reason that you thought it would

25  be helpful for the school?

1      A.    We had all gone through bullying together,

2   that's one reason we met, was we would stand up for

3   each other.  And we wanted to show the other kids that

4   there was someone who cared at the school.

5      Q.    Okay.  And when you say you all went through

6   bullying together, how many other people were there

7   that went through the bullying?

8      A.    We had a group of friends, about eight

9   people.

10      Q.    Who were the other people?

11      A.    It was NC, DS, KC, RS, JD.

12      Q.    Okay.  Were you all having issues with the

13   same people?

14      A.    No.  It was different people throughout our

15   own grades.

16      Q.    Okay.

17      A.    And it went from like name-calling, to

18   physical threats, and that's when we thought we needed

19   it --

20      Q.    Okay.

21      A.    -- at the school.

22      Q.    What kind of name-calling?

23      A.    Freak.  Fag.  Just things that were not good

24   to hear.

25      Q.    Just not nice names?

1        A.    Yeah.

2        Q.    Were all of the names that you were called or

3    that your friends were called, were those related to

4    LGBT-type issues, or were there some that were just

5    mean, period?

6        A.    Some that were just mean.  But usually they

7    were focused on that, yeah.

8        Q.    Okay.  Were your other friends, were they --

9    you know, did they -- were they open about their sexual

10    orientation?

11        A.    A couple of them were.  And some of them were

12    even straight, but they still got picked on for hanging

13    out with us.

14        Q.    Okay.  Which students, if you know, were

15    openly part of the LGBT criteria or expressed that at

16    school?

17        A.    D --

18            MR. TILLEY:  Object to the form.  Go ahead.

19            THE WITNESS:  D, R and DH.

20    BY MS. McCULLOCH:

21        Q.    Okay.  Did they have any different types of

22    issues with students other than, you -- did the

23    straight students have the same type of issues as they

24    did?  Were they called similar names, and that sort of

25    thing?

1    A.    Anyone who --

2          MR. TILLEY:  Object to the form.

3          THE WITNESS:  Anyone who would hang out

4    around us, even like speak to us in front of

5    people, they would just get grouped together as

6    you're gay, too, now.

7  BY MS. McCULLOCH:

8    Q.    Okay.

9    A.    So they got picked on.

10   Q.    **Were you ever particularly picked on by the**

11 **same person more than once?**

12   A.    Yeah.

13   Q.    **Okay.  Who was that?**

14   A.    I don't know her last name, but her name was

15 J.  She was in the 8th grade when I was in 7th.

16   Q.    **Okay.  So she was a year ahead of you?**

17   A.    Uh-huh.

18   Q.    **Did you ever talk to anybody at the school,**

19 **like a teacher or an administrator about that?**

20   A.    Me and K had gone to the counselor and they

21 said that they couldn't do anything about telling K's

22 parents.  So we didn't report it, because she was

23 closeted from her parents.

24   Q.    **What do you mean by "closeted," just so we**

25 **know?**

1          A.     They didn't know that she was gay.  So we
2     went to Ms. Jablonski and Ms. Smith.
3          Q.     **Why did you go to Ms. Jablonski and**
4     **Ms. Smith?**
5          A.     I had known Ms. Jablonski, because of being
6     friends with her daughter.  And K had known Ms. Smith
7     for a couple of years.
8          Q.     **Did Ms. Jablonski or Ms. Smith do anything at**
9     **that point, if you know?**
10          A.     They said that they could talk to the
11     counselor for us.  And then they told us that the girl
12     had gotten a referral.
13          Q.     Okay.
14          A.     She was told to stay away from us.
15          Q.     **So they took care of it for you, pretty much?**
16     **I mean, the girl was disciplined?  Did she, that same**
17     **girl, bother you after that?**
18          A.     Yeah, but -- I mean, it wasn't as bad.  It
19     wasn't so often.
20          Q.     **Okay.  Were there any other students, in**
21     **particular, that bothered you more than once?**
22          A.     Not really, no.
23          Q.     **Okay.  Other than your friend J, was it --**
24          A.     Yeah.
25          Q.     **-- that you helped?**

1     A.    No.

2     Q.    Or that was a girl that was bothering you.

3     A.    Yeah.

4     Q.    Who was your friend?

5     A.    K.

6     Q.    K.

7           Okay.   So other than the time that you and K

8     reported it to Ms. Jablonski and Ms. Smith, were there

9     any other incidents where you helped your friend report

10    an incident with another student?

