# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

CARVER MIDDLE SCHOOL GAY-STRAIGHT ALLIANCE, an unincorporated association and H.F., a minor by and through parent Janine Faughnan,

    Plaintiffs,

v.                                  Case No.  5:13-cv-623-Oc-32PRL

SCHOOL BOARD OF LAKE COUNTY, FLORIDA,

    Defendant.

---

## **O R D E R**

This case is before the Court on Plaintiffs' Motion Regarding Judgment. (Doc. 121). Plaintiffs request that the Court amend the Judgment (Doc. 120), which was limited to attorney's fees, costs, and expenses, and enter plenary final judgment, which would include Plaintiffs' nominal damages of $1.00, and declaratory judgment stating "that the Carver Middle School as it was structured and operated during the school year 2013-2014 was a public school providing a secondary education as determined by state law, and was subject to the terms, prohibitions and requirements of the Equal Access Act, 20 U.S.C. § 407, et. seq." (See Doc. 107 at 15-16). Defendant does not oppose this request.

Accordingly, it is hereby

**ORDERED:**

1. Plaintiffs' Motion Regarding Judgment (Doc. 121) is **GRANTED**.

2. The Judgment (Doc. 120) is **VACATED**.

3. The Court will enter an Amended Final Judgment separately.

**DONE AND ORDERED** in Jacksonville, Florida the 29th day of January, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record