11    A.    Not me personally.   I had talked to the

12    principal a couple of times about people, but I had

13    never actually filled out forms.   But I know that DH

14    and her friends had when D got threatened to be hung at

15    the car-rider line.

16    Q.    Okay.   Was it your understanding that that

17    was related to a LGBT issue?

18    A.    Yes, ma'am.

19    Q.    Okay.   Do you know if the same student ever

20    bothered D after that incident?

21    A.    I am not sure.

22    Q.    Do you know if that student was disciplined

23    by the school?

24    A.    They said they couldn't do anything because

25    he didn't bring the noose out of the car.

```
 1          Q.   Do you know if he was suspended?

 2          A.   I don't know.

 3          Q.   Do you know what was done particularly at

 4     school versus, you know, any sort of legal thing with

 5     the police, or anything like that?

 6          A.   I don't know.

 7               MR. TILLEY:  Object to the form.  I don't

 8          know if D did anything.

 9     BY MS. McCULLOCH:

10          Q.   Okay.  In the 2012/2013 school year, which

11     would have been your 7th grade year, you guys

12     ultimately got approved to have a GSA, correct?

13          A.   No, ma'am.  We didn't get approved until my

14     8th grade year.

15          Q.   Okay.  I'm sorry.  In the 8th grade year --

16          A.   Yes.

17          Q.   -- you got approved to have a GSA?

18          A.   Yes, ma'am.

19          Q.   Okay.  And do you remember what the school's

20     policy was for middle school, what you had to do to

21     have a club back then?

22          A.   They said we had to fill out an application.

23     And then they were trying to say that we needed

24     parents' consent.  But that wasn't --

25          Q.   That was during your 8th grade year?
```

1          A.    Yes.    It wasn't like required until the
2     School Board said we had to.
3          Q.    Until they changed their policy?
4          A.    Yeah.
5          Q.    So before that you just did the same thing,
6     where you requested it from Mr. Bordenkircher?
7          A.    Yeah.
8          Q.    Was he still principal then during your 8th
9     grade year?
10          A.    No, Ms. Cunningham was.
11          Q.    Okay.    So when you wanted to form the club,
12     you gave your request to Ms. Cunningham?
13          A.    Uh-huh.    Yes, ma'am.
14          Q.    Yes?
15          A.    Yes.
16          Q.    Okay.    And did she approve it?
17          A.    She told us she had to get approval from the
18     School Board.
19          Q.    Okay.
20          A.    And didn't give us any feedback for a couple
21     months.
22          Q.    Okay.    And then ultimately during your 8th
23     grade year you were approved as a club, and you had, I
24     understand, maybe three meetings; is that right?
25          A.    Four, I believe.

1      Q.    Four?  Okay.

2            Can you tell me who attended the meetings?

3      A.    I don't know every student by name.  But

4   there was about seven kids.

5      Q.    About seven students.  And did those include

6   your friends?

7      A.    Some of my friends and some kids that I had

8   never spoken to before.

9      Q.    Okay.  Which one of your friends?  Did N

10  attend?

11     A.    No.  DH was there, HF was there.  And -- no,

12  no.

13     Q.    DH would have already been in high school?

14     A.    Yeah.  DH came to the one over the summer.

15  HF was there, MG was there.  MG brought a couple of his

16  friends.  And then there was some 6th graders that I

17  didn't know.

18     Q.    Okay.  When you say "MG", is that MG?

19     A.    MG, uh-huh.

20     Q.    And he brought a couple of his friends?

21     A.    Yeah.

22     Q.    Do you know who they were?

23     A.    CM, and I don't know the other one.

24     Q.    And then whatever people from the school were

25  there, like teachers and principals and that kind of

1    stuff?

2         A.    Ms. Jablonski was there.  Ms. Cunningham came

3    in with Ms. Walker Lawrence and Smallridge.

4         Q.    **Were there any school resource officers**

5    **there?**

6         A.    Ms. Cunningham, Ms. Smallridge and Ms. Walker

7    Lawrence were all with the principal.

8         Q.    **Were there any like school resource deputies?**

9         A.    I believe Deputy Cameron came in, but left

10   halfway through.

11        Q.    **Is Deputy Cameron a male or female?**

12        A.    Female.

13        Q.    **Okay.  When you first applied to have the**

14   **GSA, did you submit anything in writing about the GSA**

15   **nationally?  I understand it's a national club.  Did**

16   **you submit any of that, or did you just write letters**

17   **on behalf of yourself and fellow students?**

18             MR. TILLEY:  Object to the form.

19             THE WITNESS:  We wrote letters to the

20        principal.

21   BY MS. McCULLOCH:

22        Q.    **Okay.  Did you ever go to any School Board**

23   **meetings?**

24        A.    Yes.  I went to as many as I could.  I think

25   I only missed one.

```
 1        Q.    And that was during your 8th grade year?
 2        A.    Uh-huh.
 3        Q.    Yes?
 4        A.    Yes.
 5        Q.    Did you ever go to any School Board meetings
 6   during your 7th grade year?
 7        A.    No, ma'am.
 8        Q.    Have you ever gone to any School Board
 9   meetings since you've been in high school?
10        A.    Yes.
11        Q.    What School Board meetings did you go to?
12        A.    I went to the ones last year with HF, when
13   they were trying to get it at Carver, again.
14        Q.    Okay.  Did you speak at that meeting?
15        A.    I did not.
16        Q.    Okay.  Are you aware that the policy for what
17   clubs have to do to be approved at a middle school now
18   is different than when you were there at Carver?
19        A.    No, ma'am, I don't know that.
20        Q.    Okay.  Did you ever see the different club
21   policies for middle school, elementary school and high
22   school?
23        A.    I have been explained it a couple of times,
24   yes.
25        Q.    You've been explained it.  But have you ever
```

1  read them yourself?

2      A.   Uh-huh.

3      MR. TILLEY:  Make sure to say yes or no.

4      THE WITNESS:  Yeah.  Sorry.

5  BY MS. McCULLOCH:

6      Q.   Now that you're in high school, is it your

7  understanding that a Gay-Straight Alliance is a

8  permissible club in the high school?

9      A.   Yes, ma'am.

10     Q.   It is allowed?

11     A.   Uh-huh.

12     Q.   Okay.

13     A.   But --

14     Q.   Yes?

15     A.   They said we could have it, but then when I

16  asked for an application, they said they didn't have

17  any.  And then the next time I asked, they sent me from

18  principal to principal, and no one would talk to me.

19     Q.   Who was it that you went to?

20     A.   I went to the front office, and one of the

21  assistants told me to go to Mr. Russel.  And then

22  rustle sent me to Mr. Rice.  And Mr. Rice wasn't there.

23     Q.   Was this all the same day?

24     A.   Yes, ma'am.

25     Q.   Did you ever go back to get an application?

1       A.    I tried to, and they said they didn't have
2   any.
3       Q.    **Who said that?**
4       A.    The lady in the front office.
5       Q.    **Do you know what her name is?**
6       A.    I don't know her name.
7       Q.    **Was that the same day?**
8       A.    No.  That was about a month difference.
9       Q.    **Have you talked to anybody about forming a**
10  **club in the high school since then?**
11      A.    I talked to Mr. Russel at the end of last
12  year, and he said that if I send in a form for the
13  following year they wouldn't look at it until August.
14  And DH and I were trying to get this one year, she said
15  she would get an application.
16      Q.    **So DH is planning on doing that this year?**
17      A.    Yes, ma'am.
18      Q.    **Okay.  When did you first try to get an**
19  **application for the club in high school?  Was it**
20  **towards the end of your freshman year?**
21      A.    It was a couple months into my freshman year.
22      Q.    **Okay.  Are you aware of any other student who**
23  **attempted to form a GSA at the high school that you**
24  **attend?**
25      A.    Last year a girl who was in my class, she

1    told me she was getting a form, and that she had
2    already found a sponsor to form the club.  And then
3    nothing happened for about a month.  And when I asked
4    her, she said she was moving and didn't want to do it
5    anymore.
6         Q.    So you don't know if she ever submitted the
7    application?
8         A.    I have no idea.
9         Q.    Okay.  But as of right now, you haven't
10   submitted any application in high school?
11        A.    No, ma'am.
12        Q.    Okay.  Is it your understanding that when the
13   School Board policy changed that high schools are
14   treated a little bit differently than middle school?
15        A.    Yeah.  Yes, ma'am.
16        Q.    So is a high school, from what you
17   understand, allowed to have more clubs than a middle
18   school?
19        A.    There's a lot more leeway in high school,
20   yeah.
21        Q.    Okay.  Did any of your friends' parents
22   express any concern, or did they get in trouble for
23   attending the GSA?
24              MR. TILLEY:  Object to the form.
25              THE WITNESS:  No, ma'am.

1    BY MS. McCULLOCH:

2        Q.    Did any of your friends ever tell you they

3    didn't want their mom and dad to know they were

4    attending?

5        A.    Yes.

6        Q.    Did they say why they didn't want their mom

7    and dad to know, or mom or dad?

8        A.    They didn't want their parents to overreact.

9        Q.    What were they afraid -- what did they tell

10   you that they were afraid of their parents overreacting

11   about?

12       A.    Some of the people who came in just to

13   support us, who weren't gay, they were scared that

14   their parents would take it as they were gay and they

15   were hiding it.  And some of the closeted kids were

16   scared their parents would find out.

17       Q.    When you say closeted kids, do you mean kids

18   that were either lesbian gay, bisexual or transgendered

19   and they didn't want their parents to know?

20       A.    Yes, ma'am.

21       Q.    Okay.  As of when they were talking to you

22   and you were referring to them as closeted, that means

23   that they haven't told anybody yet?  Or that they

24   hadn't told their parents?

25       A.    Yes, ma'am.

1      Q.    Okay.  Did any of your friends that were

2  supportive of the GSA get in trouble, to your

3  knowledge, for hanging around you?

4      A.    Only by other students.

5      Q.    Okay.  Were you pretty good friends with MG?

6      A.    In middle school we weren't really close.

7  But since he moved to the high school we've gotten a

8  lot closer.

9      Q.    How long did you know MG?  Did you meet him

10  in 4th grade?

11      A.    I met him once in elementary school, but I

12  didn't get close to him.  1 didn't even realize I knew

13  him until like the middle of 8th grade.

14      Q.    Okay.  When he came to the GSA meetings, did

15  he ever talk to you about any incidents where he felt

16  he was bullied?

17      A.    He told me that he got made fun of a lot, but

18  he didn't really tell me what happened.

19      Q.    Okay.  Did you ever use any of your friends

20  as examples in writing the letters to the School Board

21  to try to get approval of the GSA during your 7th grade

22  year?  Was it 7th grade or 8th grade?  I keep getting

23  confused.

24      A.    The letters to the principal were in 8th

25  grade.

1      Q.     8th grade year.

2      A.     And I don't think I used anything other than

3   my own experiences.

4      Q.     Okay.  With respect to the GSA and your help

5   with HF, when did you first meet HF?

6      A.     I met HF at the beginning of my 8th grade

7   year.

8      Q.     HF attended the GSA meetings at the end of

9   your 8th grade year?

10     A.     Yes, ma'am.

11     Q.     What grade was she in, then?

12     A.     She was a 6th grader.

13     Q.     Okay.  How old was she, do you know?

14     A.     I am not sure.

15     Q.     Tell me how the meetings went when you

16  attended them.  How were they run?

17     A.     We were -- we all sat down in a semicircle

18  and brainstormed ideas on how to stop bullying around

19  the school, and make things better.  We talked about a

20  buddy system, to meet in between classes, so we didn't

21  have to walk alone.

22     Q.     Okay.  Did Ms. Jablonski or any of the other

23  teachers, did they start the discussion?  Or did the

24  students start the discussion?

25     A.     The teachers asked us what we wanted to do,

1  and I believe it was HF's idea for the buddy system.

2       Q.   Okay.  You sat around in a circle the whole

3  time.  Did you also talk about each other's

4  experiences, or --

5       A.   Yes, ma'am.

6       Q.   Do you know anything about the critical

7  thinking class that was at the middle school?

8       A.   No, ma'am, I never had it.

9       Q.   You never had it?  Okay.

10           Did you ever hear about any of the stuff that

11  was taught in it?

12       A.   No, ma'am.

13       Q.   Okay.  How did the format work, did you guys

14  just go around in a circle and talk one at a time?

15  Or --

16       A.   It started with raising hands, but it was

17  just kind of -- it traveled around the room, whoever

18  wanted to speak up.

19       Q.   Okay.  What kinds of things did you discuss?

20       A.   We talked about if we could do volunteer

21  work, and to get our name out around the school, and

22  stuff, to get other people to realize that it's okay to

23  come in.  We were trying to figure out who could walk

24  in between classes together to make them feel safer

25  from the other kids.  If you're by yourself it's a

1  little bit scarier, so...

2      Q.   Was there anything else that you talked

3  about?

4      A.   We talked about like the fears, like if your

5  parents found out, what do you think would happen.

6      Q.   Okay.  And what do you mean by if your

7  parents find out.  If your parents found out that you

8  were one of the LGBT categories?

9      A.   Yes, ma'am.

10     Q.   Okay.  So it was discussed, what do we do if

11 our parents find out?

12     A.   It was more of how can we talk to our

13 parents?  Who can we trust first?  How can we figure

14 out a way to come out, to be able to make it open?

15     Q.   Okay.  And that was discussed at the GSA

16 meetings?

17     A.   That was discussed at one of them, I believe.

18     Q.   Okay.  During those meetings did any of the

19 other students, or yourself, did any of the students

20 that were there, did they talk about their own sexual

21 orientation, and what it was?

22     A.   We didn't really like -- we didn't label

23 anything, we just kind of talked about like in general.

24 We didn't try to give out personal information that

25 quickly.

1    Q.    Okay.  But did you talk about -- I mean, how

2    did it go when you were talking about how do I tell my

3    parents, and that kind of thing?  Was it one person

4    saying, you know, I haven't told my parents?  And I

5    don't know how to tell them?  Or, I don't want to tell

6    them?  Or I am afraid to tell them?  Or was it is more

7    of a group --

8        A.    It was just a group discussion on the better

9    ways to, like, slowly give the message to your parents.

10    Q.    Did anybody say, this is how I did it?  Or

11    this is what I would do?  Or --

12        A.    I know I did.  I told how I told my family,

13    because I told my brother first.

14    Q.    Okay.  Did anyone else talk about how they

15    did it, or they decided to tell someone that they were

16    a certain sexual orientation?

17        A.    No, ma'am.

18    Q.    Did any of the teachers or adults that were

19    there participate in best ways to tell your parents?

20        A.    No, ma'am.

21    Q.    Did any of the teachers or adults there talk

22    about their own sexual orientation?

23        A.    No, ma'am.

24    Q.    Was there anything else that you discussed at

25    the meetings?

1      A.    Future plans for next year if we could get

2   it.  We were talking about who would be president and

3   who would be in charge of making all the plans for the

4   club.

5      Q.    And they voted HF president?

6      A.    Yes, ma'am.

7      Q.    Okay.  You mentioned earlier that you had a

8   meeting, or meetings, over the summer.  Did you guys

9   continue to get together over the summer?

10      A.    We had one meeting over the summer.  It was

11   only a couple of us.  We met at Roger's Park.

12      Q.    Did you discuss similar-type issues that you

13   discussed during the GSA meetings?

14      A.    We were talking about how to get it at

15   Carver, since they said they had to rebuild, do it all

16   over again.

17      Q.    You mean the new policy?

18      A.    Yeah.

19      Q.    Okay.  Was HF there --

20      A.    Yes.

21      Q.    -- at that meeting?

22      A.    Yes.

23      Q.    Did HF tell you that there was a new policy,

24   and that they had to submit an application?

25      A.    I don't remember.

1      Q.   Did you do anything to help HF or the GSA try

2   to get recognized at the Carver Middle School for your

3   9th grade year?

4      A.   No, not me personally.

5      Q.   Okay.  Did you direct them to any information

6   or anything on the GSA as a national group that would

7   help them in forming their club?

8      A.   No, not anything else.

9      Q.   Okay.

10      A.   Not in the past year.

11      Q.   Did HF show you the club charter or the

12   application for the 2013/'14 school year, which would

13   have been your 9th grade year?

14      A.   No, ma'am.

15      Q.   So after you left, you really didn't have any

16   involvement in trying to get the club approved?

17      A.   No.

18      Q.   Have you had any conversations with HF about

19   this lawsuit?

20      A.   Not really, no.

21      Q.   Okay.  Have you had any conversations with HF

22   other than at the end of the year, your 8th grade year,

23   and then that summer about forming a GSA in the middle

24   school?

25      A.   We talked about it a couple of times, but not

1    really in depth.

2         Q.    What individual kind of stuff did you talk

3    about?

4         A.    I asked her if she was still going to keep

5    trying, and who would be helping her, and stuff.

6         Q.    Okay.  Is there a reason why you guys

7    approached Ms. Jablonski and Ms. Smith when you wanted

8    to form the GSA?

9         A.    I knew that they were both understanding

10   people.  And I knew that they both would be willing to

11   help.

12        Q.    Did they ever approach you at all?

13        A.    No.

14        Q.    Have you had any conversations with any

15   administrators at Carver Middle School since you left

16   about approving a GSA?

17        A.    No, ma'am.

18        Q.    You said you went to a School Board meeting.

19   That was still during your 8th grade year, or was that

20   after your 8th grade year?

21        A.    It was one in my 9th grade year that I went

22   to.

23        Q.    Okay.  And what was talked about at that

24   meeting?

25        A.    They said that they had to table the vote,

 1        A.    No, ma'am.

 2        Q.    When you were at Carver Middle School, did

 3   you ever get disciplined at all for talking about

 4   LGBT-type issues, or bullying issues?

 5        A.    No, ma'am.

 6            MR. TILLEY:   Object to the form.

 7   BY MS. McCULLOCH:

 8        Q.    Okay.  And I'm sorry if I asked and she

 9   already answered this.  But it's kind of blending with

10   the other student depositions.  So if I'm repeating

11   myself -- am I?

12            MR. TILLEY:  You mean that question, or

13       another question?

14            MS. McCULLOCH:  Yeah, in general.  I don't

15       think I'm repeating myself this time.  But if I ask

16       you the same question twice, I'm sorry, BNS.  But

17       we have been here for what seems like a very long

18       day already.

19   BY MS. McCULLOCH:

20        Q.    When you were at Carver Middle School, would

21   you ever talk to your friends about these issues at

22   lunchtime, or before school, or after scho

23        A.    Yes, ma'am.

24        Q.    Okay.  And did any adult that wo

25   school ever tell you you shouldn't be tal

1    that while you're at school, or anything like that?
2    Did you ever get in trouble --
3         A.    No.
4         Q.    Okay.  Did anybody ever try to stop you from
5    talking about those issues?
6         A.    Kids at school, they told us that they didn't
7    want to hear about it.
8         Q.    Right.  But any adult or employee of the
9    school --
10        A.    No, ma'am.
11        Q.    Okay.  Let's see... Have you ever had any
12   conversations with any School Board member one-on-one
13   about the GSA?
14        A.    No, ma'am.
15        Q.    Have you ever talked to the superintendent
16   about the GSA, other than submitting letters and stuff?
17        A.    No, ma'am.
18        Q.    Have you submitted any letters during your
19   9th grade year?
20        A.    Not me personally.
21        Q.    Okay.  When you say "not me personally," are
22   you referring to some friends of yours that maybe did?
23        A.    I know that there was a couple kids last year
24   who were planning to, but I don't know if they ever
25   did, or not.

1          MS. McCULLOCH:  Okay.  I don't think I have
2     any further questions.
3          MR. TILLEY:  No questions.
4          (This proceeding concluded at 4:42 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                C E R T I F I C A T E   O F   O A T H
 2
 3    STATE OF FLORIDA   }
 4    COUNTY OF LAKE     }
 5              I, COURTNEY L. WEAR, Registered Professional
 6    Reporter, Certified Realtime Reporter, a Notary Public
 7    for the State of Florida and Court Reporter, do hereby
 8    certify that BNS personally appeared before me
 9    9-30-2014 and was first duly sworn.
10              SIGNED this 10-14-2014.
11
12
13
14
15
16
                       COURTNEY L. WEAR
17                     Notary Public-State of Florida
                       Comm No:  EE016705
18                     Expires:  December 12, 2014
19
20
21
22
23
24
25
```



```
 1                    C E R T I F I C A T E
 2    STATE OF FLORIDA   }
 3    COUNTY OF LAKE     }
 4              I, COURTNEY L. WEAR, a Notary Public for the
 5    State of Florida and Court Reporter, do hereby certify
 6    that I was authorized to and did stenographically
 7    report the foregoing deposition of BNS; that a review
 8    of the transcript was not requested; and that pages 4
 9    through 37, is a true record of my stenographic notes.
10              I further certify that I am not a relative,
11    employee, or attorney or counsel of any of the parties,
12    nor am I a relative or employee of any of the parties'
13    attorney or counsel connected with the action, nor am I
14    financially interested in the action.
15              Signed this day of 10-14-2014.
16
17
18
      _____
19                       COURTNEY L. WEAR
20
21
22
23
24
25
```